# EXHIBIT 1
# (1-A to 1-H)

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by __Enrique Duque Tovar__ and/or related entities and/or individuals (collectively, "Defendants"). I consent to be a party Plaintiff in an action against Defendants to recover for unpaid minimum wages and overtime wages, as well as liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Vedder Price, P.C. and Radford & Keebaugh, LLC to represent me in this action, including making decisions on my behalf concerning the litigation.


## CONSENTIMIENTO PARA DEMANDAR BAJO LA LEY FAIR LABOR STANDARDS ACT

1. Soy una persona empleada o anteriormente empleada por __Enrique Duque Tovar__ y/o entidades y/o personas relacionadas (colectivamente, "los Demandados"). Doy mi consentimiento para ser Demandante en una acción en contra de los Demandados para recuperar los salarios mínimos no pagados y los salarios de horas extra, los daños liquidados, los honorarios de los abogados, los costos y otros daños y perjuicios disponibles bajo la ley Fair Labor Standards Act ("FLSA").

2. Por la presente designo a Vedder Price, P.C. y Radford & Keebaugh, LLC para que me representen en esta acción, incluida la toma de decisiones en mi nombre con respecto al litigio.

DocuSigned by: *Eliud* (FBA42F3F172F421...)    abr. 4, 2023

Signature/Firma                                 Date/Fecha


Eliud Vladimir Hernandez Gonzalez

Full Name/Nombre Completo

EXHIBIT 1-A

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of Georgia during the year(s) 2021.

**Signature:** _____

Name: _____

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) 2021.



**Firma:** _____

Nombre: **Juan Carlos Jaramillo Barrientos**

EXHIBIT 1-B

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of Georgia during the year(s) 2021.

Signature: _____

Name: _____

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

YO, POR LA PRESENTE, DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) 2021.

Firma: *Jaimes*

Nombre: Oscar Daniel Jaimes Mireles

EXHIBIT 1-C

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of Georgia during the year(s) 2021.

**Signature:** _____

Name: _____

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

YO, POR LA PRESENTE, DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) 2021.

**Firma:** _Gerardo Mtz_

Nombre: **Gerardo Martínez Castillo**

EXHIBIT 1-D

**CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT**

1. I am an individual employed or formerly employed by <u>Enrique Duque Tovar</u> and/or related entities and/or individuals (collectively, "Defendants"). I consent to be a party Plaintiff in an action against Defendants to recover for unpaid minimum wages and overtime wages, as well as liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Vedder Price, P.C. and Radford & Keebaugh, LLC to represent me in this action, including making decisions on my behalf concerning the litigation.


**CONSENTIMIENTO PARA DEMANDAR BAJO LA LEY FAIR LABOR STANDARDS ACT**

1. Soy una persona empleada o anteriormente empleada por <u>Enrique Duque Tovar</u> y/o entidades y/o personas relacionadas (colectivamente, "los Demandados"). Doy mi consentimiento para ser Demandante en una acción en contra de los Demandados para recuperar los salarios mínimos no pagados y los salarios de horas extra, los daños liquidados, los honorarios de los abogados, los costos y otros daños y perjuicios disponibles bajo la ley Fair Labor Standards Act ("FLSA").

2. Por la presente designo a Vedder Price, P.C. y Radford & Keebaugh, LLC para que me representen en esta acción, incluida la toma de decisiones en mi nombre con respecto al litigio.


DocuSigned by:
L. A P
C74960A5FF5944A...
_____          March 9, 2023
Signature/Firma                      _____
                                     Date/Fecha


Luis Alfonso Palmillas
_____
Full Name/Nombre Completo


EXHIBIT 1-E

**CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT**

1. I am an individual employed or formerly employed by __Enrique Duque compani__ and/or related entities and/or individuals (collectively, "Defendants"). I consent to be a party Plaintiff in an action against Defendants to recover for unpaid minimum wages and overtime wages, as well as liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Vedder Price, P.C. and Radford & Keebaugh, LLC to represent me in this action, including making decisions on my behalf concerning the litigation.

**CONSENTIMIENTO PARA DEMANDAR BAJO LA LEY FAIR LABOR STANDARDS ACT**

1. Soy una persona empleada o anteriormente empleada por __Enrique Duque compani__ y/o entidades y/o personas relacionadas (colectivamente, "los Demandados"). Doy mi consentimiento para ser Demandante en una acción en contra de los Demandados para recuperar los salarios mínimos no pagados y los salarios de horas extra, los daños liquidados, los honorarios de los abogados, los costos y otros daños y perjuicios disponibles bajo la ley Fair Labor Standards Act ("FLSA").

2. Por la presente designo a Vedder Price, P.C. y Radford & Keebaugh, LLC para que me representen en esta acción, incluida la toma de decisiones en mi nombre con respecto al litigio.

_____          03/02/23
Signature/Firma                           _____
                                          Date/Fecha

Ramon Rodriguez Mendez
_____
Full Name/Nombre Completo

EXHIBIT 1-F

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by ___Enrique Duque Tovar___ and/or related entities and/or individuals (collectively, "Defendants"). I consent to be a party Plaintiff in an action against Defendants to recover for unpaid minimum wages and overtime wages, as well as liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Vedder Price, P.C. and Radford & Keebaugh, LLC to represent me in this action, including making decisions on my behalf concerning the litigation.

## CONSENTIMIENTO PARA DEMANDAR BAJO LA LEY FAIR LABOR STANDARDS ACT

1. Soy una persona empleada o anteriormente empleada por ___Enrique Duque Tovar___ y/o entidades y/o personas relacionadas (colectivamente, "los Demandados"). Doy mi consentimiento para ser Demandante en una acción en contra de los Demandados para recuperar los salarios mínimos no pagados y los salarios de horas extra, los daños liquidados, los honorarios de los abogados, los costos y otros daños y perjuicios disponibles bajo la ley Fair Labor Standards Act ("FLSA").

2. Por la presente designo a Vedder Price, P.C. y Radford & Keebaugh, LLC para que me representen en esta acción, incluida la toma de decisiones en mi nombre con respecto al litigio.

DocuSigned by: [signature]
D66FBE982E0E4A5...

Signature/Firma

mar. 29, 2023

Date/Fecha

Cristhian Zúñiga Hernandez

Full Name/Nombre Completo

EXHIBIT 1-G