IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
(Waycross Division)

| | | |
|---|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ et al., | ) | |
| | ) | |
| v. | ) | 5:23-cv-00023 |
| | ) | |
| MARIA LETITIA PATRICIO et al., | ) | CLASS AND COLLECTIVE ACTION |
| | ) | |

**NOTICE OF FILING OF CONSENT TO JOIN UNDER
THE FAIR LABOR STANDARDS ACT**

Pursuant to 29 U.S.C. § 216(b), the following individual hereby files his written consent to join this collective action under the Fair Labor Standards Act:

- Jorge Lara Baldazo

Respectfully submitted this day: April 11, 2023.

CRISTHIAN ZUNIGA HERNANDEZ,
LUIS ALFONSO PALMILLAS LOPEZ, and
RAMON RODRIGUEZ MENDEZ,

BY: /s/ Daniel Werner
Daniel Werner (Ga. Bar No. 422070)
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
Tel: (678) 271-0304
E-mail: dan@decaturlegal.com

**NOTICE COUNSEL:**
Anand Ramana (D.C. Bar No. 489478)
(*Pro Hac Vice* Application Forthcoming)
VEDDER PRICE P.C.
1401 New York Ave N.W., Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
E-mail: aramana@vedderprice.com

Dana Mehlman (Illinois Bar No. 6302515)
(*Pro Hac Vice* Application Forthcoming)
Allison Czerniak (Illinois Bar No. 6319273)
(*Pro Hac Vice* Application Forthcoming)
VEDDER PRICE P.C.
222 North LaSalle Street,
Chicago, Illinois 60601
Tel: (312) 609-7509
Tel: (312) 609-7626
E-mail: dmehlman@vedderprice.com
E-mail: aczerniak@vedderprice.com

Charlie Y. Wang (California Bar No. 320236)
(*Pro Hac Vice* Application Forthcoming)
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (424) 204-7700
E-mail: cwang@vedderprice.com