███████████████

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of <u>Georgia</u> during the year(s) <u>2021</u>.

**Signature:** _____

Name: _____

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

YO, POR LA PRESENTE, DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respecto a trabajo que hice en el(los) Estado(s) de Georgia, durante el(los) año(s) <u>2021</u>.

**Firma:** _Jorge Lara Baldazo_

Nombre: **Jorge Lara Baldazo**