IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ, LUIS ALFONSO PALMILLAS LOPEZ, and RAMON RODRIGUEZ MENDEZ, | * * | CIVIL ACTION FILE NUMBER:  7:13-CV-56(HL) |
| *on behalf of themselves and all those similarly situated,* | * * | |
| *Representative Plaintiffs,* | * | |
| vs. | * * | CASE No.: 5:23-cv-00023-LGW-BWC |
| MARIA LETICIA PATRICIO, ENRIQUE DUQUE TOVAR, JOSE CARMEN DUQUE TOVAR, and MBR FARMS, INC., a Georgia corporation, | * * * | JURY TRIAL DEMANDED |
| Defendants. | * | |

---

## ANSWER TO COMPLAINT

COMES NOW, **MBR FARMS, INC. (hereinafter "Defendant"),** Defendant in the above-styled civil action, by and through its undersigned counsel files this its Answer and Affirmative Defenses, respectfully showing the Court as follows:

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

The Complaint fails to set forth a claim against this Defendant upon which relief can be granted. To wit, Plaintiff's Complaint fails to adequately plead elements specific to their purported claims for relief. Ashcroft v. Iqbal, 556 U.S. 662 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544 (2007). Additionally, Plaintiff cites unrelated and/or erroneous statutes in support of their purported claims. As such, this Complaint provides no basis for relief.

[713213/1]

-1-

## SECOND DEFENSE

None of the injuries or damages claimed by the Plaintiffs were proximately caused by the Defendant. Any damages or injuries sustained by the Plaintiffs were caused solely, directly, and proximately by the Plaintiffs' own acts or omissions or acts or omissions of persons other than this Defendant.

## THIRD DEFENSE

Plaintiffs have failed to join an indispensable party.

## FOURTH DEFENSE

Defendant is not a joint employer under the Fair Labor Standards Act. Defendant did not employ Plaintiffs.

## FIFTH DEFENSE

Even if Defendant could be considered an employer under the Fair Labor Standards Act, it would nonetheless be exempt as upon information and belief, it would fall under the "man days exemption."

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

## SEVENTH DEFENSE

Plaintiffs have failed to identify a proper class under Rule 23.

## EIGHTH DEFENSE

Plaintiffs are not entitled to punitive damages as Defendant did not act or fail to act in a manner sufficient to give rise to punitive damages liability.

## NINTH DEFENSE

Plaintiffs have failed to mitigate their alleged damages.

## TENTH DEFENSE

Defendant was not an employer under the Migrant and Seasonal Agricultural Worker Protection Act.

## ELEVENTH DEFENSE

Even if Defendant could be considered an employer under the Migrant Seasonal Agricultural Worker Protection Act, it would nonetheless be exempt under the small business exemption as upon information and belief the "man days" exemption applies.

## TWELFTH DEFENSE

Defendant specifically reserves the right to amend its Answer to set forth such additional defenses as might become available to it any time hereafter.

## THIRTEENTH DEFENSE

Except as specifically admitted herein, each and every allegation contained in Plaintiffs' Complaint is expressly denied.

## FOURTEENTH DEFENSE

Specifically responding to the enumerated paragraphs of Plaintiffs' Complaint, Defendant shows the Court as follows:

1.

Defendant denies the allegations contained in Paragraph One (1) of Plaintiffs' Complaint.

2.

Defendant denies the allegations contained in Paragraph Two (2) of Plaintiffs' Complaint.

3.

Defendant specifically denies it is liable to Plaintiffs in any way.

4.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Four (4) of Plaintiffs' Complaint.

5.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Five (5) of Plaintiffs' Complaint.

6.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Six (6) of Plaintiffs' Complaint.

7.

Defendant denies the allegations contained in Paragraph Seven (7) of Plaintiffs' Complaint.

8.

Defendant denies the allegations contained in Paragraph Eight (8) of Plaintiffs' Complaint.

9.

Defendant denies the allegations contained in Paragraph Nine (9) of Plaintiffs' Complaint.

[713213/1]

4895-0330-1731, v. 1

10.

Defendants denies the allegations contained in Paragraph Ten (10) of Plaintiffs' Complaint.

11.

Defendant denies the allegations contained in Paragraph Eleven (11) of Plaintiffs' Complaint.

12.

Defendant admits Exhibits 1A-1G are attached to Plaintiffs' Complaint. Defendant lacks sufficient knowledge to opine on the validity of these documents. By way of further response, Defendant denies it is liable to Plaintiffs in any way.

13.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Thirteen (13) of Plaintiffs' Complaint.

14.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Fourteen (14) of Plaintiffs' Complaint.

15.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Fifteen (15) of Plaintiffs' Complaint.

16.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Sixteen (16) of Plaintiffs' Complaint.

17.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Seventeen (17) of Plaintiffs' Complaint.

18.

Defendant lacks sufficient knowledge to respond to the truth of the allegations contained in Paragraph Eighteen (18) of Plaintiffs' Complaint.

19.

Defendant denies the allegations contained in Paragraph Nineteen (19) of Plaintiffs' Complaint.

20.

Defendant denies the allegations contained in Paragraph Twenty (20) of Plaintiffs' Complaint.

21.

Defendant denies the allegations contained in Paragraph Twenty-one (21) of Plaintiffs' Complaint.

22.

Defendant denies the allegations contained in Paragraph Twenty-two (22) of Plaintiffs' Complaint.

23.

Defendant denies the allegations contained in Paragraph Twenty-three (23) of Plaintiffs' Complaint.

24.

Defendant denies the allegations contained in Paragraph Twenty-four (24) of Plaintiffs' Complaint.

25.

Defendant denies the allegations contained in Paragraph Twenty-five (25) of Plaintiffs' Complaint.

26.

Defendant denies the allegations contained in Paragraph Twenty-six (26) of Plaintiffs' Complaint.

27.

Defendant denies the allegations contained in Paragraph Twenty-seven (27) of Plaintiffs' Complaint.

28.

Defendant denies the allegations contained in Paragraph Twenty-eight (28) of Plaintiffs' Complaint.

29.

Defendant denies the allegations contained in Paragraph Twenty-nine (29) of Plaintiffs' Complaint.

30.

Defendant denies the allegations contained in Paragraph Thirty (30) of Plaintiffs' Complaint.

31.

Defendant denies the allegations contained in Paragraph Thirty-one (31) of Plaintiffs' Complaint.

32.

Defendant denies the allegations contained in Paragraph Thirty-two (32) of Plaintiffs' Complaint.

33.

Defendant admits it has never been indicted. Defendant lacks sufficient knowledge to admit or deny the remaining allegations in Paragraph Thirty-three (33) of Plaintiffs' Complaint.

34.

Paragraph Thirty-four (34) of Plaintiffs' Complaint does not require a response.

35.

Defendant denies the allegations contained in Paragraph Thirty-five (35) of Plaintiffs' Complaint.

36.

Defendant denies the allegations contained in Paragraph Thirty-six (36) of Plaintiffs' Complaint.

37.

Defendant denies the allegations contained in Paragraph Thirty-seven (37) of Plaintiffs' Complaint.

38.

Defendant denies the allegations contained in Paragraph Thirty-eight (38) of Plaintiffs' Complaint.

39.

Defendant denies the allegations contained in Paragraph Thirty-nine (39) of Plaintiffs' Complaint.

40.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant admits the remaining allegations in Paragraph Forty (40) of Plaintiffs' Complaint.

41.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant admits the remaining allegations contained in Paragraph Forty-one (41) of Plaintiffs' Complaint.

42.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant admits the remaining allegations contained in Paragraph Forty-two (42) of Plaintiffs' Complaint.

43.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant further denies it submitted any job orders. Defendant admits the remaining allegations contained in Paragraph Forty-three (43) of Plaintiffs' Complaint.

[713213/1]

4895-0330-1731, v. 1

44.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant admits the remaining allegations contained in Paragraph Forty-four (44) of Plaintiffs' Complaint.

45.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant admits the remaining allegations contained in Paragraph Forty-five (45) of Plaintiffs' Complaint.

46.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant admits the remaining allegations contained in Paragraph Forty-six (46) of Plaintiffs' Complaint.

47.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant further denies the remaining allegations contained in Paragraph Forty-seven (47) of Plaintiffs' Complaint.

48.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant further denies the remaining allegations contained in Paragraph Forty-eight (48) of Plaintiffs' Complaint.

49.

Defendant denies the allegations contained in Paragraph Forty-nine (49) of Plaintiffs' Complaint.

50.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any application to the USDOL. Defendant denies the remaining allegations contained in Paragraph Fifty (50) of Plaintiffs' Complaint.

51.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies the remaining allegations contained in Paragraph Fifty-one (51) of Plaintiffs' Complaint.

52.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies the remaining allegations contained in Paragraph Fifty-two (52) of Plaintiffs' Complaint.

53.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies the remaining allegations contained in Paragraph Fifty-three (53) of Plaintiffs' Complaint.

54.

Defendant denies the allegations contained in Paragraph Fifty-four (54) of Plaintiffs' Complaint.

55.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Fifty-five (55) of Plaintiffs' Complaint.

56.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Fifty-six (56) of Plaintiffs' Complaint.

57.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Fifty-seven (57) of Plaintiffs' Complaint.

58.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Fifty-eight (58) of Plaintiffs' Complaint.

59.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks

[713213/1]

4895-0330-1731, v. 1

sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Fifty-nine (59) of Plaintiffs' Complaint.

60.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Sixty (60) of Plaintiffs' Complaint.

61.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Sixty-one (61) of Plaintiffs' Complaint.

62.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Sixty-two (62) of Plaintiffs' Complaint.

63.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Sixty-three (63) of Plaintiffs' Complaint.

64.

Defendant specifically denies it employed Plaintiffs. Defendant further denies it caused any harm to Plaintiffs or is liable to Plaintiffs in any way. Defendant lacks sufficient knowledge to respond to the truth of the remaining allegations contained in Paragraph Sixty-four (64) of Plaintiffs' Complaint.

65.

Defendant denies the allegations contained in Paragraph Sixty-five (65) of Plaintiffs' Complaint.

66.

Defendants denies the allegations contained in Paragraph Sixty-six (66) of Plaintiffs' Complaint.

67.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Sixty-seven (67) of Plaintiffs' Complaint.

68.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Sixty-eight (68) of Plaintiffs' Complaint.

69.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under

the H-2A visa program. Defendant denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Sixty-nine (69) of Plaintiffs' Complaint.

70.

Defendant admits a document appearing to be a Job Order is attached to Plaintiff's Complaint as Exhibit 3. Defendant specifically denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Seventy (70) of Plaintiffs' Complaint.

71.

Defendant admits a document appearing to be a Job Order is attached to Plaintiff's Complaint as Exhibit 3. Defendant specifically denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Seventy-one (71) of Plaintiffs' Complaint.

72.

Defendant admits a document appearing to be a Job Order is attached to Plaintiff's Complaint as Exhibit 3. Defendant specifically denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Seventy-two (72) of Plaintiffs' Complaint.

73.

Defendant denies the allegations contained in Paragraph Seventy-three (73) of Plaintiffs' Complaint. Defendant specifically denies it employed Plaintiffs.

74.

Defendant denies the allegations contained in Paragraph Seventy-four (74) of

Plaintiffs' Complaint.

75.

Defendant denies the allegations contained in Paragraph Seventy-five (75) of Plaintiffs' Complaint.

76.

Defendant denies the allegations contained in Paragraph Seventy-six (76) of Plaintiffs' Complaint.

77.

Defendant denies it submitted any job order. Defendant further denies it employed Plaintiffs. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Seventy-seven (77) of Plaintiffs' Complaint.

78.

Defendant denies the allegations contained in Paragraph Seventy-eight (78) of Plaintiffs' Complaint.

79.

Defendant denies the allegations contained in Paragraph Seventy-nine (79) of Plaintiffs' Complaint.

80.

Defendant denies it submitted any job order. Defendant denies it employed Plaintiffs. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Eighty (80) of Plaintiffs' Complaint.

81.

Defendant denies it submitted any job order. Defendant denies it employed

Plaintiffs. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Eighty-one (81) of Plaintiffs' Complaint.

82.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Eighty-two (82) of Plaintiffs' Complaint.

83.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Eighty-three (83) of Plaintiffs' Complaint.

84.

Defendant denies it employed Plaintiffs. Defendant denies it is an employer under the H-2A visa program. Defendant denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Eighty-four (84) of Plaintiffs' Complaint.

85.

Defendant admits a document appearing to be a Job Order is attached to Plaintiff's Complaint as Exhibit 4. Defendant specifically denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Eighty-five (85) of Plaintiffs' Complaint.

86.

Defendant admits a document appearing to be a Job Order is attached to Plaintiff's Complaint as Exhibit 4. Defendant specifically denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Eighty-six (86) of Plaintiffs' Complaint.

87.

Defendant admits a document appearing to be a Job Order is attached to Plaintiff's Complaint as Exhibit 4. Defendant specifically denies it submitted any job order. Defendant lacks sufficient knowledge to admit or deny remaining allegations contained in Paragraph Eighty-seven (87) of Plaintiffs' Complaint.

88.

Defendant denies the allegations contained in Paragraph Eighty-eight (88) of Plaintiffs' Complaint.

89.

Defendant denies the allegations contained in Paragraph Eighty-nine (89) of Plaintiffs' Complaint.

90.

Defendant denies the allegations contained in Paragraph Ninety (90) of Plaintiffs' Complaint.

91.

Defendant denies the allegations contained in Paragraph Ninety-one (91) of Plaintiffs' Complaint.

92.

Defendant denies it submitted any job order. Defendant further denies it employed Plaintiffs. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph Ninety-two (92) of Plaintiffs' Complaint.

93.

Defendant denies the allegations contained in Paragraph Ninety-three (93) of Plaintiffs' Complaint.

94.

Defendant denies the allegations contained in Paragraph Ninety-four (94) of Plaintiffs' Complaint.

95.

Defendant denies the allegations contained in Paragraph Ninety-five (95) of Plaintiffs' Complaint.

96.

Defendant denies it submitted any job order. Defendant denies it employed Plaintiffs. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph ninety-six (96) of Plaintiffs' Complaint.

97.

Defendant denies the allegations contained in Paragraph ninety-seven (97) of Plaintiffs' Complaint.

98.

Defendants denies the allegations contained in Paragraph Ninety-eight (98) of Plaintiffs' Complaint.

[713213/1]

-19-

4895-0330-1731, v. 1

99.

Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph Ninety-nine (99) of Plaintiffs' Complaint.

100.

Defendants denies the allegations contained in Paragraph One Hundred (100) of Plaintiffs' Complaint.

101.

Defendants denies the allegations contained in Paragraph One Hundred One (101) of Plaintiffs' Complaint.

102.

Defendants denies the allegations contained in Paragraph One Hundred Two (102) of Plaintiffs' Complaint.

103.

Defendant denies it employed Plaintiffs' and putative class members. Defendant further denies it made any representations to Plaintiffs' and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Three (103) of Plaintiffs' Complaint.

104.

Defendant denies it employed Plaintiffs' and putative class members. Defendant further denies it submitted any job offers. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Four (104) of Plaintiffs' Complaint.

105.

Defendant denies the allegations contained in Paragraph One Hundred Five (105) of Plaintiffs' Complaint.

106.

Defendant denies the allegations contained in Paragraph One Hundred Six (106) of Plaintiffs' Complaint.

107.

Defendant denies the allegations contained in Paragraph One Hundred Seven (107) of Plaintiffs' Complaint.

108.

Defendant denies the allegations contained in Paragraph One Hundred Eight (108) of Plaintiffs' Complaint.

109.

Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Nine (109) of Plaintiffs' Complaint.

110.

Defendant denies the allegations contained in Paragraph One Hundred Ten (110) of Plaintiffs' Complaint.

111.

Defendant denies the allegations contained in Paragraph One Hundred Eleven (111) of Plaintiffs' Complaint.

112.

Defendant denies the allegations contained in Paragraph One Hundred Twelve

(112) of Plaintiffs' Complaint.

113.

Defendant denies the allegations contained in Paragraph One Hundred Thirteen (113) of Plaintiffs' Complaint.

114.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies Plaintiffs and putative class members paid it any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Fourteen (114) of Plaintiffs' Complaint.

115.

Defendant denies it employed Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Fifteen (115) of Plaintiffs' Complaint.

116.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies Plaintiffs and putative class members paid it any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Sixteen (116) of Plaintiffs' Complaint.

117.

Defendant denies it employed Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Seventeen (117) of Plaintiffs' Complaint.

118.

Defendant denies it employed Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Eighteen (118) of Plaintiffs' Complaint.

119.

Defendant denies it employed Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Nineteen (119) of Plaintiffs' Complaint.

120.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies Plaintiffs and putative class members paid it any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Twenty (120) of Plaintiffs' Complaint.

121.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies Plaintiffs and putative class members paid it any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Twenty-one (121) of Plaintiffs' Complaint.

122.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies Plaintiffs and putative class members paid it any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Twenty-two (122) of Plaintiffs' Complaint.

123.

Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Twenty-three (123) of Plaintiffs' Complaint.

124.

Defendant denies the allegations contained in Paragraph One Hundred Twenty-four (124) of Plaintiffs' Complaint.

125.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies Plaintiffs and putative class members paid it any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Twenty-five (125) of Plaintiffs' Complaint.

126.

Defendant denies the allegations contained in Paragraph One Hundred Twenty-six (126) of Plaintiffs' Complaint.

127.

Defendant denies the allegations contained in Paragraph One Hundred Twenty-seven (127) of Plaintiffs' Complaint.

128.

Defendant denies the allegations contained in Paragraph One Hundred Twenty-eight (128) of Plaintiffs' Complaint.

129.

Defendant denies the allegations contained in Paragraph One Hundred Twenty-nine (129) of Plaintiffs' Complaint.

130.

Defendant denies the allegations contained in Paragraph One Hundred Thirty (130) of Plaintiffs' Complaint.

131.

Defendant denies the allegations contained in Paragraph One Hundred Thirty-one (131) of Plaintiffs' Complaint.

132.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it was involved in housing Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Thirty-two (132) of Plaintiffs' Complaint.

133.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it was involved in housing Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Thirty-three (133) of Plaintiffs' Complaint.

134.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it was involved in housing Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Thirty-four (134) of Plaintiffs' Complaint.

135.

Defendant denies it employed Plaintiffs and putative class members. Defendant

further denies it was involved in housing Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Thirty-five (135) of Plaintiffs' Complaint.

136.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it was involved in housing Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Thirty-six (136) of Plaintiffs' Complaint.

137.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it was involved in housing Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Thirty-seven (137) of Plaintiffs' Complaint.

138.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it was involved in housing Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Thirty-eight (138) of Plaintiffs' Complaint.

139.

Defendant denies the allegations contained in Paragraph One Hundred Thirty-nine (139) of Plaintiffs' Complaint.

140.

Defendant denies it employed Plaintiffs and putative class members. Defendant

lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Forty (140) of Plaintiffs' Complaint.

141.

Defendant denies it employed Plaintiffs and putative class members. Defendant further responds that it was not responsible for housing Plaintiffs and putative class members. To the extent Plaintiffs allege that Defendant is an agent of E. Duque, this Defendant denies the same. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Forty-one (141) of Plaintiffs' Complaint.

142.

Defendant denies it employed Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Forty-two (142) of Plaintiffs' Complaint.

143.

Defendant denies it employed Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Forty-three (143) of Plaintiffs' Complaint.

144.

Defendant denies the allegations contained in Paragraph One Hundred Forty-four (144) of Plaintiffs' Complaint.

145.

Defendant denies it employed Plaintiffs and putative class members. Defendant specifically denies it charged Plaintiffs and putative class members any amounts.

Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Forty-five (145) of Plaintiffs' Complaint.

146.

Defendant denies the allegations contained in Paragraph One Hundred Forty-six (146) of Plaintiffs' Complaint.

147.

Defendant denies the allegations contained in Paragraph One Hundred Forty-seven (147) of Plaintiffs' Complaint.

148.

Defendant denies it employed Plaintiffs and putative class members. Defendant specifically denies it charged Plaintiffs and putative class members any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Forty-eight (148) of Plaintiffs' Complaint.

149.

Defendant denies the allegations contained in Paragraph One Hundred Forty-nine (149) of Plaintiffs' Complaint.

150.

Defendant denies the allegations contained in Paragraph One Hundred Fifty (150) of Plaintiffs' Complaint.

151.

Defendant denies the allegations contained in Paragraph One Hundred Fifty-one (151) of Plaintiffs' Complaint.

### 152.

Defendant denies the allegations contained in Paragraph One Hundred Fifty-two (152) of Plaintiffs' Complaint.

### 153.

Defendant denies the allegations contained in Paragraph One Hundred Fifty-three (153) of Plaintiffs' Complaint.

### 154.

Defendant denies the allegations contained in Paragraph One Hundred Fifty-four (154) of Plaintiffs' Complaint.

### 155.

Defendant denies the allegations contained in Paragraph One Hundred Fifty-five (155) of Plaintiffs' Complaint.

### 156.

Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Fifty-six (156) of Plaintiffs' Complaint.

### 157.

Defendant denies the allegations contained in Paragraph One Hundred Fifty-seven (157) of Plaintiffs' Complaint.

### 158.

Defendant denies the allegations contained in Paragraph One Hundred Fifty-eight (158) of Plaintiffs' Complaint.

### 159.

Defendant denies the allegations contained in Paragraph One Hundred Fifty-nine

(159) of Plaintiffs' Complaint.

160.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it charged Plaintiffs and putative class members any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Sixty (160) of Plaintiffs' Complaint.

161.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it charged Plaintiffs and putative class members any amounts. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Sixty-one (161) of Plaintiffs' Complaint.

162.

Defendant denies the allegations contained in Paragraph One Hundred Sixty-two (162) of Plaintiffs' Complaint.

163.

Defendants denies the allegations contained in Paragraph One Hundred Sixty-three (163) of Plaintiffs' Complaint.

164.

Defendant denies the allegations contained in Paragraph One Hundred Sixty-four (164) of Plaintiffs' Complaint.

165.

Defendant denies the allegations contained in Paragraph One Hundred Sixty-five (165) of Plaintiffs' Complaint.

166.

Defendant denies the allegations contained in Paragraph One Hundred Sixty-six (166) of Plaintiffs' Complaint.

167.

Defendant denies it employed Plaintiffs and putative class members. Defendant specifically denies it had any control over the employment of Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Sixty-seven (167) of Plaintiffs' Complaint.

168.

Defendant denies it employed Plaintiffs and putative class members. Defendant specifically denies it had any control over the employment of Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Sixty-eight (168) of Plaintiffs' Complaint.

169.

Defendant denies it employed Plaintiffs and putative class members. Defendant specifically denies it had any control over the employment of Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Sixty-nine (169) of Plaintiffs' Complaint.

170.

Defendant denies it employed Plaintiffs and putative class members. Defendant

specifically denies it had any control over the employment of Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Seventy (170) of Plaintiffs' Complaint.

171.

Defendant denies it employed Plaintiffs and putative class members. Defendant specifically denies it had any control over the employment of Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Seventy-one (171) of Plaintiffs' Complaint.

172.

Defendant denies it employed Plaintiffs and putative class members. Defendant specifically denies it had any control over the employment of Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Seventy-two (172) of Plaintiffs' Complaint.

173.

Defendant denies it employed Plaintiffs and putative class members. Defendant specifically denies it had any control over the employment of Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Seventy-three (173) of Plaintiffs' Complaint.

174.

Defendant denies it employed Plaintiffs and putative class members. Defendant

[713213/1]

4895-0330-1731, v. 1

specifically denies it had any control over the employment of Plaintiffs and putative class members. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Seventy-four (174) of Plaintiffs' Complaint.

175.

Defendant denies the allegations contained in Paragraph One Hundred Seventy-five (175) of Plaintiffs' Complaint.

176.

Defendant denies the allegations contained in Paragraph One Hundred Seventy-six (176) of Plaintiffs' Complaint.

177.

Defendant denies the allegations contained in Paragraph One Hundred Seventy-seven (177) of Plaintiffs' Complaint.

178.

Defendant denies the allegations contained in Paragraph One Hundred Seventy-eight (178) of Plaintiffs' Complaint.

179.

Defendant denies the allegations contained in Paragraph One Hundred Seventy-nine (179) of Plaintiffs' Complaint.

180.

Defendant denies the allegations contained in Paragraph One Hundred Eighty (180) of Plaintiffs' Complaint.

181.

Defendant denies the allegations contained in Paragraph One Hundred Eighty-one (181) of Plaintiffs' Complaint.

182.

Defendant denies the allegations contained in Paragraph One Hundred Eighty-two (182) of Plaintiffs' Complaint.

183.

Defendant denies the allegations contained in Paragraph One Hundred Eighty-three (183) of Plaintiffs' Complaint.

184.

Defendant denies it employed Plaintiffs and putative class members. Defendant further denies it is liable to Plaintiffs and putative class members in any way. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph One Hundred Eighty-four (184) of Plaintiffs' Complaint.

185.

Defendant denies the allegations contained in Paragraph One Hundred Eighty-five (185) of Plaintiffs' Complaint.

186.

Defendant denies the allegations contained in Paragraph One Hundred Eighty-six (186) of Plaintiffs' Complaint.

187.

Defendant denies the allegations contained in Paragraph One Hundred Eighty-seven (187) of Plaintiffs' Complaint.

188.

Defendant denies the allegations contained in Paragraph One Hundred Eighty-eight (188) of Plaintiffs' Complaint.

189.

Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph One Hundred Eighty-nine (189) of Plaintiffs' Complaint.

190.

Defendant denies the allegations contained in Paragraph One Hundred Ninety (190) of Plaintiffs' Complaint.

191.

Defendant denies the allegations contained in Paragraph One Hundred Ninety-one (191) of Plaintiffs' Complaint.

192.

Defendant denies the allegations contained in Paragraph One Hundred Ninety-two (192) of Plaintiffs' Complaint.

193.

Defendant denies the allegations contained in Paragraph One Hundred Ninety-three (193) of Plaintiffs' Complaint.

194.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

195.

Defendant denies the allegations contained in Paragraph One Hundred Ninety-

five (195) of Plaintiffs' Complaint.

196.

Defendant denies the allegations contained in Paragraph One Hundred Ninety-six (196) of Plaintiffs' Complaint.

197.

Defendant denies the allegations contained in Paragraph One Hundred Ninety-seven (197) of Plaintiffs' Complaint.

198.

Defendant denies the allegations contained in Paragraph One Hundred Ninety-eight (198) of Plaintiffs' Complaint.

199.

Defendant denies the allegations contained in Paragraph One Hundred Ninety-nine (199) of Plaintiffs' Complaint.

200.

Defendant denies the allegations contained in Paragraph Two Hundred (200) of Plaintiffs' Complaint.

201.

Defendant denies the allegations contained in Paragraph Two Hundred One (201) of Plaintiffs' Complaint.

202.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

203.

Defendant denies the allegations contained in Paragraph Two Hundred Three (203) of Plaintiffs' Complaint.

204.

Defendant denies the allegations contained in Paragraph Two Hundred Four (204) of Plaintiffs' Complaint.

205.

Defendant denies the allegations contained in Paragraph Two Hundred Five (205) of Plaintiffs' Complaint.

206.

Defendant denies the allegations contained in Paragraph Two Hundred Six (206) of Plaintiffs' Complaint.

207.

Defendant denies the allegations contained in Paragraph Two Hundred Seven (207) of Plaintiffs' Complaint.

208.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

209.

Defendant denies the allegations contained in Paragraph Two Hundred Nine (209) of Plaintiffs' Complaint.

210.

Defendant lacks sufficient knowledge to admit or deny whether Defendants E.

Duque and J. Duque violated 18 U.S.C. §§ 1589 and 1590. Defendant denies the remaining allegations contained in Paragraph Two Hundred Ten (210) of Plaintiffs' Complaint.

211.

Defendant denies the allegations contained in Paragraph Two Hundred Eleven (211) of Plaintiffs' Complaint.

212.

Defendant denies the allegations contained in Paragraph Two Hundred Twelve (212) of Plaintiffs' Complaint.

213.

Defendant denies the allegations contained in Paragraph Two Hundred Thirteen (213) of Plaintiffs' Complaint.

214.

Defendant denies the allegations contained in Paragraph Two Hundred Fourteen (214) of Plaintiffs' Complaint.

215.

Defendant denies the allegations contained in Paragraph Two Hundred Fifteen (215) of Plaintiffs' Complaint.

216.

Defendant denies the allegations contained in Paragraph Two Hundred Sixteen (216) of Plaintiffs' Complaint.

217.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth

herein.

218.

Defendant denies the allegations contained in Paragraph Two Hundred Eighteen (218) of Plaintiffs' Complaint.

219.

Defendant denies the allegations contained in Paragraph Two Hundred Nineteen (219) of Plaintiffs' Complaint.

220.

Defendant denies the allegations contained in Paragraph Two Hundred Twenty (220) of Plaintiffs' Complaint.

221.

Defendant denies the allegations contained in Paragraph Two Hundred Twenty-one (221) of Plaintiffs' Complaint.

222.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

223.

Defendant denies the allegations contained in Paragraph Two Hundred Twenty-three (223) of Plaintiffs' Complaint.

224.

Defendant denies the allegations contained in Paragraph Two Hundred Twenty-four (224) of Plaintiffs' Complaint.

225.

Defendant denies the allegations contained in Paragraph Two Hundred Twenty-five (225) of Plaintiffs' Complaint.

226.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

227.

Defendant states that the cited law will speak for itself. Defendant denies the remaining allegations contained in Paragraph Two Hundred Twenty-seven (227) of Plaintiffs' Complaint. Defendant denies the remaining allegations contained in Paragraph Two Hundred Twenty-seven (227) of Plaintiffs' Complaint.

228.

Defendant denies the allegations contained in Paragraph Two Hundred Twenty-eight (228) of Plaintiffs' Complaint.

229.

Defendant denies the allegations contained in Paragraph Two Hundred Twenty-nine (229) of Plaintiffs' Complaint.

230.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty (230) of Plaintiffs' Complaint.

231.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty-one

(231) of Plaintiffs' Complaint.

232.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty-two (232) of Plaintiffs' Complaint.

233.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty-three (233) of Plaintiffs' Complaint.

234.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty-four (234) of Plaintiffs' Complaint.

235.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty-five (235) of Plaintiffs' Complaint.

236.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty-six (236) of Plaintiffs' Complaint.

237.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty-seven (237) of Plaintiffs' Complaint.

238.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

239.

Defendant denies the allegations contained in Paragraph Two Hundred Thirty-nine (239) of Plaintiffs' Complaint.

240.

Defendant denies the allegations contained in Paragraph Two Hundred Forty (240) of Plaintiffs' Complaint.

241.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-one (241) of Plaintiffs' Complaint.

242.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-two (242) of Plaintiffs' Complaint.

243.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-three (243) of Plaintiffs' Complaint.

244.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-four (244) of Plaintiffs' Complaint.

245.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-five (245) of Plaintiffs' Complaint.

246.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-six

(246) of Plaintiffs' Complaint.

247.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-seven (247) of Plaintiffs' Complaint.

248.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-eight (248) of Plaintiffs' Complaint.

249.

Defendant denies the allegations contained in Paragraph Two Hundred Forty-nine (249) of Plaintiffs' Complaint.

250.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty (250) of Plaintiffs' Complaint.

251.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-one (251) of Plaintiffs' Complaint.

252.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-two (252) of Plaintiffs' Complaint.

253.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-three (253) of Plaintiffs' Complaint.

254.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-four (254) of Plaintiffs' Complaint.

255.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-five (255) of Plaintiffs' Complaint.

256.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-six (256) of Plaintiffs' Complaint.

257.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-seven (257) of Plaintiffs' Complaint.

258.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-eight (258) of Plaintiffs' Complaint.

259.

Defendant denies the allegations contained in Paragraph Two Hundred Fifty-nine (259) of Plaintiffs' Complaint.

260.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty (260) of Plaintiffs' Complaint.

261.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-one

(261) of Plaintiffs' Complaint.

262.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-two (262) of Plaintiffs' Complaint.

263.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-three (263) of Plaintiffs' Complaint.

264.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-four (264) of Plaintiffs' Complaint.

265.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-five (265) of Plaintiffs' Complaint.

266.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-six (266) of Plaintiffs' Complaint.

267.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-seven (267) of Plaintiffs' Complaint.

268.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-eight (268) of Plaintiffs' Complaint.

269.

Defendant denies the allegations contained in Paragraph Two Hundred Sixty-nine (269) of Plaintiffs' Complaint.

270.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

271.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-one (271) of Plaintiffs' Complaint.

272.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-two (272) of Plaintiffs' Complaint.

273.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-three (273) of Plaintiffs' Complaint.

274.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-four (274) of Plaintiffs' Complaint.

275.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-five (275) of Plaintiffs' Complaint.

276.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-

[713213/1]

4895-0330-1731, v. 1

six (276) of Plaintiffs' Complaint.

277.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-seven (277) of Plaintiffs' Complaint.

234 (*Part II*).

Defendant's answers to Paragraphs 252-265 are reincorporated herein by reference.

278.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-eight (278) of Plaintiffs' Complaint.

279.

Defendant denies the allegations contained in Paragraph Two Hundred Seventy-nine (279) of Plaintiffs' Complaint.

280.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty (280) of Plaintiffs' Complaint.

281.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-one (281) of Plaintiffs' Complaint.

282.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-two (282) of Plaintiffs' Complaint.

283.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-three (283) of Plaintiffs' Complaint.

284.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-four (284) of Plaintiffs' Complaint.

285.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-five (285) of Plaintiffs' Complaint.

286.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-six (286) of Plaintiffs' Complaint.

287.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-seven (287) of Plaintiffs' Complaint.

288.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-eight (288) of Plaintiffs' Complaint.

289.

Defendant denies the allegations contained in Paragraph Two Hundred Eighty-nine (289) of Plaintiffs' Complaint.

290.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety

(290) of Plaintiffs' Complaint.

291.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety-one (291) of Plaintiffs' Complaint.

292.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety-two (292) of Plaintiffs' Complaint.

293.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

294.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety-four (294) of Plaintiffs' Complaint.

295.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety-five (295) of Plaintiffs' Complaint.

296.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety-six (296) of Plaintiffs' Complaint.

297.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety-seven (297) of Plaintiffs' Complaint.

[713213/1]

4895-0330-1731, v. 1

298.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety-eight (298) of Plaintiffs' Complaint.

299.

Defendant denies the allegations contained in Paragraph Two Hundred Ninety-nine (299) of Plaintiffs' Complaint.

300.

Defendant denies the allegations contained in Paragraph Three Hundred (300) of Plaintiffs' Complaint.

301.

Defendant hereby reincorporates each of its foregoing answers as if fully set forth herein.

302.

Defendant denies the allegations contained in Paragraph Three Hundred Two (302) of Plaintiffs' Complaint.

303.

Defendant denies the allegations contained in Paragraph Three Hundred Three (303) of Plaintiffs' Complaint.

304.

Defendant denies the allegations contained in Paragraph Three Hundred Four (304) of Plaintiffs' Complaint.

305.

Defendant denies the allegations contained in Paragraph Three Hundred Five

(305) of Plaintiffs' Complaint.

306.

Defendant denies the allegations contained in Paragraph Three Hundred Six (306) of Plaintiffs' Complaint.

WHEREFORE, having fully answered Plaintiffs' Complaint Defendant prays:

A.  For judgment dismissing Plaintiffs' Complaint against Defendant with prejudice with all costs cast upon Plaintiffs;

B.  For a jury trial;

C.  For attorney's fees and costs to be cast on the Plaintiffs; and

D.  For such other and further relief as this Court deems appropriate.

Respectfully submitted this 30th day of June, 2023.

COLEMAN TALLEY LLP

By:     /s/Mark A. Gilbert
        MARK A. GILBERT
        Georgia Bar No. 293797
        KAYLA H. BARNES
        Georgia Bar No. 301948
        Attorneys for MBR Farms, Inc.

Coleman Talley LLP
P.O. Box 5437
Valdosta, GA 31603-5437
(229) 242-7562
Mark.gilbert@colemantalley.com
Kayla.barnes@colemantalley.com

[713213/1]

-51-

4895-0330-1731, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ, | * | CIVIL ACTION FILE |
| LUIS ALFONSO PALMILLAS LOPEZ, | | |
| and RAMON RODRIGUEZ MENDEZ, | * | NUMBER: 7:13-CV-56(HL) |
| | * | |
| *on behalf of themselves and all those* | * | |
| *similarly situated,* | | |
| | * | |
| *Representative Plaintiffs,* | | CASE No.: |
| vs. | * | 5:23-cv-00023-LGW-BWC |
| MARIA LETICIA PATRICIO, | | |
| ENRIQUE DUQUE TOVAR, | * | JURY TRIAL DEMANDED |
| JOSE CARMEN DUQUE TOVAR, and | | |
| MBR FARMS, INC., a Georgia corporation, | * | |
| | | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I, Mark A. Gilbert, do hereby certify that I am of counsel for MBR Farms, Inc. in the above-captioned matter, and that I have this day served a copy of the within and foregoing *Answer and Affirmative Defenses* upon the parties at interest by mailing a copy thereof to its counsel as follows:

**Daniel Werner**
**Radford & Keebaugh, LLC**
**315 W. Ponce de Leon Ave.**
**Suite 1080**
**Decatur, GA 30030**

This 30th day of June, 2023.

COLEMAN TALLEY LLP

By: /s/Mark A. Gilbert
MARK A. GILBERT
Georgia Bar No. 293797
Attorney for Defendants

P.O. Box 5437
Valdosta, GA  31603
(229) 242-7562

[713213/1]

-52-