IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CHRISTHIAN ZUNIGA HERNANDEZ, LUIS ALFONSO PALMILLAS LOPEZ, and RAMON RODRIGUEZ MENDEZ<br><br>on behalf of themselves and all those similarly situated,<br><br>Representative Plaintiffs,<br><br>v.<br><br>MARIA LETICIA PATRICIO, ENRIQUE DUQUE TOVAR, JOSE CARMEN DUQUE TOVAR, and MBR FARMS, INC., a Georgia corporation.<br><br>Defendants. | Case No. 5:23-cv-OOO23-LGW-BWC<br>JURY TRIAL DEMANDED |

## DEFENDANT ENRIQUE DUQUE TOVAR'S ANSWER AND DEFENSES TO PLAINTIFFS' CLASS ACTION COMPLAINT

ENRIQUE DUQUE TOVAR ("Duque"), a Defendant in the above-styled matter, by and through his undersigned counsel, hereby files this Answer and Defenses to Plaintiffs' Class Action Complaint, showing the Court as follows:

## FIRST DEFENSE

The Complaint fails to set forth a claim against this Defendant upon which relief can be granted. To wit, Plaintiffs' Complaint fails to adequately plead elements specific to their purported claims for relief. Ashcroft v. Igbal. 556 U.S. 662 (2009); Bell Atl. Corp. v. Twombly. 550 U.S. 544 (2007).

## SECOND DEFENSE

None of the injuries or damages claimed by the Plaintiffs were proximately caused by

Duque. Any damages or injuries sustained by Plaintiffs were caused solely, directly, and proximately by Plaintiffs' own acts or omissions or the acts or omissions of persons other than this Duque.

### THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### FOURTH DEFENSE

Plaintiffs have failed to identify a proper class under Rule 23.

### FIFTH DEFENSE

Plaintiffs are not entitled to punitive damages as Duque did not act or fail to act in a manner sufficient to give rise to punitive damages liability.

### SIXTH DEFENSE

Plaintiffs have failed to mitigate their alleged damages.

### SEVENTH DEFENSE

Defendant specifically reserves the right to amend its Answer to set forth such additional defenses as might become available to it any time hereafter.

### EIGHTH DEFENSE

Answering the specific numbered allegations of the Plaintiffs' Complaint, Defendant Duque shows the Court the following:

### INTRODUCTION

1.

Duque denies the allegations contained in Paragraph 1 of Plaintiffs' Complaint.

2.

Duque denies the allegations contained in Paragraph 2 of Plaintiffs' Complaint.

3.

Paragraph 3 of Plaintiffs' Complaint contains a statement regarding the relief being sought by Plaintiffs. To the extent that a response is required, Duque denies that he has any liability to Plaintiffs.

## PARTIES

### The Representative Plaintiffs

4.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiffs' Complaint.

5.

Duque admits that, in 2021, Christhian Zuinga Hernandez, Luis Alfonso Palmillas Lopez, and Ramon Rodriguez Mendez entered the United States on a temporary basis under the H-2A temporary work visa program. Duque denies Paragraph 5 of Plaintiffs' Complaint to the extent that it alleges that he is a "trafficker". Duque is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 6 of Plaintiffs' Complaint.

6.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiffs' Complaint.

7.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiffs' Complaint.

8.

Duque denies the allegations contained in Paragraph 8 of Plaintiffs' Complaint.

9.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiffs' Complaint.

10.

Duque denies the allegations contained in Paragraph 10 of Plaintiffs' Complaint.

11.

Duque denies the allegations contained in Paragraph 11 of Plaintiffs' Complaint.

12.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiffs' Complaint.

The Traffickers

13.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiffs' Complaint.

14.

Duque admits that, for the years 2020 and 2021, he may have met the definition of H-2A labor contractor.

15.

Duque denies that he confiscated anyone's identification documents for any reason, and he denies that he threatened anyone with violence. The remaining allegations of Paragraph 15 of

Plaintiffs' Complaint are admitted.

16.

Duque admits the allegations contained in Paragraph 16 of Plaintiffs' Complaint.

17.

Duque admits that Jose Carmen Duque Tovar is his brother. Duque lacks sufficient information to admit or deny the remaining allegations in Paragraph 17 of Plaintiffs' Complaint.

18.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiffs' Complaint.

19.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiffs' Complaint.

20.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiffs' Complaint.

21.

Duque denies the allegations contained in Paragraph 21 of Plaintiffs' Complaint.

22.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiffs' Complaint.

23.

Duque denies the allegations contained in Paragraph 23 of Plaintiffs' Complaint.

24.

Duque denies the allegations contained in Paragraph 24 of Plaintiffs' Complaint.

25.

Duque denies the allegations contained in Paragraph 25 of Plaintiffs' Complaint.

26.

Duque denies the allegations contained in Paragraph 26 of Plaintiffs' Complaint.

27.

Duque admits that he provided transportation at his own cost to bring Plaintiffs to Georgia from Mexico.

JURISDICTION AND VENUE

28.

Duque denies the allegations contained in Paragraph 28 of Plaintiffs' Complaint.

29.

Duque denies the allegations contained in Paragraph 29 of Plaintiffs' Complaint.

30.

Duque denies the allegations contained in Paragraph 30 of Plaintiffs' Complaint.

31.

Duque denies the allegations contained in Paragraph 31 of Plaintiffs' Complaint.

RICO Enterprises

32.

Duque denies the allegations contained in Paragraph 32 of Plaintiffs' Complaint.

33.

Duque admits that he, along with a number of other individuals has been indicted as part of the Indictment. Duque denies any criminal or civil liability, and he denies being part of any "scheme" as alleged by Paragraph 33 of Plaintiffs' complaint.

34.

Paragraph 34 of Plaintiffs' Complaint does not require a response.

35.

Duque denies the allegations contained in Paragraph 35 of Plaintiffs' Complaint.

36.

Duque denies the allegations contained in Paragraph 36 of Plaintiffs' Complaint.

37.

Duque denies the allegations contained in Paragraph 37 of Plaintiffs' Complaint.

38.

Paragraph 38 does not appear to require a response, but, to the extent it does, it is denied.

39.

Duque denies the allegations contained in Paragraph 39 of Plaintiffs' Complaint.

STATEMENT OF FACTS

Statutory and Regulatory Structure of the H-2A Program

40.

Paragraph 40 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 40 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 40 of Plaintiffs' Complaint.

41.

Paragraph 41 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 41 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of

any incorrect statements made with respect to the law in Paragraph 41 of Plaintiffs' Complaint.

42.

Paragraph 42 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 42 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 42 of Plaintiffs' Complaint.

43.

Paragraph 43 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 43 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 43 of Plaintiffs' Complaint.

44.

Paragraph 44 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 44 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 44 of Plaintiffs' Complaint.

45.

Paragraph 45 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 45 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 45 of Plaintiffs' Complaint.

46.

Paragraph 46 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph

46 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 46 of Plaintiffs' Complaint.

47.

Paragraph 47 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 47 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 47 of Plaintiffs' Complaint.

48.

Paragraph 48 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 48 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 48 of Plaintiffs' Complaint.

49.

Paragraph 49 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 49 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 49 of Plaintiffs' Complaint.

50.

Paragraph 50 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 50 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 50 of Plaintiffs' Complaint.

51.

Paragraph 51 sets forth Plaintiffs' understanding regarding the law. It does not otherwise

contain factual allegations and does not appear to require a response. To the extent that Paragraph 51 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 51 of Plaintiffs' Complaint.

52.

Paragraph 52 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 52 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 52 of Plaintiffs' Complaint.

53.

Paragraph 53 sets forth Plaintiffs' understanding regarding the law. It does not otherwise contain factual allegations and does not appear to require a response. To the extent that Paragraph 53 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 53 of Plaintiffs' Complaint.

<u>The Overall Human Trafficking Scheme</u>

54.

Duque denies the allegations contained in Paragraph 54 of Plaintiffs' Complaint.

55.

Duque denies the allegations contained in Paragraph 55 of Plaintiffs' Complaint.

56.

Duque denies the allegations contained in Paragraph 56 of Plaintiffs' Complaint.

57.

Duque denies the allegations contained in Paragraph 57 of Plaintiffs' Complaint.

58.

Duque denies the allegations contained in Paragraph 58 of Plaintiffs' Complaint.

59.

Duque denies the allegations contained in Paragraph 59 of Plaintiffs' Complaint.

60.

Duque admits that Plaintiffs were paid in cash. The remaining allegations of Paragraph 60 of Plaintiffs' Complaint are denied.

61.

Duque denies the allegations contained in Paragraph 61 of Plaintiffs' Complaint.

62.

Duque denies the allegations contained in Paragraph 62 of Plaintiffs' Complaint.

63.

Duque denies the allegations contained in Paragraph 63 of Plaintiffs' Complaint.

64.

Duque denies the allegations contained in Paragraph 64 of Plaintiffs' Complaint.

65.

Duque denies the allegations contained in Paragraph 65 of Plaintiffs' Complaint.

<u>Racketeering</u>

66.

Duque denies the allegations contained in Paragraph 66 of Plaintiffs' Complaint.

<u>The Employment Contracts</u>

**The 2020 Job Order**

67.

Duque admits the allegations contained in Paragraph 67 of Plaintiffs' Complaint.

68.

Duque admits the allegations contained in Paragraph 68 of Plaintiffs' Complaint.

69.

Duque admits the allegations contained in Paragraph 69 of Plaintiffs' Complaint.

70.

Duque admits the allegations contained in Paragraph 70 of Plaintiffs' Complaint.

71.

Duque admits the allegations contained in Paragraph 71 of Plaintiffs' Complaint.

72.

Duque admits the allegations contained in Paragraph 72 of Plaintiffs' Complaint.

73.

Duque denies Paragraph 73 of Plaintiffs' Complaint to the extent that it alleges he is a "trafficker". The remaining allegations of Paragraph 73 are admitted.

74.

Duque admits the allegations contained in Paragraph 74 of Plaintiffs' Complaint.

75.

Duque denies Paragraph 75 of Plaintiffs' Complaint to the extent that it alleges he is a "trafficker". The remaining allegations of Paragraph 75 are admitted.

76.

Duque admits the allegations contained in Paragraph 76 of Plaintiffs' Complaint.

77.

Duque denies the allegations contained in Paragraph 77 of Plaintiffs' Complaint.

78.

Duque denies the allegations contained in Paragraph 78 of Plaintiffs' Complaint.

79.

Duque is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in Paragraph 79 of Plaintiffs' Complaint.

80.

Duque admits the allegations contained in Paragraph 80 of Plaintiffs' Complaint.

81.

Duque is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in Paragraph 81 of Plaintiffs' Complaint.

**The 2021 Job Order**

82.

Duque admits the allegations contained in Paragraph 82 of Plaintiffs' Complaint.

83.

Duque admits the allegations contained in Paragraph 83 of Plaintiffs' Complaint.

84.

Duque admits the allegations contained in Paragraph 84 of Plaintiffs' Complaint.

85.

Duque admits the allegations contained in Paragraph 85 of Plaintiffs' Complaint.

86.

Duque admits the allegations contained in Paragraph 86 of Plaintiffs' Complaint.

87.

Duque admits the allegations contained in Paragraph 87 of Plaintiffs' Complaint.

88.

Duque denies Paragraph 88 of Plaintiffs' Complaint to the extent that it alleges he is a

"trafficker". The remaining allegations of Paragraph 88 are admitted.

89.

Duque admits the allegations contained in Paragraph 89 of Plaintiffs' Complaint.

90.

Duque denies Paragraph 90 of Plaintiffs' Complaint to the extent that it alleges he is a "trafficker". The remaining allegations of Paragraph 90 are admitted.

91.

Duque admits the allegations contained in Paragraph 91 of Plaintiffs' Complaint.

92.

Duque denies the allegations contained in Paragraph 92 of Plaintiffs' Complaint.

93.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 93 of Plaintiffs' Complaint.

94.

Duque denies the allegations contained in Paragraph 94 of Plaintiffs' Complaint.

95.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 95 of Plaintiffs' Complaint.

96.

Duque admits the allegations contained in Paragraph 96 of Plaintiffs' Complaint.

97.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 97 of Plaintiffs' Complaint.

<u>Recruitment</u>

98.

Duque denies Paragraph 98 of Plaintiffs' Complaint to the extent it alleges that he is a "trafficker". Duque admits his brother J. Duque participated in the recruitment of Plaintiffs for the

2021 crop year. Duque denies the remaining allegations of Paragraph 98 of Plaintiffs' Complaint.

99.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 99 of Plaintiffs' Complaint.

100.

Duque denies the allegations contained in Paragraph 100 of Plaintiffs' Complaint.

101.

Duque denies the allegations contained in Paragraph 101 of Plaintiffs' Complaint.

102.

Duque denies the allegations contained in Paragraph 102 of Plaintiffs' Complaint.

103.

Duque denies the allegations contained in Paragraph 103 of Plaintiffs' Complaint.

104.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 104 of Plaintiffs' Complaint.

105.

Duque denies Paragraph 105 of Plaintiffs' Complaint to the extent it alleges that he is a "trafficker". Duque lacks sufficient information to admit or deny the remaining allegations of Paragraph 105 of Plaintiffs' Complaint.

106.

Duque denies Paragraph 106 of Plaintiffs' Complaint to the extent that it alleges he is a "trafficker". The remaining allegations of Paragraph 106 are admitted.

107.

Duque denies Paragraph 107 of Plaintiffs' Complaint to the extent it alleges that he is a

"trafficker". Duque lacks sufficient information to admit or deny the remaining allegations of Paragraph 107 of Plaintiffs' Complaint.

108.

Duque denies Paragraph 108 of Plaintiffs' Complaint to the extent that it alleges he is a "trafficker". The remaining allegations of Paragraph 108 are admitted.

109.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 109 of Plaintiffs' Complaint.

110.

Duque denies the allegations contained in Paragraph 110 of Plaintiffs' Complaint.

Pre-Employment Expenses

111.

Duque denies the allegations contained in Paragraph 111 of Plaintiffs' Complaint.

112.

Duque denies the allegations contained in Paragraph 112 of Plaintiffs' Complaint.

113.

Duque denies the allegations contained in Paragraph 113 of Plaintiffs' Complaint.

114.

Duque denies the allegations contained in Paragraph 114 of Plaintiffs' Complaint.

115.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 115 of Plaintiffs' Complaint.

116.

Duque denies the allegations contained in Paragraph 116 of Plaintiffs' Complaint.

117.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 117 of Plaintiffs' Complaint.

118.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 118 of Plaintiffs' Complaint.

119.

Duque denies the allegations contained in Paragraph 119 of Plaintiffs' Complaint.

120.

Duque denies the allegations contained in Paragraph 120 of Plaintiffs' Complaint.

121.

Duque denies the allegations contained in Paragraph 121 of Plaintiffs' Complaint.

122.

Duque denies the allegations contained in Paragraph 122 of Plaintiffs' Complaint.

123.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 123 of Plaintiffs' Complaint.

124.

Duque denies the allegations contained in Paragraph 124 of Plaintiffs' Complaint.

125.

Duque denies the allegations contained in Paragraph 125 of Plaintiffs' Complaint.

126.

Duque denies the allegations contained in Paragraph 126 of Plaintiffs' Complaint.

127.

Duque denies the allegations contained in Paragraph 127 of Plaintiffs' Complaint.

128.

Duque admits the allegations contained in Paragraph 128 of Plaintiffs' Complaint.

129.

Duque Denies Paragraph 129 of Plaintiffs' Complaint to the extent that it alleges he is a "trafficker". The remaining allegations of Paragraph 129 are admitted.

130.

Duque denies the allegations contained in Paragraph 130 of Plaintiffs' Complaint.

131.

Duque denies the allegations contained in Paragraph 131 of Plaintiffs' Complaint.

<u>Wages, Working and Housing Conditions</u>

132.

To the extent that Paragraph 132 of Plaintiffs' Complaint is referring to 2021, Duque admits that, initially, Plaintiffs and certain other workers were housed in a motel. Each room in which workers were housed contained one bunk bed and one single bed and was able to accommodate three people as a result. Duque denies the allegations that the motel was abandoned, had broken windows, dirty rooms, unkept beds, and no hot water. Duque further denies any allegation that more than three workers were asked or required to share a room.

133.

To the extent that Paragraph 133 of Plaintiffs' Complaint is referring to 2021, Duque admits the allegations contained in Paragraph 133 of Plaintiffs' Complaint.

134.

To the extent that Paragraph 134 of Plaintiffs' Complaint is referring to 2021, Duque admits

that Plaintiffs and certain other workers were temporarily housed in three trailers after the disruptive behavior of Plaintiff Ramon Rodriquez Mendez caused the owner of the motel to require relocation of the workers.

135.

Duque denies the allegations contained in Paragraph 135 of Plaintiffs' Complaint.

136.

Duque denies the allegations contained in Paragraph 136 of Plaintiffs' Complaint.

137.

Duque denies the allegations contained in Paragraph 137 of Plaintiffs' Complaint.

138.

Duque denies the allegations contained in Paragraph 138 of Plaintiffs' Complaint.

139.

Duque denies the allegations contained in Paragraph 139 of Plaintiffs' Complaint.

140.

To the extent that Paragraph 140 of Plaintiffs' Complaint is referring to 2021, Duque admits the allegations contained in Paragraph 140 of Plaintiffs' Complaint.

141.

Duque denies the allegations contained in Paragraph 141 of Plaintiffs' Complaint.

142.

In response to Paragraph 142 of Plaintiffs' Complaint, Duque states that, during the 2021 season, on a few occasions when there were no blueberries available to pick, workers under his supervision were offered opportunities to bale pine straw or to plant watermelon seed. Duque denies the remaining allegations contained in Paragraph 142 of Plaintiffs' Complaint.

143.

Duque denies the allegations contained in Paragraph 143 of Plaintiffs' Complaint.

144.

Duque denies the allegations contained in Paragraph 144 of Plaintiffs' Complaint.

145.

Duque denies the allegations contained in Paragraph 145 of Plaintiffs' Complaint.

146.

Duque denies the allegations contained in Paragraph 146 of Plaintiffs' Complaint.

147.

Duque denies the allegations contained in Paragraph 147 of Plaintiffs' Complaint.

148.

Duque denies the allegations contained in Paragraph 148 of Plaintiffs' Complaint.

149.

Duque denies the allegations contained in Paragraph 149 of Plaintiffs' Complaint.

150.

Duque denies the allegations contained in Paragraph 150 of Plaintiffs' Complaint.

151.

Duque denies the allegations contained in Paragraph 151 of Plaintiffs' Complaint.

152.

Duque denies the allegations contained in Paragraph 152 of Plaintiffs' Complaint.

153.

Duque denies the allegations contained in Paragraph 153 of Plaintiffs' Complaint.

154.

Duque denies the allegations contained in Paragraph 154 of Plaintiffs' Complaint.

<u>The Labor Trafficking</u>

155.

Duque denies Paragraph 155 of Plaintiffs' Complaint to the extent that it alleges he is a "trafficker". The remaining allegations of Paragraph 155 are admitted.

156.

Duque is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 156 of Plaintiffs' Complaint.

157.

Duque denies the allegations contained in Paragraph 157 of Plaintiffs' Complaint.

158.

Duque denies the allegations contained in Paragraph 158 of Plaintiffs' Complaint.

159.

Duque denies the allegations contained in Paragraph 159 of Plaintiffs' Complaint.

160.

Duque denies the allegations contained in Paragraph 160 of Plaintiffs' Complaint.

161.

Duque denies the allegations contained in Paragraph 161 of Plaintiffs' Complaint.

162.

Duque denies the allegations contained in Paragraph 162 of Plaintiffs' Complaint.

163.

Duque denies the allegations contained in Paragraph 163 of Plaintiffs' Complaint.

164.

Duque denies the allegations contained in Paragraph 164 of Plaintiffs' Complaint.

165.

Duque denies the allegations contained in Paragraph 165 of Plaintiffs' Complaint.

166.

Duque denies the allegations contained in Paragraph 166 of Plaintiffs' Complaint.

167.

Duque denies the allegations contained in Paragraph 167 of Plaintiffs' Complaint.

168.

Duque denies the allegations contained in Paragraph 168 of Plaintiffs' Complaint.

169.

Duque denies that he made any threats to or against any workers. Therefore, the allegations contained in Paragraph 169 of Plaintiffs' Complaint.

170.

In response to Paragraph 170 of Plaintiffs' Complaint, Duque states that, in 2021, the workers were offered an opportunity to plant watermelon seed for three to five days at a farm in Tift County, Georgia. That work was arranged when there were no blueberries ready to be picked. Each worker was paid $10.00 per hour for that work, which is the amount paid by the farmer. Duque denies the remaining allegations contained in Paragraph 170 of Plaintiffs' Complaint.

171.

Duque denies the allegations contained in Paragraph 171 of Plaintiffs' Complaint.

172.

Duque denies the allegations contained in Paragraph 172 of Plaintiffs' Complaint.

173.

Duque denies the allegations contained in Paragraph 173 of Plaintiffs' Complaint.

174.

Duque denies the allegations contained in Paragraph 174 of Plaintiffs' Complaint.

175.

Duque denies the allegations contained in Paragraph 175 of Plaintiffs' Complaint.

176.

Duque denies the allegations contained in Paragraph 176 of Plaintiffs' Complaint.

177.

Duque denies the allegations contained in Paragraph 177 of Plaintiffs' Complaint.

178.

Duque denies the allegations contained in Paragraph 178 of Plaintiffs' Complaint.

179.

Duque denies the allegations contained in Paragraph 179 of Plaintiffs' Complaint.

180.

Duque denies the allegations contained in Paragraph 180 of Plaintiffs' Complaint.

181.

Duque denies the allegations contained in Paragraph 181 of Plaintiffs' Complaint.

182.

Duque denies the allegations contained in Paragraph 182 of Plaintiffs' Complaint.

183.

Duque denies the allegations contained in Paragraph 183 of Plaintiffs' Complaint.

<u>CLASS ACTION ALLEGATIONS</u>

184.

Paragraph 184 contains a statement regarding Plaintiffs' intentions with respect to unidentified persons and does not contain factual allegations that require a response from Duque.

To the extent that a response is required, Duque denies the allegations of Plaintiffs' Complaint which Plaintiffs are using to seek certification of a class action lawsuit, and Duque further denies that a class of persons with claims against him exists.

185.

Duque denies the allegations contained in Paragraph 185 of Plaintiffs' Complaint.

186.

Duque denies the allegations contained in Paragraph 186 of Plaintiffs' Complaint.

187.

Duque denies the allegations contained in Paragraph 187 of Plaintiffs' Complaint.

188.

Duque denies the allegations contained in Paragraph 188 of Plaintiffs' Complaint.

189.

Duque lacks sufficient information to admit or deny the allegations of Paragraph 189 of Plaintiffs' Complaint.

190.

Duque denies the allegations contained in Paragraph 190 of Plaintiffs' Complaint.

FLSA COLLECTIVE ACTION ALLEGATIONS

191.

Duque denies the allegations contained in Paragraph 191 of Plaintiffs' Complaint.

192.

Duque denies the allegations contained in Paragraph 192 of Plaintiffs' Complaint.

193.

Duque denies the allegations contained in Paragraph 193 of Plaintiffs' Complaint.

<u>COUNT I</u>
(Violation of the Federal Forced labor Statue Against the Traffickers)
(18 U.S.C. § 1589)

194.

In response to Paragraph 194 of Plaintiffs' Complaint, Duque incorporates by reference, as if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs 1 through 193 of Plaintiffs' Complaint.

195.

Duque denies the allegations contained in Paragraph 195 of Plaintiffs' Complaint.

196.

Duque denies the allegations contained in Paragraph 196 of Plaintiffs' Complaint.

197.

Duque denies the allegations contained in Paragraph 197 of Plaintiffs' Complaint.

198.

Duque denies the allegations contained in Paragraph 198 of Plaintiffs' Complaint.

199.

Duque denies the allegations contained in Paragraph 199 of Plaintiffs' Complaint.

200.

Duque denies the allegations contained in Paragraph 200 of Plaintiffs' Complaint.

201.

Duque denies the allegations contained in Paragraph 201 of Plaintiffs' Complaint.

<u>COUNT II</u>
(Trafficking With Respect to Forced labor Against the Traffickers)
(18 U.S.C. § 1590)

202.

In response to Paragraph 202 of Plaintiffs' Complaint, Duque incorporates by reference, as

if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs 1 through 201 of Plaintiffs' Complaint.

203.

Duque denies the allegations contained in Paragraph 203 of Plaintiffs' Complaint.

204.

Duque denies the allegations contained in Paragraph 204 of Plaintiffs' Complaint.

205.

Duque denies the allegations contained in Paragraph 205 of Plaintiffs' Complaint.

206.

Duque denies the allegations contained in Paragraph 206 of Plaintiffs' Complaint.

207.

Duque denies the allegations contained in Paragraph 207 of Plaintiffs' Complaint.

<u>COUNT III</u>
(Conspiracy to Commit Forced Labor and Trafficking With Respect to Forced labor)
(18 U.S.C. § 1594)
(Alternative Claim Against Defendants Patricio and MBR Farms)

208.

In response to Paragraph 208 of Plaintiffs' Complaint, Duque incorporates by reference, as if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs 1 through 207 of Plaintiffs' Complaint.

209.

Paragraph 209 contains a statement regarding Plaintiffs' intentions with respect to unidentified persons and does not contain factual allegations that require a response from Duque.

210.

Duque denies the allegations contained in Paragraph 210 of Plaintiffs' Complaint.

211.

Duque denies the allegations contained in Paragraph 211 of Plaintiffs' Complaint.

212.

Duque denies the allegations contained in Paragraph 212 of Plaintiffs' Complaint.

213.

Duque denies the allegations contained in Paragraph 213 of Plaintiffs' Complaint.

214.

Duque denies the allegations contained in Paragraph 214 of Plaintiffs' Complaint.

215.

Duque denies the allegations contained in Paragraph 215 of Plaintiffs' Complaint.

216.

Duque denies the allegations contained in Paragraph 216 of Plaintiffs' Complaint.

<u>COUNT IV</u>
(Unlawful Conduct with Respect to Documents
in Furtherance of Forced Labor and Trafficking Statute Against the Traffickers)
(18 U.S.C. § 1592)

217.

In response to Paragraph 217 of Plaintiffs' Complaint, Duque incorporates by reference, as if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs 1 through 216 of Plaintiffs' Complaint.

218.

Duque denies the allegations contained in Paragraph 218 of Plaintiffs' Complaint.

219.

Duque denies the allegations contained in Paragraph 219 of Plaintiffs' Complaint.

220.

Duque denies the allegations contained in Paragraph 220 of Plaintiffs' Complaint.

221.

Duque denies the allegations contained in Paragraph 221 of Plaintiffs' Complaint.

COUNT III
(Benefitting Financially from Violations of Chapter 77 Against all Defendants)
(18 U.S.C. § 1595(a))

222.

In response to Paragraph 222 of Plaintiffs' Complaint, Duque incorporates by reference, as if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs 1 through 221 of Plaintiffs' Complaint.

223.

Duque denies the allegations contained in Paragraph 223 of Plaintiffs' Complaint.

224.

Duque denies the allegations contained in Paragraph 224 of Plaintiffs' Complaint.

225.

Duque denies the allegations contained in Paragraph 225 of Plaintiffs' Complaint.

COUNT IVI
(Violations of the Federal Fair labor Standards Act Against All Defendants)
(29 U.S.C. § 201 *et seq.*)

226.

In response to Paragraph 226 of Plaintiffs' Complaint, Duque incorporates by reference, as if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs 1 through 225 of Plaintiffs' Complaint.

227.

Paragraph 227 sets forth Plaintiffs' understanding regarding the law. It does not otherwise

contain factual allegations and does not appear to require a response. To the extent that Paragraph 227 of Plaintiffs' Complaint does require a response, Duque states that he is not presently aware of any incorrect statements made with respect to the law in Paragraph 227 of Plaintiffs' Complaint.

228.

Duque denies the allegations contained in Paragraph 228 of Plaintiffs' Complaint as such allegations are stated.

229.

Duque denies the allegations contained in Paragraph 229 of Plaintiffs' Complaint.

230.

Duque denies the allegations contained in Paragraph 230 of Plaintiffs' Complaint.

231.

Duque denies the allegations contained in Paragraph 231 of Plaintiffs' Complaint.

232.

Duque denies the allegations contained in Paragraph 232 of Plaintiffs' Complaint.

233.

Duque denies the allegations contained in Paragraph 233 of Plaintiffs' Complaint.

234.

Duque denies the allegations contained in Paragraph 234 of Plaintiffs' Complaint.

235.

Duque denies the allegations contained in Paragraph 235 of Plaintiffs' Complaint.

236.

Duque denies the allegations contained in Paragraph 236 of Plaintiffs' Complaint.

237.

Duque denies the allegations contained in Paragraph 237 of Plaintiffs' Complaint.

COUNTY VI
(Violation of Federal Racketeer Influenced and Corrupt Organizations Act Against All
Defendants)
(18 U.S.C. § 1962)

238.

In response to Paragraph 238 of Plaintiffs' Complaint, Duque incorporates by reference, as if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs 1 through 237 of Plaintiffs' Complaint.

239.

Duque denies the allegations contained in Paragraph 239 of Plaintiffs' Complaint.

240.

Duque denies the allegations contained in Paragraph 240 of Plaintiffs' Complaint.

241.

Duque denies the allegations contained in Paragraph 241 of Plaintiffs' Complaint.

242.

Duque denies the allegations contained in Paragraph 242 of Plaintiffs' Complaint.

243.

Duque denies the allegations contained in Paragraph 243 of Plaintiffs' Complaint.

244.

Duque denies the allegations contained in Paragraph 244 of Plaintiffs' Complaint.

245.

Duque denies the allegations contained in Paragraph 245 of Plaintiffs' Complaint.

246.

Duque denies the allegations contained in Paragraph 246 of Plaintiffs' Complaint.

247.

Duque denies the allegations contained in Paragraph 247 of Plaintiffs' Complaint.

248.

Duque denies the allegations contained in Paragraph 248 of Plaintiffs' Complaint.

249.

Duque denies the allegations contained in Paragraph 249 of Plaintiffs' Complaint.

250.

Duque denies the allegations contained in Paragraph 250 of Plaintiffs' Complaint.

251.

Duque denies the allegations contained in Paragraph 251 of Plaintiffs' Complaint.

252.

Duque denies the allegations contained in Paragraph 252 of Plaintiffs' Complaint.

253.

Duque denies the allegations contained in Paragraph 253 of Plaintiffs' Complaint.

254.

Duque denies the allegations contained in Paragraph 254 of Plaintiffs' Complaint.

<u>Predicate Acts</u>

*Mail and Wire Fraud: 18 U.S.C. §§ 1341 and 1343*

255.

Duque denies the allegations contained in Paragraph 255 of Plaintiffs' Complaint.

256.

Duque denies the allegations contained in Paragraph 256 of Plaintiffs' Complaint.

*Violation of 28 U.S.C. § 1589*

257.

Duque denies the allegations contained in Paragraph 257 of Plaintiffs' Complaint.

258.

Duque denies the allegations contained in Paragraph 258 of Plaintiffs' Complaint.

259.

Duque denies the allegations contained in Paragraph 259 of Plaintiffs' Complaint.

*Violation of 18 U.S.C. § 1590*

260.

Duque denies the allegations contained in Paragraph 260 of Plaintiffs' Complaint.

261.

Duque denies the allegations contained in Paragraph 261 of Plaintiffs' Complaint.

262.

Duque denies the allegations contained in Paragraph 262 of Plaintiffs' Complaint.

*Violation of 18 U.S.C. § 1592*

263.

Duque denies the allegations contained in Paragraph 263 of Plaintiffs' Complaint.

264.

Duque denies the allegations contained in Paragraph 264 of Plaintiffs' Complaint.

265.

Duque denies the allegations contained in Paragraph 265 of Plaintiffs' Complaint.

Pattern of Related Racketeering Acts

266.

Duque denies the allegations contained in Paragraph 266 of Plaintiffs' Complaint.

<u>RICO Conspiracy</u>

267.

Duque denies the allegations contained in Paragraph 267 of Plaintiffs' Complaint.

<u>Injury and Remedies</u>

268.

Duque denies the allegations contained in Paragraph 268 of Plaintiffs' Complaint.

269.

Duque denies the allegations contained in Paragraph 269 of Plaintiffs' Complaint.

<u>COUNT VII</u>
(Violation of Georgia Racketeer Influenced and Corrupt Organizations Act Against All Defendants)
(Ga. Code. Ann. § 16-14-1, *et seq.*)

270.

In response to Paragraph 270 of Plaintiffs' Complaint, Duque incorporates by reference, as if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs 1 through 269 of Plaintiffs' Complaint.

271.

Duque denies the allegations contained in Paragraph 271 of Plaintiffs' Complaint.

272.

Duque denies the allegations contained in Paragraph 272 of Plaintiffs' Complaint.

273.

Duque denies the allegations contained in Paragraph 273 of Plaintiffs' Complaint.

274.

Duque denies the allegations contained in Paragraph 274 of Plaintiffs' Complaint.

275.

Duque denies the allegations contained in Paragraph 275 of Plaintiffs' Complaint.

276.

Duque denies the allegations contained in Paragraph 276 of Plaintiffs' Complaint.

*Predicate Acts*

Conduct Defined as "Racketeering" in the Federal RIOC Act

277.

Duque denies the allegations contained in Paragraph 277 of Plaintiffs' Complaint.

False Statements and Writings: O.C.G.A. § 16-10-20

278.

Duque denies the allegations contained in Paragraph 278 of Plaintiffs' Complaint.

279.

Duque denies the allegations contained in Paragraph 279 of Plaintiffs' Complaint.

Perjury and Related Offenses (False Swearing): O.C.G.A. § 16-10-71

280.

Duque denies the allegations contained in Paragraph 280 of Plaintiffs' Complaint.

281.

Duque denies the allegations contained in Paragraph 281 of Plaintiffs' Complaint.

Pattern of Related Racketeering Acts

282.

Duque denies the allegations contained in Paragraph 282 of Plaintiffs' Complaint.

283.

Duque denies the allegations contained in Paragraph 283 of Plaintiffs' Complaint.

284.

Duque denies the allegations contained in Paragraph 284 of Plaintiffs' Complaint.

285.

Duque denies the allegations contained in Paragraph 285 of Plaintiffs' Complaint.

286.

Duque denies the allegations contained in Paragraph 286 of Plaintiffs' Complaint.

287.

Duque denies the allegations contained in Paragraph 287 of Plaintiffs' Complaint.

288.

Duque denies the allegations contained in Paragraph 288 of Plaintiffs' Complaint.

Injury and Remedies

289.

Duque denies the allegations contained in Paragraph 289 of Plaintiffs' Complaint.

290.

Duque denies the allegations contained in Paragraph 290 of Plaintiffs' Complaint.

291.

Duque denies the allegations contained in Paragraph 291 of Plaintiffs' Complaint.

292.

Duque denies the allegations contained in Paragraph 292 of Plaintiffs' Complaint.

COUNT IX
(Unjust Enrichment)
(Against the Traffickers)

293.

In response to Paragraph 293 of Plaintiffs' Complaint, Duque incorporates by reference, as

if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs

1 through 292 of Plaintiffs' Complaint.

294.

Duque admits that Plaintiffs and certain other workers performed agricultural work from which he hoped or intended to derive an economic benefit. The remaining allegations of Paragraph 294 of Plaintiffs' Complaint are denied.

295.

Duque admits that Plaintiffs and certain other workers performed agricultural work from which he hoped or intended to derive an economic benefit. The remaining allegations of Paragraph 295 of Plaintiffs' Complaint are denied.

296.

Duque denies the allegations contained in Paragraph 296 of Plaintiffs' Complaint.

297.

Duque denies the allegations contained in Paragraph 297 of Plaintiffs' Complaint.

298.

Duque denies the allegations contained in Paragraph 298 of Plaintiffs' Complaint.

299.

Duque denies the allegations contained in Paragraph 299 of Plaintiffs' Complaint.

300.

Duque denies the allegations contained in Paragraph 300 of Plaintiffs' Complaint.

COUNT X
(Intentional Infliction of Emotional Distress)
(Against the Traffickers)

301.

In response to Paragraph 301 of Plaintiffs' Complaint, Duque incorporates by reference, as if fully set forth herein, his affirmative defenses stated above as well as his responses to Paragraphs

1 through 300 of Plaintiffs' Complaint.

302.

Duque denies the allegations contained in Paragraph 302 of Plaintiffs' Complaint.

303.

Duque denies the allegations contained in Paragraph 303 of Plaintiffs' Complaint.

304.

Duque denies the allegations contained in Paragraph 304 of Plaintiffs' Complaint.

305.

Duque denies the allegations contained in Paragraph 305 of Plaintiffs' Complaint.

306.

Duque denies the allegations contained in Paragraph 306 of Plaintiffs' Complaint.

<u>PRAYER FOR RELIEF</u>

In further responding to Plaintiffs' Complaint, Duque denies any and all allegations not specifically admitted herein and denies that Plaintiffs or any putative class members are entitled to any relief from Duque.

WHEREFORE, having fully answered Plaintiffs' Complaint, Duque respectfully requests the following:

(a)     That the claims and prayers for relief contained in Plaintiffs' Complaint be denied;

(b)     That Duque be given a trial by jury on all material issues of fact pertaining to Plaintiffs' Complaint; and

(c)     That Duque be granted such other and further relief as this Court may deem just and proper.

Respectfully submitted, this 4th day of August, 2023.

ELLIOTT BLACKBURN PC

/s/ James R. Miller
JAMES R. MILLER
Georgia Bar No. 159080
Attorney for Defendant Enrique Duque Tovar

3016 North Patterson Street
Valdosta, GA 31602
(229) 242-3333
jmiller@elliottblackburn.com

## <u>CERTIFICATE OF SERVICE</u>

GEORGIA, LOWNDES COUNTY

The undersigned does hereby certify that he has this day served a true and correct copy of the foregoing *DEFENDANT ENRIQUE TOVAR'S ANSWER AND DEFENSES TO PLAINTIFFS' CLASS ACTION COMPLAINT* upon the below listed persons by filing via the CM/ECF electronic filing system, which will automatically send a copy of the filing to all counsel of record, and by electronic mail to the email addresses listed below:

Charlie Y. Wang
cwang@vedderprice.com
Daniel Werner
dan@decaturlegal.com
Anand Ramana
aramana@vedderprice.com
Dana Mehlman
dmehlman@vedderprice.com
Allison Czerniak
aczerniak@vedderprice.com
Mark A. Gilbert
Mark.gilbert@colemantalley.com
Kayla H. Barnes
Kayla.barnes@colemantalley.com

This 4th day of August, 2023.

ELLIOTT BLACKBURN PC

/s/ James R. Miller
JAMES R. MILLER
Georgia Bar No. 159080

3016 N. Patterson Street
Valdosta, Georgia 31602
(229)242-3333-Phone
jmiller@elliottblackburn.com