IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ, <br> LUIS ALFONSO PALMILLAS LOPEZ, and <br> RAMON RODRIGUEZ MENDEZ, <br>     Plaintiffs, <br> v. <br> MARIA LETICIA PATRICIO, <br> ENRIQUE DUQUE TOVAR, <br> JOSE CARMEN DUQUE TOVAR, and <br> MBR FARMS, INC., a Georgia corporation, <br>     Defendants. | Civil No. 523-CV-00023 |

**MOTION TO EXECUTE ALTERNATIVE SERVICE OF THE SUMMONS AND AMENDED COMPLAINT ON DEFENDANT JOSE CARMEN DUQUE TOVAR AND MEMORANDUM IN SUPPORT**

**I.   Introduction**

Plaintiffs respectfully request this Court grant Plaintiffs leave to execute alternative service upon Defendant Jose Carmen Duque Tovar ("Defendant"), who Plaintiffs believe currently lives in Montebello, San Luis Potosi, Mexico. Specifically, Plaintiffs seek to serve Defendant by publication in Spanish-language newspapers serving San Luis Potosi and surrounding areas and serve Defendant by publication in Georgia.

Plaintiffs have used due diligence to locate and contact the Defendant, but have been unsuccessful. Defendant's brother, Mr. Enrique Duque Tovar, is a co-defendant in the present case and has been successfully served by Plaintiffs. Defendant and his brother, Mr. Enrique Duque

Tovar, have been indicted by federal authorities in the criminal action *United States v. Patricio et al.*, Case No. CR521-009 (S.D. Ga. Oct. 5, 2021).

## II. Alternative Forms of Service are Appropriate Where the Forms of Service Proscribed by the Rules of Civil Procedure are Not Successful.

Fed. R. Civ. P. 4(e) allows for service upon an individual within a judicial district of the United States pursuant to the laws of the state in which the action is brought, or the state in which service is effected. *See* Fed. R. Civ. P. 4(e)(1); *Progressive Mountain Ins. Co. v. Rangel*, No. 3:17-cv-098, 2017 WL 10087268, at *1 (N.D. Ga. Nov. 14, 2017). "Under Georgia law, a court may grant an order for service by publication when the person upon whom service is to be made has departed from the state; cannot, after due diligence, be found within the state; or conceals himself to avoid service." *Progressive*, 2017 WL 10087628, at *1; *see also* O.C.G.A. § 9-11-4(f)(1)(A). Whether a plaintiff has exercised due diligence in attempting to perfect service is a fact-specific inquiry. *See Progressive*, 2017 WL 10087628, at *1. "The Court must 'determine whether the movant has exercised due diligence in pursing every reasonably available channel of information' based on the unique facts of each case." *Id*.

Under Georgia law, serving Defendant by publication would be permissible. The normal forms of service for Defendant have yielded no results. Here, Defendant no longer resides, and cannot be found, in the state of Georgia. Plaintiff's service processor attempted to serve Defendant in Axson, Georgia, on June 24, 2023. Dkt. 19-2 at 2. The attempt was unsuccessful, however, because although Defendant's brother, co-defendant Enrique Duque Tovar, and Enrique Duque Tovar's wife, Sherry Duque, were present at the residence, Defendant was not. *Id*. Both Enrique Duque Tovar and Sherry Duque informed the process server that they did not know where Defendant was, but that he was possibly in Mexico. *Id*.

After learning that Defendant was possibly in Mexico, Plaintiffs asked opposing counsel and Defendant Enrique Duque Tovar for contact information for the Defendant. Declaration of Charlie Y. Wang, ¶¶ 4–5. Plaintiffs also conducted a thorough internet search to find contact information or known relatives or associates for the Defendant. *Id.* at ¶ 7. Based on these investigations, Plaintiffs believe the Defendant has permanently moved to Montebello, San Luis Potosi, Mexico. *Id.*. Plaintiffs have attempted to contact the Defendant to no avail. Plaintiffs have called the telephone number Defendant Enrique Duque Tovar provided to Plaintiffs. *Id.* at ¶¶ 4–5 . Plaintiffs researched the cost associated with finding a private investigator to find Defendant in Mexico, but the quotes were prohibitively expensive at $11,045. *Id.* at ¶ 6. Plaintiffs reasonably believe that Defendant is no longer located in Georgia and must be served by publication.

All other co-Defendants have been served in the instant action.

Plaintiffs will publish notice of this action in the following newspapers: Pulso Diario de San Luis and El Universal San Luis Potosi. These Spanish-language papers have circulation in San Luis Potosi, Mexico, where Defendant likely resides. Plaintiffs also seek to serve by publication in Axson, GA by publishing in the publication known as NewsBreak, in Tifton, Georgia by publishing in the publication known as is Tifton Gazette, the Moultrie Observer, and La Estrella del Sur, and in in Pearson, Georgia by publishing in the publication known as Atkinson County Citizen.

### III.   Conclusion

For the reasons set forth herein, Plaintiffs respectfully request to serve Defendant Jose Carmen Duque Tovar by publication.

This 10th day of October 2023.                    Respectfully submitted,

BY: /s/ Daniel Werner
Daniel Werner (GA Bar No. 422070)
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
Tel: (678) 271-0304
E-mail: dan@decaturlegal.com

BY: /s/ Charlie Y. Wang
Charlie Y. Wang
(California Bar No. 320236)
(*Pro Hac Vice*)
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (424) 204-7700
E-mail: cwang@vedderprice.com

**NOTICE COUNSEL:**

Anand Ramana (D.C. Bar No. 489478)
(*Pro Hac Vice* Application Forthcoming)
VEDDER PRICE P.C.
1401 New York Ave N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
E-mail: aramana@vedderprice.com

Dana Mehlman (Illinois Bar No. 6302515)
(*Pro Hac Vice*)
Allison Czerniak (Illinois Bar No. 6319273)
(*Pro Hac Vice* Application Forthcoming)
VEDDER PRICE P.C.
222 North LaSalle Street,
Chicago, Illinois 60601
Tel: (312) 609-7509
Tel: (312) 609-7626
E-mail: dmehlman@vedderprice.com
E-mail: aczerniak@vedderprice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2023, a true and correct copy of the foregoing

- **MOTION TO EXECUTE ALTERNATIVE SERVICE OF THE SUMMONS AND AMENDED COMPLAINT ON DEFENDANT JOSE CARMEN DUQUE TOVAR AND MEMORANDUM IN SUPPORT**

- **DECLARATION OF CHARLIE Y. WANG**

was electronically filed with the Clerk of the Court using the CM/ECF system, to:

Maria Leticia Patricio
208 NOPALITO RD
NICHOLLS GA 31554
Tel: (912) 592-2572
Patricio_260@hotmail.com

Enrique Duque Tovar
JAMES R. MILLER
Attorney for Defendant Enrique Duque Tovar
3016 North Patterson Street
Valdosta, GA 31602
Tel: (229) 242-3333
jmiller@elliottblackburn.com

MBR Farms, Inc.
/s/Mark A. Gilbert
MARK A. GILBERT
KAYLA H. BARNES
Attorneys for MBR Farms, Inc.
Coleman Talley LLP
P.O. Box 5437
Valdosta, GA 3 1603-5437
Tel: (229)242-7562
Mark.gilbert@colemantalley.com
Kayla.barnes@colemantalley.com

Respectfully submitted this 10th day of October, 2023.

/s/ Charlie Y. Wang
Charlie Y. Wang

VP/#63056315.1