IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ, LUIS ALFONSO PALMILLAS LOPEZ, and RAMON RODRIGUEZ MENDEZ, Plaintiffs, v. MARIA LETICIA PATRICIO, ENRIQUE DUQUE TOVAR, JOSE CARMEN DUQUE TOVAR, and MBR FARMS, INC., a Georgia corporation, Defendants. | Civil No. 523-CV-00023 |

## DECLARATION OF CHARLIE Y. WANG

I, CHARLIE Y. WANG, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an attorney at Vedder Price located at 1925 Century Park East, Suite 1900, Los Angeles, CA 90067. I am one of the attorneys representing plaintiffs CRISTHIAN ZUNIGA HERNANDEZ, LUIS ALFONSO PALMILLAS LOPEZ, and RAMON RODRIGUEZ MENDEZ (collectively "Plaintiffs").

2. As part of Plaintiffs' efforts to serve Defendant Jose Carmen Duque Tovar ("Defendant Jose"), Plaintiffs served him at the last known address, which was the same as his brother's address Defendant Enrique Duque Tovar ("Defendant Enrique"). Service was attempted on June 24, 2023 but only Defendant Enrique was present. The process server asked Defendant Enrique about his brother's whereabouts, to which Defendant Enrique responded he did not know

Defendant Jose's whereabouts. Defendant Enrique's wife also advised the process server that Defendant Jose may be in Mexico.

3. Subsequent to the service attempt, Plaintiffs sought to locate Defendant Jose. Defendants Enrique and Jose are currently the subject of a federal criminal indictment. Defendant Jose has not been arrested since being indicted and is believed to be a fugitive.

4. After learning about Defendant Jose's fugitive status, in July 2023, Plaintiffs' counsel contacted Defendant Enrique's counsel to find out any information as to Defendant Jose's whereabouts. Defendant Enrique's counsel explained that federal authorities instructed Defendant Enrique not to have any contact with any other defendants and that Enrique has not had contact his brother, nor did he know Defendant Jose's location.

5. Defendant Enrique's counsel provided the last known phone number for Defendant Jose. Plaintiffs' counsel attempted multiple times to contact Defendant Jose through the provided last known phone number but did not receive any responses.

6. Plaintiffs' counsel also looked into whether Plaintiffs could hire a private investigator to locate Defendant Jose. However, the private investigator service advised Plaintiffs' counsel that due to high security risk in the region in which Defendant Jose may be located, the investigation fee was over $11,000. Given the possibility that Defendant Jose could not be located in a foreign country, the cost is prohibitively expensive to be borne by Plaintiffs.

7. Plaintiffs' counsel also attempted to locate Defendant Jose through a social media investigation. After extensive social media research on Defendant Jose, Plaintiffs believe that Defendant Jose may be in Montebello, San Luis Potosi, Mexico, as Defendant Jose's daughter and other immediate family members are in the area as well as in Axson, Georgia, Rockingham, Georgia, Tifton, Georgia, and Pearson, Georgia.

VP/#63055540.1

8. As a result of the above, Plaintiffs believe that service by publication is reasonably likely to reach Defendant Jose if Plaintiffs can serve by publication in the areas in which Defendant Jose has family members.

9. Plaintiffs seek to serve by publication for San Luis Potosi, Mexico by publishing in the following publications: Pulso Diario de San Luis and El Universal San Luis Potosí.

10. Plaintiffs seek to serve by publication in Axson, GA by publishing in the publication known as NewsBreak.

11. Plaintiffs seek to serve by publication in Tifton, Georgia by publishing in the publication known as is Tifton Gazette, the Moultrie Observer, and La Estrella del Sur.

12. Plaintiffs seek to serve by publication in Pearson, Georgia by publishing in the publication known as Atkinson County Citizen.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2023.

_____
Charlie Y. Wang

VP/#6305540.1