IN THE UNITED STATES DISTRICT OF COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
(Brunswick Division)

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2023 OCT 25 P 2: 13

CLERK CCasbell
SO. DIST. OF GA.

CHRISTHIAN ZUNIGA HERNANDEZ et al.

Plaintiff

-vs-

MARIA LETICIA PATRICIO et al.

Defendant

Civil Action No. 5:23-CV-023

## Answer to the Complaint and Entry of Default Motion

Defendant Maria Leticia Patrico in response to the Complaint filed against her and the subsequent motion for Entry of Default hereby submits this formal Answer and wishes to extend her sincerest apologies for the delay in responding. Mrs. Patricio acknowledges the importance of adhering to legal timelines and deeply regrets any inconvenience her delay may have caused. Regarding Cristhian Zuniga Hernadez et al v Maria Leticia Patricio et al Case 5:23-CV-023, the defendant unequivocally intends to contest the allegations made in the Complaint and pleads not guilty. She is committed to engaging in a fair and just legal process that allows both parties to present their respective cases and reach a resolution that is equitable for all parties involved. It is essential to explain that the reason for her delay was due to confusion between the dates and deadlines of this suit and the federal suit Operation Blooming Onion, in which Mrs. Patricio is

also involved. The overlapping schedules and legal requirements led to a genuine misunderstanding and oversight on her part. Nevertheless, she is fully aware of the significance of addressing this matter promptly and has taken immediate steps to rectify her oversight. Considering her delay, and the clarification of her situation, Mrs. Patricio kindly requests an opportunity to formally respond to the allegations in the Complaint and participate in the litigation. She is aware of the need to file a formal answer within the prescribed time frame and is committed to meeting this deadline. Her response will address the allegations in detail and include any applicable affirmative defenses. Once again, Mrs. Patricio offers her sincerest apologies for the delay and thanks you for your patience. She looks forward to addressing the issues raised in the Complaint and working toward a resolution in a lawful and just manner.

Dated: October 23, 2023

Respectfully Submitted,

*/s/ Maria Patricio*

By: Maria Leticia Patricio
1931 GA HWY 32 EAST
Douglas, GA 31535
Tel: (912) 592-2572
Email: Patricio_260@hotmail.com

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP13F July 2022
OD: 12 1/2 x 9 1/2

---

R2304M115999-07

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®



EI 468 389 165 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )
Maria L. Patricio
208 Napolito Rd.
Nicholls GA 31554

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )
United States District Court
Brunswick Division
801 Gloucester St. AHN C-1
Brunswick GA
ZIP+4: 31520

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

  ← PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 31510
Scheduled Delivery Date: 10-25-23
Postage: $28.75

Date Accepted: 10-24-23
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 942 ☒ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $28.75

Weight: 1 lb 8 oz  ☐ Flat Rate
Acceptance Employee Initials: PG

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) / Time ☐ AM ☐ PM / Employee Signature
Delivery Attempt (MM/DD/YY) / Time ☐ AM ☐ PM / Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996



   UNITED STATES POSTAL SERVICE®