# IN THE UNITED STATES DISTRICT OF COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
(Brunswick Division)

CHRISTHIAN ZUNIGA HERNANDEZ et al.

Plaintiff

-vs-

MARIA LETICIA PATRICIO et al.

Defendant

Civil Action No. 5:23-CV-023

## RESPONSE TO CIVIL ACTION

Defendant I Maria Leticia Patrico in response to the Complaint filed against me. My formal answer and response and plea are NOT GUILTY. I Maria Patricio acknowledges the importance of adhering to legal timelines and deeply regrets any inconvenience I may have caused. Regarding Cristhian Zuniga Hernadez et al v Maria Leticia Patricio et al Case 5:23-CV-023,

Dated: NOVEMBER 9, 2023

Respectfully Submitted,

*Maria L. Patricio*

By: Maria Leticia Patricio
1931 GA HWY 32 EAST
Douglas, GA 31535

