IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 5:23-cv-23 |
| v. | |
| MARIA LETICIA PATRICIO, et al., | |
| Defendants. | |

## SCHEDULING ORDER

The parties conducted their Federal Rule of Civil Procedure 26(f) conference on October 24, 2023, and filed their Rule 26(f) report on November 7, 2023.[1] Doc. 37. The Court now issues this Scheduling Order, in consideration of the parties' report and in accordance with Federal Rule of Civil Procedure 16(b) and the Court's Local Rules.

The deadlines in this Scheduling Order will not be extended except upon a showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why

---

[1] Only two of the four Defendants participated in the Rule 26(f) conference: Defendant Enrique Duque Tovar and Defendant MBR Farms, Inc. See Doc. 37 at 1. Defendant Maria Leticia Patricio is in default. Doc. 35. Defendant Jose Carmen Duque Tovar has not appeared and has not been served with process.

This Scheduling Order governs discovery among all parties. The parties may request specific deadline extensions consistent with the instructions in this Order. Plaintiffs and participating Defendants request discovery deadlines based on the time the last Answer will be filed. However, it is unknown when Defendant Jose Tovar will file an Answer. The Court also recently found Defendant Patricio's Answer inadequate, doc. 43, so she may or may not file another one. Therefore, the Court will issue a schedule now based on the Answers that have been filed.

the parties have not been able to meet the Court's deadlines. Boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause. If any party seeks an extension of these deadlines or the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. All motions for extensions of time must state whether the other parties join in, consent to, or oppose the request for an extension.

| EVENT | DEADLINE |
|---|---|
| Motions to Amend or Add Parties | March 12, 2024 |
| Written Discovery | August 14, 2024[2] |
| Discovery Depositions of Fact Witnesses | August 14, 2024 |
| Service of Expert Witness Reports | September 13, 2024 |
| Service of Rebuttal Expert Witness Reports | October 13, 2024 |
| Discovery Status Report[3] | October 18, 2024 |
| Discovery Status Conference | October 22, 2024 |
| Discovery Depositions of Expert Witnesses | November 12, 2024 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | January 11, 2025 |
| Proposed Pretrial Order | February 10, 2025 |

---

[2]   Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.

[3]   A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

The Court **ORDERS** lead counsel for the parties to prepare and file with the Clerk of this Court a joint consolidated proposed pretrial order by February 10, 2025. If a motion for summary judgment or other dispositive motion is pending at the time of this deadline, the deadline for filing the pretrial order is automatically extended. In such event, the parties shall file the proposed pretrial order **within 30 days** of this Court's ruling on the motion for summary judgment or other dispositive motion.

The pretrial order shall be in the format for Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gasd.uscourts.gov under "Forms." Counsel for Plaintiff shall have the responsibility to initiate compliance. A party's failure to comply with the requirements hereof may result in dismissal of the Complaint, striking of the Answer, or in other sanctions the Court determines are appropriate. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

The Court further **ORDERS** that the Clerk schedule this case for a pretrial conference. At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. Lead counsel for each party shall attend the pretrial conference.

The parties shall attempt to resolve evidentiary objections and potential motions in limine well in advance of the pretrial conference. Thus, the parties shall not file any evidentiary objections or motions in limine without first seeking to resolve the issues raised in the objection or the motion in limine with the opposing party. The moving party must state in its evidentiary objections and motions in limine that it has attempted to resolve the issues raised therein with the other parties, and it must further state which other parties oppose the relief sought.

Any evidentiary objections and motions in limine which have not been resolved prior to

the pretrial conference shall be submitted in writing **at least five days** prior to the pretrial conference.  The parties shall not file any motions in limine or evidentiary objections after this deadline without first seeking leave of court.  Leave to file will only be granted upon a showing of extraordinary circumstances.  All responses to evidentiary objections and motions in limine shall be submitted within **14 days** of the filing of the objection or motion.  Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the Court's written permission.

      **SO ORDERED**, this 13th day of December, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA