IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CRISTHIAN ZUNIGA HERNANDEZ,

LUIS ALFONSO PALMILLAS LOPEZ, and

RAMON RODRIGUEZ MENDEZ,

      Plaintiffs,

v.

MARIA LETICIA PATRICIO, et al.

      Defendants.

Civil No. 5:23-CV-00023

## DECLARATION OF DANIEL WERNER

I, Daniel Werner, state the following based on personal knowledge:

1. I am a Partner at Radford Scott, LLP, and I am co-counsel for Plaintiffs in the above-referenced putative class and collective action.

2. I submit this declaration in support of Plaintiffs' Motion to Stay and for Extension of Discovery Deadlines.

3. Attached are true and accurate copies of the following documents:

| Exhibit No. | Document Description |
|---|---|
| Ex. A | Indictment, *United States v. Patricio*, No. 5:21-cr-00009-LGW-BWC (S.D. Ga.) ("Criminal Case"), R. Doc. 1-2 |
| Ex. B | Superseding Indictment, Criminal Case, R. Doc. 1012 |
| Ex. C | Maria Leticia Patricio Notice of Plea Agreement, Criminal Case, R. Doc. 1030 |
| Ex. D | Jose Carmen Duque Tovar Appearance Bond, Criminal Case, R. Doc. 1078 |
| Ex. E | Jimmy Miller Email (July 29, 2024) (first two pages of thread) |
| Ex. F | Enrique Duque Tovar written responses and supplemental responses to Plaintiffs' Requests for Production of Documents (produced documents not included). |

4. Upon learning Jose Carmen Duque Tovar ("Jose Duque") appeared in the Criminal Case, we dispatched our process server to serve him with the Summons and Complaint in this action at the last known address indicated on public records.

5. The process server was not able to locate Jose Duque at that address.

6. I subsequently reached out to Georgia F. Barnhill, Jose Duque's counsel in the Criminal Case, to request that he accept service on behalf of Jose Duque. He declined the request.

7. We have learned through a review of additional public records of a possible alternative address for Jose Duque. We have dispatched our process server again to attempt personal service on Jose Duque at both addresses indicated in the public records.

8. We intend to file a Renewed Motion for Alternative Service through Jose Duque's criminal defense counsel if the second personal service attempt fails.

9. Because of the government's seizure of Defendant Enrique Duque Tovar's ("Enrique Duque") documents and electronic devices—and because of a related protective order—in the Criminal Case, we have not been able to obtain essential documents from Enrique Duque. *See* Ex. F.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 30, 2024.

/s/ Daniel Werner
Daniel Werner