Tuesday, July 30, 2024 at 19:03:57 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | RE: [EXT] RE: Hernandez v. Patricio - Deposition and Jose Carmen Duque Tovar |
| **Date:** | Monday, July 29, 2024 at 9:23:55 AM Eastern Daylight Time |
| **From:** | Jimmy Miller |
| **To:** | Wang, Charlie Y., Kayla Barnes |
| **CC:** | Daniel Werner, Contreras, Fernanda, Ramana, Anand, Mark A. Gilbert, patricio_260@hotmail.com |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png |

EXHIBIT E

August 5 will work for both my client as well as his criminal defense attorney Daniel O'Connor. Let's plan on that day. What time do you want to start?

Also, I would expect for Mr. O'Connor to participate by Zoom from his office in Vidalia and to be able to advise Mr. Duque regarding his 5th amendment rights as well as when the protective order in effect in his criminal case would preclude certain testimony. Please let me know if that is going to be an issue for any reason.

Lastly, I think we are going to need an interpreter for the deposition. Mr. Duque speaks English, but it is my experience that questions often have to be repeated and rephrased to make sure he fully understands them and that his responses often require a lot of discussion to ensure that his chosen words match up with his intended meaning. I suspect that in the context of a deposition, where people are often a bit nervous, those issues will only be exacerbated. Are you able to get a certified interpreter?

Jimmy

James R. Miller
ELLIOTT BLACKBURN PC
3016 North Patterson Street
Valdosta, Georgia 31602
229.242.3333
jmiller@elliottblackburn.com



---

**From:** Wang, Charlie Y. <cwang@vedderprice.com>
**Sent:** Thursday, July 25, 2024 3:29 PM
**To:** Jimmy Miller <jmiller@elliottblackburn.com>; Kayla Barnes <kayla.barnes@colemantalley.com>
**Cc:** Daniel Werner <dwerner@radfordscott.com>; Contreras, Fernanda <fcontreras@vedderprice.com>; Ramana, Anand <aramana@vedderprice.com>; Mark A. Gilbert <mark.gilbert@colemantalley.com>; patricio_260@hotmail.com
**Subject:** RE: [EXT] RE: Hernandez v. Patricio - Deposition and Jose Carmen Duque Tovar

Jimmy,

We can be available August 5 or 6 as well.  Please let us know what dates work.

Thanks.

**Charlie Y. Wang,** Associate

**VedderPrice**

T +1 424 204 7797

1925 Century Park East, Suite 1900, Los Angeles, CA 90067

web | email | offices | biography

---

**From:** Jimmy Miller <jmiller@elliottblackburn.com>
**Sent:** Wednesday, July 24, 2024 6:17 AM
**To:** Kayla Barnes <kayla.barnes@colemantalley.com>; Wang, Charlie Y. <cwang@vedderprice.com>
**Cc:** Daniel Werner <dwerner@radfordscott.com>; Contreras, Fernanda <fcontreras@vedderprice.com>; Ramana, Anand <aramana@vedderprice.com>; Mark A. Gilbert <mark.gilbert@colemantalley.com>; patricio_260@hotmail.com
**Subject:** [EXT] RE: Hernandez v. Patricio - Deposition and Jose Carmen Duque Tovar [VED-VP.FID5442474]

I've left a message for the client and for his criminal defense lawyer, so still checking their availability. But I will let them know that we need to target August 1.

If that doesn't work, what would be some alternate dates that might work?

James R. Miller
ELLIOTT BLACKBURN PC
3016 North Patterson Street
Valdosta, Georgia 31602
229.242.3333
jmiller@elliottblackburn.com



---

**From:** Kayla Barnes <kayla.barnes@colemantalley.com>
**Sent:** Wednesday, July 24, 2024 9:14 AM
**To:** Jimmy Miller <jmiller@elliottblackburn.com>; Wang, Charlie Y. <cwang@vedderprice.com>
**Cc:** Daniel Werner <dwerner@radfordscott.com>; Contreras, Fernanda <fcontreras@vedderprice.com>; Ramana, Anand <aramana@vedderprice.com>; Mark A. Gilbert <mark.gilbert@colemantalley.com>; patricio_260@hotmail.com
**Subject:** RE: Hernandez v. Patricio - Deposition and Jose Carmen Duque Tovar [VED-VP.FID5442474]

Jimmy and Charlie,