# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ, LUIS ALFONSO P ALMILLAS LOPEZ, and RAMON RODRIGUEZ MENDEZ, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil No. CV 523-023 |
| v. | ) ) | |
| MARIA LETICIA PATRICIO, ENRIQUE DUQUE TOVAR, JOSE CARMEN DUQUE TOVAR, and MBR FARMS, INC., a Georgia corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT MBR FARMS, INC.'S NOTICE OF INTENT TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO STAY

COMES NOW Defendant MBR Farms, Inc. ("MBR") and puts this Honorable Court on Notice that it intends to file a Response in Opposition to Plaintiffs' Motion to Stay and for Extension of Discovery Deadlines. [Doc. 65]. Counsel for MBR is diligently working on its formal response in opposition to Plaintiffs' Motion filed on July 30, 2024, and will file the same by the morning of August 5th at the latest. MBR respectfully requests this Court withhold passing judgment on Plaintiffs' Motion until after MBR files its Response in Opposition.

Respectfully submitted this 1st day of August, 2024.

    COLEMAN TALLEY LLP

109 S. Ashley Street  
Valdosta, Georgia 31601  
(904) 456-8966  
kayla.barnes@colemantalley.com

/s/ *Kayla H. Barnes*  
Kayla H. Barnes  
Georgia Bar No. 301948  
***Attorney for MBR Farms, Inc.***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ, LUIS ALFONSO P ALMILLAS LOPEZ, and RAMON RODRIGUEZ MENDEZ, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. CV 523-023 |
| v. | ) ) | |
| MARIA LETICIA PATRICIO, ENRIQUE DUQUE TOVAR, JOSE CARMEN DUQUE TOVAR, and MBR FARMS, INC., a Georgia corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the foregoing **DEFENDANT MBR FARMS, INC.'S NOTICE OF INTENT TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO STAY** upon interested parties via e-mail and by placing a copy thereof in the United States mail with sufficient postage thereon and addressed as follows:

Charlie Y. Wang                                         *Attorneys for Plaintiffs*
Anand Ramana
Dana Mehlman
Allison Czerniak
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (424) 204-7700
cwang@vedderprice.com
aramana@vedderprice.com
dmehlman@vedderprice.com
aczerniak@vedderprice.com

Daniel Werner
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
Tel: (678) 271-0304
dan@decaturlegal.com

Maria Leticia Patricio
208 Nopalito Rd
Nicholls, GA 31554
*Pro Se*

James R. Miller						*Attorney for Defendant*
Elliot Blackburn, PC					ENRIQUE DUQUE TOVAR
3016 North Patterson Street
Valdosta, Georgia 31602
Tel: (229) 242-3333
jmiller@elliotblackburn.com

This 1st day of August, 2024.

							COLEMAN TALLEY LLP

							*/s/ Kayla Barnes*
							Kayla Barnes