IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CRISTHIAN ZUNIGA HERNANDEZ,
LUIS ALFONSO PALMILLAS LOPEZ,
and RAMON RODRIGUEZ MENDEZ,

on behalf of themselves and all those
similarly situated,

      Plaintiffs,

v.

MARIA LETICIA PATRICIO, ENRIQUE
DUQUE TOVAR, JOSE CARMEN
DUQUE TOVAR, and MBR FARMS,
INC., a Georgia corporation,

      Defendants.

Civil No. CV 523-023

## PLAINTIFFS' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STAY

COMES NOW, pursuant to Local Rule 7.6, Plaintiffs CRISTHIAN ZUNIGA HERNANDEZ, LUIS ALFONSO PALMILLAS LOPEZ, and RAMON RODRIGUEZ MENDEZ intend to file a Reply Brief in support of their Motion to Stay (ECF No. 65) and in response to Defendant Enrique Duque Tovar Response (ECF No. 66) and Defendant MBR Farms, Inc.'s Response (ECF No. 68). Plaintiffs intend to file their reply by August 12, 2024 at the latest. Plaintiffs respectfully request that the Court withhold passing judgment on Plaintiff's motion until after Plaintiffs file their reply.

PLAINTIFF CRISTHIAN ZUNIGA HERNANDEZ'S NOTICE OF INTENT TO FILE REPLY

Dated:    August 6, 2024

VEDDER PRICE (CA), LLP

By: _____

    Charlie Y. Wang (pro hac vice)
    cwang@vedderprice.com

1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorney for Plaintiffs

/s/ Daniel Werner
Daniel Werner (GA Bar No. 422070)
RADFORD SCOTT, LLP
315 W.  Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
Tel: (678) 271-0304
E-mail: dwerner@radfordscott.com

VP/#67454731.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2024, I caused a true and correct copy of the foregoing document to be served electronically on all counsel of record via the Court using the CM/ECF filing system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

James R. Miller                               *Attorney for Defendant*
ELLIOTT BLACKBURN PC                          ENRIQUE DUQUE TOVAR
3016 North Patterson Street
Valdosta, Georgia 31602
Tel: 229.242.3333
jmiller@elliottblackburn.com

Mark A. Gilbert                               *Attorney for Defendant*
Kayla H. Barnes                               MBR FARMS, INC
COLEMAN TALLEY LLP
3344 Peachtree Road NE, Suite 1950
Atlanta, GA 30326
Tel: 229-671-8231
Tel: 904-456-8966 | Cell: 229-251-8551
Mark.gilbert@colemantalley.com
Kayla.barnes@colemantalley.com

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on August 6, 2024, at Los Angeles, California.

_____
Arlene Hirschkowitz

VP/#67457473.1