IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CRISTHIAN ZUNIGA HERNANDEZ, LUIS ALFONSO PALMILLAS LOPEZ and RAMON RODRIGUEZ MENDEZ<br><br>    Plaintiffs,<br><br>v.<br><br>MARIA LETICIA PATRICIO, ENRIQUE DUQUE TOVAR, JOSE CARMEN DUQUE TOVAR, and MBR FARMS, INC., a Georgia corporation<br><br>    Defendants. | Civil No. CV 5:23-cv-00023 |

**PLAINTIFFS' RESPONSE TO**
**DEFENDANT MBR FARMS, INC.'S STATEMENT OF MATERIAL FACTS**

Plaintiffs Cristhian Zuniga Hernandez, Luis Alfonso Palmillas Lopez, and Ramon Rodriguez Mendez submits this Response to Defendant MBR Farms, Inc.'s Statement of Material Facts in support of their Opposition to Defendant MBR Farms, Inc.'s Motion to Dismiss, and in the Alternative, Motion for Summary Judgment as follows:

1. Not disputed.

2. Disputed to the extent these are all the individuals who participated in the recruitment of Plaintiffs. Not disputed that E. Tovar along with J. Tovar were involved in recruiting Plaintiffs.

3. Disputed to the extent that MBR Farms was not involved with the Plaintiffs' recruitment; the evidence Defendant MBR Farms cites does not support that claim. Defendant Enrique Duque did not disclaim MBR Farms' involvement in the recruitment and instead testified only that he engaged his brother Jose to identify and recruit workers in Mexico after speaking with Bobby

Garrity of MBR Farms. (ECF No. 61 at 34 ¶ 4.) Barton McKinnon, MBR Farms' corporate witness, further testified that Bobby Garrity and him discussed criteria for selecting workers. (Wang Decl. ¶ 3 , Ex. C – MBR Farms R. 30(B)(6) Depo. 60:23–61:5, 66:6–19.)

4.  Disputed to the extent that MBR Farms was not involved in filling out any documentation to bring Plaintiffs or other H-2A workers to the United States; the evidence Defendant MBR Farms cites does not support that claim. Defendant Enrique Duque did not disclaim MBR Farms' involvement in filling out the paperwork and instead testified only he sought and obtained approval to bring H-2A workers to the U.S. from Mexico for the 2021 season and that with the assistance of Defendant Maria Leticia Patricio, he submitted a job order H-300-21006-998169 to the Georgia Department of Labor. (ECF No. 61 at 34 ¶ 4.) MBR also signed a contract/work order detailing the material terms and conditions of employment that was submitted. (Wang Decl. ¶ 3, Ex. B - Contract between Enrique and MBR Farms; Wang Decl. ¶ 3 , Ex. C – MBR Farms R. 30(B)(6) Depo. 67:21– 68:10, 74:13–18.)

5.  Disputed. McKinnon testified that he often related instructions to Enrique to relay to the H-2A workers and provided the tools and equipment necessary for Plaintiffs to cultivate the blueberries on MBR Farms. (Wang Decl. ¶ 3, Ex. C – MBR 30(b)(6) Depo. 19:17–25, 20:24–21:10, 21:15–22:6, 39:9–14, 40:2–6 , 41:23–42:8 98:5–6, 87:15–88:16.)

6.  Disputed as to the claim it was Enrique Tovar's responsibility, not MBR's, to track the amount of each workers' work a and to pay each worker, which is a legal conclusion. McKinnon testified that he often related instructions to Enrique to relay to the H-2A workers, gave instruction as to when the work day ended, and determined which work was paid piece rate or paid hourly. (Wang Decl. ¶ 3, Ex. C – MBR 30(b)(6) Depo. 19:17–25, 20:24–21:10, 39:9–10, 40:2–6, 69:17–70:1, 98:5–6, 95:22–96:13, 102:8–11, 102:24–103:3, 109:22–24, 112:16–114:2.)

7.      Disputed as to the claim it was Enrique Tovar's responsibility, not MBR's, to track the amount of each workers' work a and to pay each worker, which is a legal conclusion. McKinnon testified that he determined certain work would be paid hourly or piece rate. (Wang Decl. ¶ 3, Ex. C - MBR 30(b)(6) Depo. 98:5–6, 95:22–96:13, 102:8–11, 109:22–24.)

8.      Disputed as to the claim that MBR Farms had no control or involvement over the worker's payroll and payment of wages, which is a legal conclusion. Defendant MBR Farms' cited evidence does not disclaim all involvement by MBR in the payroll and payment of wages, only that MBR was not directly involved. McKinnon also testified to paying Enrique based on what the workers gathered and the hours worked on the machine harvester. (Wang Decl. ¶ 3, Ex. C - MBR 30(b)(6) Depo. 77:25–79:16, 109:22–24.)

9.      Disputed. McKinnon signed a contract setting forth the pay rates for the contract workers at $11.71 an hour and a piece rate of $0.50 per pound. MBR Work Order.pdf. McKinnon also testified that he knew that Enrique was paying the H-2A workers less than $11.71 an hour and a piece rate of $0.50 per pound. (Wang Decl. ¶ 3, Ex. C - MBR 30(b)(6) Depo. 80:25–84:21.)

10.     Disputed as to the claim that MBR Farms had no control, which is a legal conclusion.

11.     Disputed. McKinnon testified that MBR provided the tools and equipment necessary for Plaintiffs to cultivate the blueberries on MBR Farms. (Wang Decl. ¶ 3, Ex. C – MBR 30(b)(6) Depo. 19:17–25, 20:24–21:10, 39:9–14, 40:2–6 , 98:5–6.)

12.     Disputed as to the claim that MBR never provided authority to Enrique to act as MBR's agent, which is a legal conclusion. McKinnon testified that he often related instructions to Enrique to relay to the H-2A workers and provided the tools and equipment necessary for Plaintiffs to

-4-

cultivate the blueberries on MBR Farms.  (Wang Decl. ¶ 3, Ex. C – MBR 30(b)(6) Depo. 88:2–16, 95:22–96:13, 102:8–11, 102:24–103:3, 112:16–114:2.)

Respectfully submitted this day: August 19, 2024.

> By: /s/ Daniel Werner
> Daniel Werner (GA Bar No. 422070)
> Radford Scott, LLP
> 125 Clairemont Ave., Suite 380
> Decatur, Georgia 30030
> Tel: (678) 271-0304
> Email: dwerner@radfordscott.com
>
> /s/ Charlie Y. Wang
> (California Bar No. 320236)
> (Pro Hac Vice)
> VEDDER PRICE (CA), LLP
> 1925 Century Park East, Suite 1900
> Los Angeles, California 90067
> Tel: (424) 204-7700
> Email: cwang@vedderprice.com

VP/#67586537.1