## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2024, a true and correct copy of the foregoing

**PLAINTIFFS' OPPOSITION TO DEFENDANT MBR FARMS, INC.'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

**PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS**

**PLAINTIFFS' RESPONSE TO DEFENDANT MBR FARMS, INC.'S STATEMENT OF MATERIAL FACTS**

**DECLARATION OF CHARLIE Y. WANG**

**DECLARATION OF CRISTHIAN ZUNIGA HERNANDEZ**

**DECLARATION OF LUIS ALFONSO PALMILLAS LOPEZ**

**DECLARATION OF RAMON RODRIGUEZ MENDEZ**

was served on the following via the Court's ECF system via electronic mail:

James Raymond Miller
3016 N. Patterson St.
Valdosta, GA 31602
(229) 242-0696
jmiller@elliottblackburn.com
*Counsel for Enrique Tovar*


Mark A. Gilbert
Kayla Barnes
Coleman Talley, LLP
109 South Ashley St.
Valdosta, GA 31601
(229) 671-8253
Mark.gilbert@colemantalley.com
Kayla.barnes@colemantalley.com

*Counsel for MBR Farms, Inc.*

**by U.S. Mail to:**

Maria Leticia Patricio
208 Nopalito Rd
Nicholls, GA 31554
patricio_260@hotmail.com

*Defendant in Default*

Jose Carmen Duque Tovar
109 GROVER DR
Americus, GA 31709

*Defendant*

                                                By:   /s/ *Charlie Y. Wang*
                                                   Charlie Y. Wang
                                                   (*Pro Hac Vice*)
                                                   (California Bar No. 320236)
                                                 *Counsel for Plaintiffs*