# In The Matter Of:

*Hernandez v.*
*Patricio*

---

*Barton McKinnon*
*August 9, 2024*
*30(b)(6) MBR Farms*

---

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 210*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
Certified Court Reporters

Min-U-Script® with Word Index

## Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                   WAYCROSS DIVISION

 3   CHRISTHIAN ZUNIGA      )
     HERNANDEZ, LUIS        )
 4   ALFONSO PALMILLAS LOPEZ )
     and RAMON RODRIGUEZ    )
 5   MENDEZ on behalf of    )
     themselves and all those )
 6   similarly situated     )
                            )
 7   PLAINTIFFS,            )
                            )
 8   VS.                    )
                            )   CASE NO.
 9                          )   5:23-cv-00023-LGW-BWC
                            )   JURY TRIAL DEMANDED
10                          )
     MARIA LETICIA PATRICIO, )
11   ENRIQUE DUQUE TOVAR,   )
     JOSE CARMEN DUQUE      )
12   TOVAR, and MBR FARMS,  )
     INC., a Georgia        )
13   Corporation,           )
                            )
14   DEFENDANTS.            )

15

16         Zoom deposition of 30(b)(6) MBR Farms through

17   and by BARTON MCKINNON, taken on behalf of defendants

18   pursuant to Notice and agreement of counsel, in

19   accordance with the Georgia Rules of Civil Procedure,

20   for purposes of discovery, cross-examination and all

21   other purposes allowable by law, all parties appearing

22   via web-conference before LaKeysha T. Satterfield, CCR,

23   the witness located in Atlanta, Georgia, on August 9,

24   2024 at 10:30 a.m.

25
```

## Page 2

```
                        APPEARANCES

 3   FOR THE PLAINTIFFS:

 4       Daniel Werner, ESQUIRE
         Radford Scott, LLP
 5       315 W. Ponce De Leon Avenue
         Suite 1080
 6       Decatur, Georgia 30030
         Dwerner@radfordscott.com

 7
         Charlie Y. Wang, ESQUIRE
 8       Vedder Price (CA), LLP
         1925 Century Park East, Suite 1900
 9       Los Angeles, California 90067
         Cwang@vedderprice.com

10
11   FOR THE DEFENDANTS:

12       James R. Miller, ESQUIRE
         Elliott Blackburn PC
13       3016 North Patterson Street
         Valdosta, Georgia 31602
14       Jmiller@elliottblackburn.com

15       Kayla H. Barnes, ESQUIRE
         Coleman Talley LLP
16       3344 Peachtree Road
         Kayla.barnes@colemantalley.com

17
18
19
20
21
22
23
24
25
```

## Page 3

```
                   EXAMINATION INDEX

 3                                                  Page
 4   Examination By Mr. Werner                       3
     Examination By Ms. Barnes                     111
 5   Examination By Mr. Miller                     126
     Further Examination By Mr. Werner            127
 6
 7
                     EXHIBIT INDEX
 8
 9   P-1 Notice                                      8
     P-2 Entirety of Exhibit 4                      44
10   P-3 Checks                                     48
     P-4 Affidavit                                  56
11   P-5 Responses                                  72
     P-6 verification statement                    128
12
```

## Page 4

1  **EXAMINATION**

2  **BY MR. WERNER:**

3  Q.  Good morning.  Could you -- Mr. McKinnon, could

4  you please provide your full name?

5  A.  Barton McKinnon.

6  Q.  And what is your current address?

7  A.  1247 Penny Lane, Summerton, South Carolina.

8  Q.  This deposition is taken as part of a class

9  action lawsuit that's been filed against MBR Farms,

10  Inc., Maria Leticia Patricio, Enrique Duque, and Jose

11  Carmen Duque.  Throughout this deposition, I'm going

12  to be referring to MBR Farms, Inc. as MBR.  Will you

13  understand that I'm referring to MBR Farms, Inc. when

14  I call it MBR?

15  A.  Yes.

16  Q.  Okay.  You've been designated as the corporate

17  representative of MBR pursuant to Federal Rule of

18  Civil Procedure 30(b)(6).  As such, you're testifying

19  on behalf of MBR and any answers you give will be

20  binding on you -- on MBR; do you understand that?

21  A.  Yes.

22  Q.  My name is Daniel Warner; I'm one of the

23  attorneys for the plaintiffs in this case.  You --

24  **MR. WERNER:** Has the witness been sworn in?

25  **COURT REPORTER:** No, I thought you were going

Page 5

1  to say it in between.  I was waiting.
2    **MR. WERNER:** Oh, okay.  Yeah.  I was about to
3  start asking questions.  I was like, wait a minute.
4    BARTON MCKINNON
5  was sworn (affirmed) and testified as follows:
6    CONTINUED EXAMINATION
7    **BY MR. WERNER:**
8    **Q.  You are now under oath as I'm sure you know, it**
9  **means you need to answer the questions truthfully.  If**
10  **you don't understand a question I'm asking, don't try**
11  **to guess what I'm trying to ask.  Ask me to rephrase**
12  **the question.  If you don't ask me to rephrase, I'll**
13  **assume that you understand my -- my question.  Also,**
14  **for the sake of the court reporter, please provide**
15  **verbal answers.  Nodding heads doesn't show up on the**
16  **transcript.  And if it's a yes or no question, please**
17  **answer yes or no.  Uh-huh and huh-uh also doesn't show**
18  **up well on the transcript.  And if you need a break,**
19  **let me know.  I'm not trying to wipe you out here.**
20  **Just I may ask you to finish answering a series of**
21  **questions before we go into a break.  But just let me**
22  **know if you're -- if you need one.**
23  **Have you consumed any alcohol or medication in**
24  **the past 24 hours that may impact your ability to**
25  **testify truthfully here today?**

Page 6

1    A.  No.
2    **Q.  Have you ever been deposed before?**
3    A.  No.
4    **Q.  Did you do anything to prepare for this**
5  **deposition?**
6    A.  No.
7    **Q.  You didn't review any documents?**
8    A.  Today?
9    **Q.  At all in preparation for this deposition?**
10  A.  Oh, yes.  Yes.  Last week I met here in
11  Jacksonville with my lawyers.
12    **Q.  Okay.  I'm not going to ask you specific**
13  **questions, and please don't provide any communications**
14  **between you and your attorney.  But what documents did**
15  **you review last week?**
16  A.  I don't know what that was.  Whatever Mark had,
17  but that was just -- I don't know how you want to
18  answer that.
19    **Q.  I'm sorry.  You said whatever Mark had.  Who's**
20  **Mark?**
21  A.  Mark is the other attorney at Coleman Talley.
22    **Q.  Did you review the complaint in the lawsuit?**
23  A.  Yes.
24    **Q.  Did you review the criminal indictment in US**
25  **versus Patricio?**

Page 7

1    A.  No.
2    **Q.  Did you review the discovery responses that you**
3  **have provided in this case?**
4    A.  Yes.
5    **Q.  Did you review Enrique Duque's declaration in**
6  **support of the Motion for Summary Judgment?**
7    A.  No.
8    **Q.  Did you review the deposition notice that we**
9  **served?**
10  A.  Yes.
11    **Q.  Are there any other documents that you reviewed**
12  **as you were preparing for this deposition?**
13  A.  Not that I recall.
14    **Q.  Did you take any notes to prepare for this**
15  **deposition?**
16  A.  No.
17    **Q.  I am -- because this is a remote deposition,**
18  **I'll be displaying documents on my screen or sharing**
19  **my screen so you can look at documents.  I'll be**
20  **marking them as exhibits as we move forward during the**
21  **deposition.  If you can't see a document, let me know,**
22  **and I'll try to zoom in.**
23  **In the --**
24    **MS. BARNES:** Daniel, and I don't mean to cut
25  you off here.  We likely have most of the documents

Page 8

1  that you would be showing printed out here with us
2  today.  I probably do.  So if he can't see on your
3  screen are you opposed to me handing him documents so
4  he can -- he can see it in front of him?
5    **MR. WERNER:** Not at all.  I think that's --
6  that's great if you can do that.  And you're right
7  that practically all the documents with the possible
8  exception of one are documents that you should have.
9    **Q.  (By Mr. Werner) Show my screen.  Okay.  Can**
10  **you see my screen?**
11  A.  Yes.
12    **Q.  Okay.  And I am going to -- I'm going to mark**
13  **this as Plaintiffs' Exhibit 1.**
14    **(Whereupon, Plaintiffs' Exhibit 1 was**
15    **marked for identification and copy of same**
16    **is attached hereto.)**
17    **Q.  (By Mr. Werner) Do you recognize this document?**
18    **MR. WERNER:** And counsel, if you want to give
19  him a copy of the 30(b)(6) deposition notice, I'd
20  appreciate it.
21    **MS BARNES:** We can see it fine on the screen.
22  If I can find it, I'll give it to him.
23    **Q.  (By Mr. Werner) Okay.  Do you recognize this**
24  **document?**
25  A.  Yes.

Page 9

1  Q.  And this is one of the documents that you
2  reviewed in preparation for the deposition today?
3  A.  Yes.
4  Q.  I'd like to go through the subjects of the
5  deposition and you tell me as I'm scrolling through,
6  please read them to yourself.  And if there is any
7  subject that is listed that you are not qualified to
8  testify about, please let me know, Okay?  So I'm going
9  to just start scrolling slowly starting on page 3,
10 which is Bates number PL Hernandez Patricio 1101.  If
11 I'm going too fast, let me know.
12     MS. BARNES:  Greg, Would you mind printing it
13 out and bringing it to us just because of the nature
14 of this question so Mr. McKinnon can hold it in his
15 hand?
16     MR. OHL:  Yes, I'll print it right now.
17 Sorry.
18     MR. WERNER:  Counsel, would you prefer that I
19 wait until he has the hard copy?
20     MS. BARNES:  I think it might be easier just
21 because of the nature of your question so he can flip
22 through.  And my apologies, I thought I had it right
23 here in front of me but I don't.  It might be easier,
24 but if you want to push forward, then it's your show.
25 We can certainly push forward.

Page 10

1     MR. WERNER:  I'll wait if it'll just be a
2  couple minutes.
3     MR. OHL:  I have it printed already.  Just so
4  you guys know.  I'm just running it over to Kayla from
5  my office so it should be one second.
6     THE WITNESS:  On line item 6, about bank
7  investments and other things, my accountant handles
8  most of that so I don't know to the extent of what
9  you're asking.  I should be able to answer most, but
10 it may be something my accountant will have to answer.
11 Q.  (By Mr. Werner)  Okay.  If there is a question
12 that you can't answer, then the truthful answer is, I
13 don't know, right.  But I appreciate you clarifying
14 that.
15     (Discussion off the record.)
16 Q.  (By Mr. Werner)  Mr. McKinnon, you have a hard
17 copy of the Rule 30(b)(6) deposition notice in your
18 hands; is that right?
19 A.  Yes, sir, I do.
20 Q.  Okay.  So why don't you go ahead and read
21 through it to yourself and let me know if there are
22 any items in the subjects of the deposition list that
23 you're not qualified to testify about?
24 A.  Line item 8.
25 Q.  Okay.  Line item 8 is the process by which

Page 11

1  individuals from Mexico and/or Guatemala were
2  solicited, recruited, interviewed, reviewed, selected,
3  hired, and transported to the United States for
4  employment as H-2A visa holders to work for at MBR
5  Farms for each year between 2020 and the present,
6  including vanities -- identities of all individuals
7  involved in the same.  You're not qualified to testify
8  about that?
9  A.  I don't know anything about that.  We are not
10 part of that.
11 Q.  H-2A workers worked on your farm; is that
12 correct, in 2021?
13 A.  Yes, that is correct.  But how the selection
14 process or any of that, we're not involved with.
15 Q.  Okay.  But you are qualified to talk about the
16 process that you know of by which MBR Farms acquired
17 H-2A workers to work on the farm; is that correct?
18 A.  That's correct, yeah.
19 Q.  Okay.  Let's keep scrolling through then.
20 A.  Line item 21, I don't understand that.
21 Q.  Let me ask you some questions about that.  That
22 would maybe clarify it.  And I'll first read number
23 21, which is, "Any affirmative steps taken to ensure
24 and monitor compliance with inappropriate litigation
25 hold until discovery in this and litigation is

Page 12

1  completed and issues of relevance are determined by
2  the court."
3  Do you remember when you first learned of this
4  lawsuit?
5  A.  Yes.
6  Q.  When was it?
7  A.  It was in 2023.
8  Q.  And did you learn of it for the first time when
9  -- when the complaint was served on you?
10 A.  No.
11 Q.  How did you learn of it for the first time?
12 A.  A newspaper journalist called to get a
13 statement from me telling me that I was being -- my
14 company was being sued.
15 Q.  What did you do -- did you have a conversation
16 with the journalist?
17 A.  Yeah, he said that he could -- I told him that
18 I was not being sued.  He says that, in fact, I was
19 and that he had a copy of it, and he emailed me a copy
20 of it.  And once we determined that it was real, it's
21 when we reached out to Coleman Talley and set up an
22 interview with them about the case.
23 Q.  Okay.  What was the name of the journalist?
24 A.  I have no idea.
25 Q.  Do you remember what media outlet?

Page 13

1 A. It was either the Savannah or the Atlanta
2 Times. They both called me about the same time. I
3 don't remember which one was first.
4 Q. Do you still have the email that he sent to
5 you?
6 A. Yes, I'm sure I do somewhere.
7 Q. Did you respond to his email?
8 A. No, I don't think I did.
9 Q. On the record, we'd like to request a copy of
10 that email.
11 Did you speak with either the Savannah or the
12 Atlanta Reporter about the case?
13 A. No. Well, I told them I didn't know anything
14 about the case. At that time, I didn't.
15 Q. Did you have any other conversations with them
16 where you said anything other than that you didn't
17 know about the case?
18 A. No.
19 Q. When you learned about the case, did you take
20 any steps to make sure that you preserved documents
21 that may have something to do with the claims or your
22 potential defenses?
23 A. I didn't -- I didn't do anything.
24 Q. You didn't do anything to preserve them. Did
25 you do any -- at that point or at any point since,

Page 14

1 have you done anything to ensure that electronic
2 documents are not deleted from your electronic
3 devices?
4 A. Yeah, we haven't deleted anything.
5 Q. So no electronic documents have been deleted
6 from any devices since you learned you were being
7 sued?
8 A. No.
9 Q. Sometimes yes or no questions can get
10 confusing. So the answer is correct, nothing has been
11 deleted?
12 A. Correct, nothing has been deleted.
13 Q. And no paper documents have been destroyed
14 since you learned of the lawsuit?
15 A. Correct Nothing has been destroyed.
16 Q. Has MBR -- and that includes you -- provided
17 any documents to any government authorities as part of
18 their criminal investigation in US versus Patricio?
19 A. No.
20 Q. You can go ahead and keep going through the
21 document, through the deposition notice.
22 A. At the end -- page 7 at the end.
23 Q. I'm sorry?
24 A. Page 7 is the end?
25 Q. Page 7 at the end, you said?

Page 15

1 A. No. Page 7 is the end is what you was asking,
2 correct?
3 Q. Oh, page 7 is the end, correct.
4 A. Yes.
5 (Discussion off the record.)
6 Q. So there nothing else that you're -- that
7 you're not qualified to testify about on this list?
8 A. The line item 30. So my lawyers drafted that
9 on what you have me speak on but, you know, they were
10 the ones that drafted this. I don't know. I didn't
11 do it on what you're asking about that. But I think
12 we're okay.
13 Q. You reviewed the motion; is that correct?
14 A. Oh, yes.
15 Q. So you are qualified to testify about the facts
16 that are alleged in the motion?
17 A. Yes.
18 Q. Okay. So other than the items we covered,
19 you're qualified to testify about everything on the
20 list of subjects in the Rule 30(b)(6) deposition; is
21 that correct?
22 A. Yes.
23 Q. I meant to ask you this earlier. Is there
24 anybody in the room other than your -- your counsel?
25 A. No.

Page 16

1 Q. I'm gonna stop sharing my screen for now.
2 Okay. What is your job title at MBR?
3 A. I am president, CEO.
4 Q. Does MBR have any other officers?
5 A. Yes, my sister, Rebecca Garrity.
6 Q. What's her title?
7 A. She is secretary and CFO.
8 Q. Anybody else?
9 A. No.
10 Q. What is your day-to-day role at MBR? What do
11 you -- what do you do on a daily basis?
12 A. Just manage mostly.
13 Q. When you say manage, what does that entail?
14 A. Just manage the farm, make sure everything's
15 working, operating smooth, paying the bills, going
16 through, lining up jobs and things that'll be coming
17 in the future.
18 Q. Am I correct that MBR operates a blueberry farm
19 and a poultry operation?
20 A. Yes, that's correct.
21 Q. What is the poultry operation?
22 A. We have two chicken houses. We grow chickens
23 for Cal-Maine. We grow pullets for them from the time
24 they're born until roughly about 18 weeks till they're
25 transferred into the layer houses where they collect

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 6 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 17

1 eggs for table eating eggs.
2 **Q. So once they're transferred, they're no longer**
3 **in MBR's possession; is that correct?**
4 A. That's correct. We get the houses ready and we
5 start again with a new flock.
6 **Q. I'm sorry. If you don't mind just slowing down**
7 **a little bit. I know it's hard. Can you repeat what**
8 **you just said?**
9 A. Once they're gone, we get the houses ready and
10 start for a new flock.
11 **Q. Thank you. Does MBR have employees that work**
12 **in the poultry operation?**
13 A. Contract labor.
14     COURT REPORTER: Can you repeat your answer?
15 A. Just contract labor.
16 **Q. Who does MBR Farms use to get contract labor at**
17 **the poultry operation?**
18 A. We find local help.
19 **Q. You find local help?**
20 A. Yes.
21 **Q. Can you explain that more? What do you mean**
22 **you find local help?**
23 A. I mean, people in the community.
24 **Q. So people in the community, individuals in the**
25 **community contract with MBR to work in the poultry**

Page 18

1 **operation; is that correct?**
2 A. Correct.
3 **Q. So when you say contract labor, this isn't**
4 **through a farm labor contractor; is that right?**
5 A. No. Yes, that is right.
6 **Q. When you refer the -- to the workers as**
7 **contract labor, are they direct employees of MBR**
8 **farms?**
9 A. No.
10 **Q. How are they paid?**
11 A. A 1099.
12 **Q. So MBR treats them as independent contractors?**
13 A. Correct.
14 **Q. Has MBR ever had H-2A visa holders -- and I'm**
15 **going to refer to them as H-2A workers. Has MBR ever**
16 **had H-2A workers work in his poultry operation?**
17 A. No.
18 **Q. And your day-to-day work involves both the**
19 **blueberry and the poultry component; is that correct?**
20 **Q. Does one take more time than the other?**
21 **Q. Does one take more time than the other?**
22 A. The blueberries depending on the time of the
23 year.
24 **Q. When is the busiest blueberry time of the year?**
25 A. During harvest.

Page 19

1 **Q. And when is that?**
2 A. Usually starts in April, runs through June.
3 **Q. And why is that time particularly busy?**
4 A. That's when we do the harvesting. That's when
5 all the work is done, majority of the work is done.
6 **Q. How many hours a day do you usually work during**
7 **harvest season?**
8 A. Me personally?
9 **Q. You personally?**
10 A. I manage more than I actually work on the farm.
11 **Q. I'm talking about -- you know, work broadly.**
12 **So how many hours -- how many hours you put in a day**
13 **whether it's managing --**
14 A. Yeah, a little more than eight hours a day.
15 **Q. A little more than eight hours a day?**
16 A. Yeah.
17 **Q. And during blueberry harvest season, when you**
18 **say you're mostly managing, what managing are you**
19 **doing as it relates to the blueberry harvest?**
20 A. Lining up a truck to be there, making sure that
21 everything is in the field so that H-2As can do their
22 job. If we're using our machine to pick, you know,
23 making sure it's ready to go, everything's loaded and
24 pretrip, scheduling the trucks to be delivered once
25 they're filled.

Page 20

1 **Q. Okay. When you say lining up a truck, what is**
2 **that? What does that mean?**
3 A. So the blueberries are harvested and put into a
4 crate. That crate stacks into a pallet. And that
5 pallet is put into a refrigerated truck for transport.
6 **Q. Okay. Now, the blueberries are initially**
7 **harvested into buckets, right? The workers themselves**
8 **put them in -- in buckets?**
9 A. That is correct.
10 **Q. And then the workers pour the buckets into the**
11 **-- the crates?**
12 A. That's correct.
13 **Q. And then the crates are placed on the pallets?**
14 A. Correct.
15 **Q. And then the pallets are loaded into the**
16 **refrigerated trucks?**
17 A. Correct.
18 **Q. Did I leave any steps out?**
19 A. No, that's it.
20 **Q. And we can go into this later, but I believe**
21 **Enrique Duque said that MBR Farms owns the buckets; is**
22 **that right?**
23 A. Correct.
24 **Q. And MBR Farms owns the crates?**
25 A. No.

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

---

Page 21

1 Q. Who owns the crates?
2 A. The packing sheds that we -- we sell to provide
3 us with those crates.
4 Q. Is that also true about the pallets?
5 A. Yes, they own the pallets.
6 Q. So part of your job is to make sure that the
7 crates and the pallets are all lined up for when the
8 blueberries are harvested; is that correct?
9 A. That's correct. Making sure that we have
10 enough so that we don't run out during the day.
11 Q. One request, please wait until I'm done with
12 the question. I understand I have a tendency to
13 interrupt as well. But it doesn't jump well on the
14 transcript if we're talking over each other.
15 Has MBR Farms ever had a situation where
16 blueberries were being picked and you ran out of-- out
17 of crates?
18 A. Yes.
19 Q. And what -- what happens when that occurs?
20 A. You just can't pick.
21 Q. So the workers have to go home?
22 A. Correct.
23 Q. Is that a decision that you make?
24 A. Yes. If it -- if we don't have the crates,
25 yes.

---

Page 22

1 Q. Do you remember if that happened ever in 2021?
2 A. I don't recall that happening any until this
3 year, '23.
4 Q. But you can't say it did not happen. You just
5 don't remember; is that correct?
6 A. Correct.
7 Q. So when you said one of the things you do
8 during harvest season is lining up the truck,
9 everything we've just talked about is what you meant;
10 is that correct?
11 A. Correct.
12 Q. You also said part of your job is making sure
13 everything in the field is ready. What do you mean by
14 that?
15 A. What we just talked about.
16 Q. How do you -- is it you who determines which
17 blueberries are ready to harvest?
18 A. Yes.
19 Q. How do you decide that?
20 A. The varieties are ready at a different time, so
21 we determine which variety is ready to be picked for
22 the week.
23 Q. Are all of -- well, let me ask this. Does MBR
24 own blueberries that are harvested?
25 A. Yes.

---

Page 23

1 Q. And MBR owns the -- the plants as well, the
2 blueberry plants; is that right?
3 A. Yes.
4 Q. Does MBR -- but MBR does not own the property
5 that the blueberries are growing on; is that correct?
6 A. Correct.
7 Q. Who owns the property?
8 A. Barbec Farms.
9 Q. Is there just one big blueberry field that has
10 MBR blueberries?
11 A. Correct.
12 Q. So there aren't multiple fields in different
13 places?
14 A. Correct.
15 Q. Is the address of that field 448 Virgil
16 McKinnon Road?
17 A. Correct.
18 Q. Are the different varieties in different rows?
19 Like, how -- how is the field set up?
20 A. Yes. The varieties -- yeah, the varieties are
21 rowed together.
22 Q. How many acres is the -- is the blueberry farm?
23 A. Probably 70.
24 Q. And everything we've just talked about with the
25 timing of when blueberries are picked, is this how MBR

---

Page 24

1 Farms has always operated?
2 A. Yes.
3 Q. So that would include in 2001? I'm sorry.
4 2021?
5 A. Yes.
6 Q. Does MBR Farms lease the land from Barbec
7 Farms?
8 A. Yes.
9 Q. What are the terms of that lease?
10 A. There is no written lease agreement.
11 Q. Has there ever been a written lease agreement
12 with Barbec Farms?
13 A. No.
14 Q. So what are the terms of the agreement with
15 Barbec Farms?
16 A. So in the beginning when we started it, it was
17 a minimum payment and as production grows, it -- the
18 payment grows yearly.
19 Q. So is it a percentage of -- of profits or
20 volume or how does that work?
21 A. Correct. Percentage of profit.
22 Q. And that -- does the percent amount increase or
23 the percent is fixed, but the amount they get
24 increases as your profits increase?
25 A. It increases by a profit. So like as the years

---

Page 25

1 go on, we'll have more production and more -- so we
2 should have more profit.
3 Q.  What is the percentage?
4 A.  It's kind of unwritten.  It's based off the
5 year.  Agreement, you know, just kind of based off how
6 the year went.  Like if we have a bad year and don't
7 yield any blueberries from damage to weather, you
8 know, it's -- we -- we work that out amongst
9 ourselves.
10 Q.  2021 was not a bad year; is that correct?
11 A.  No.  No, it was a good year for our first
12 harvest, first real harvesting.  We did harvest in
13 2020, but it was -- it was a very small amount.
14 Q.  I'm sorry.  So 2021 was the first blueberry
15 harvest that MBR Farms had?
16 A.  No, 2020 was the first year.
17 Q.  Oh, I'm sorry.  Okay.  So 2020 was a small
18 harvest and then 2021 production increased
19 significantly; is that right?
20 A.  Correct.
21 Q.  And what was the percentage that Barbec Farms
22 received in 2021?
23 A.  I don't recall.
24 Q.  Are there any documents that would reflect
25 that?

Page 26

1 A.  Yeah, I'm sure there is, but it would be my
2 accountant.
3 Q.  You may what?  I'm sorry?
4 A.  It would be my accountant would have it.
5 Q.  We'd like to request those documents on the
6 record.
7 MR. WANG: What's your accountant's name?
8 MS. BARNES: Excuse me?
9 MR. WERNER: And we have the name of your
10 accountant in your -- your written discovery --
11 responses.
12 THE WITNESS: He wants to know my accountant,
13 right?
14 MS. BARNES: No, wait.
15 Q.  (By Mr. Werner) I'll ask you, what is the name
16 of your accountant?
17 A.  His name is Dan Smith of Clements, Purvis &
18 Stewart.
19 COURT REPORTER: I'm sorry.  Can you repeat
20 that for me one more time?
21 A.  Danny Smith of Clements, Purvis & Stewart.
22 Q.  When -- and I'm talking about in 2021, but let
23 me know if it's changed since then.  But in 2021, you
24 would -- workers would harvest one variety of
25 blueberries and then they would move on to another

Page 27

1 variety of blueberries; is that right?
2 A.  Correct.
3 Q.  And you would tell the farm labor contractor,
4 Enrique Duque, these are the blueberries I'd like your
5 crew to harvest today; is that correct?
6 A.  Correct.
7 Q.  And then the workers would go and harvest those
8 blueberries --
9 A.  Correct.
10 Q.  -- is that right?
11 You mentioned your sister was the -- or is the
12 secretary and CFO of MBR?
13 A.  Correct.
14 Q.  Remind me of her name again.
15 A.  Rebecca Garrity.
16 Q.  And what's -- what's her role at the farm?
17 A.  The bookkeeping and paying the bills.
18 Q.  Anything else?
19 A.  No.
20 Q.  And that was her role in 2021?
21 A.  Correct.
22 Q.  Are you married?
23 A.  Yes.
24 Q.  What's your wife's name?
25 A.  Melissa.

Page 28

1 Q.  Last name?
2 A.  McKinnon.
3 Q.  And do you have any children?
4 A.  Two.
5 Q.  I'm not gonna ask their names, but how -- how
6 old are they?
7 A.  Nine and two.
8 Q.  You have your hands full.  What was the highest
9 education level you had?
10 A.  A technical degree for electrical.  Technical
11 degree.
12 Q.  And where was that from?
13 A.  Wiregrass Tech School in Douglas, Georgia.
14 Q.  You graduated from high school?
15 A.  Correct.
16 Q.  Then went to Wiregrass Tech for the -- for the
17 technical degree; is that correct?
18 A.  Correct.
19 Q.  When did you get that technical degree?
20 A.  Started in '24.  Finished in -- I meant in '04
21 and finished in '05.
22 Q.  When was MDR Farm started?
23 A.  2018.
24 Q.  What did you do between 2005 and 2018?
25 A.  I started an electrical business in 2010.

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 29

1 Q.  Is that business still -- still operating?

2 A.  It is.

3 Q.  And you still work for that business?

4 A.  Correct.

5 Q.  What made you decide to start MBR Farm?  Or

6 actually, let me -- that's making a -- an assumption.

7 Did you start MBR Farm?

8 A.  Correct.

9 Q.  Yourself?  Was anybody else involved with

10 starting it?

11 A.  My sister and my daddy.

12 Q.  And your -- your dad's name?

13 A.  Mark McKinnon.

14 Q.  Does Mark McKinnon have any role in the farm

15 anymore?

16 A.  No.

17 Q.  When did he stop having a role in the farm?

18 A.  Once we started MBR.

19 Q.  So he -- he helped you get it started and then

20 after 2018 he didn't have any role?

21 A.  Correct.

22 Q.  What does MBR stand for?

23 A.  Mark, Barton, Rebecca.

24 Q.  Mystery solved.  Thank you.

25 Do you speak any languages other than English?

Page 30

1 A.  No.

2 Q.  Do you understand any Spanish?

3 A.  Very little.  I don't even speak good English.

4 Q.  Your English is fine to me.  Southern English

5 is good English.

6 So if somebody speaks to you in Spanish, do you

7 understand 10 percent of what they say or what's your

8 estimate of how much you'd understand?

9 A.  Maybe 10 percent.

10 Q.  Has MBR ever been a plaintiff or a defendant in

11 a civil lawsuit other than this one?

12 A.  No.

13 Q.  Have you personally ever been a plaintiff or a

14 defendant in a civil lawsuit?

15 A.  No.

16 Q.  Does MBR maintain any kind of a calendar for

17 the business to keep track of, say, what needs to

18 happen on a certain day or appointments?

19 A.  A formal schedule?

20 Q.  Correct.

21 A.  No.

22 Q.  How do you keep track of what needs to happen

23 each day?

24 A.  Just by doing what needs to be done.

25 Q.  Do you write things down and plan things out or

Page 31

1 do you just kind of do it on the fly?

2 A.  Do it on the fly mostly.

3 Q.  Do you sometimes write -- write down, you know,

4 plans or appointments?

5 A.  Not really.

6 Q.  You never do?

7 A.  Not -- kind of what are you asking, I guess?

8 Q.  Let me -- MBR Farms has a computer; is that

9 correct?

10 A.  Correct.

11 Q.  And do you remember, is that computer running

12 Microsoft 365?

13 A.  Correct.

14 Q.  And do you use Outlook as part of Microsoft 365

15 to send and receive emails?

16 A.  No.

17 Q.  What do you use for email?

18 A.  Just our email account.

19 Q.  Are those through -- through Google or through

20 another provider?

21 A.  The Gmail.

22 Q.  Okay, so that is Google.  Okay.  And for

23 calendar and appointments, do you use Google Calendar

24 or how do you keep track of appointments?

25 A.  We don't really have appointments.

Page 32

1 Q.  How about you personally?  If you have a

2 doctor's appointment scheduled in two months, how do

3 you make sure you don't forget it?

4 A.  My wife.

5 Q.  Lucky you.

6 A.  I mean, like as far as computer work, the real

7 thing -- only thing we keep on computers is like our

8 Quickbooks account for bookkeeping, and then we use

9 Excel spreadsheets for poundage and pick tickets and

10 things like that that comes from the -- the packing

11 shed.  That's really all the computer work we do.

12 Q.  Do you sell all your blueberries to the same

13 packing shed?

14 A.  Yes.

15 Q.  What packing shed?

16 A.  Generally.  Generally.

17 Q.  Generally.  Okay.

18 A.  Generally it always goes to the same package

19 shed.

20 Q.  Which packing shed does it generally go to?

21 A.  Yes.  Regenerate.  It's in Blackshear, Georgia.

22 Q.  Regenerate?

23 A.  Yeah.

24 Q.  You said generally.  Now, do you want to let me

25 know what you meant by that?

Hernandez v.     30(b)(6) MBR Farms     Barton McKinnon
Patricio                                  August 9, 2024

---

Page 33

1   A. So, sometimes they will be full and can't take
2 a load. So we'll see if somebody else can take it.
3   Q. And when -- you sell the blueberries to the
4 packing shed; is that right?
5   A. Correct.
6   Q. At what point is the sale made?
7   A. What do you mean by that?
8   Q. So, when the blueberries are picked, they still
9 belong to you; is that correct? Or belong to MBR
10 Farms, right?
11   A. Correct.
12   Q. At some point, the packing shed owns the
13 blueberries?
14   A. Correct.
15   Q. At what point does the packing shed take
16 ownership of the blueberries?
17   A. So the process -- kind of the process of that
18 is when we deliver the blueberries to the packing
19 shed, we will weigh them at that point and they will
20 give us our weight tickets. Once they give us the
21 weight tickets, then they have to pack for it. So it
22 has to be graded, sorted, and packed. And they ship
23 it off to fill their contract orders. We do not
24 receive payment until after their product has been
25 sold and they have the money to pay us.

---

Page 34

1   Q. But the amount they pay you is based on those
2 initial weight tickets; is that right?
3   A. Combination of the weight tickets, the quality
4 that they pack, and what they were able to sell them
5 for.
6   Q. Do you have a written agreement with the
7 packing shed?
8   A. Not sure. I don't know if I have a written
9 one. My uncle owned the packing shed, so I don't know
10 that we ever had a contract signed.
11   Q. What's your uncle's name?
12   A. Archie McKinnon.
13   Q. So, just kind of as an example, if there were a
14 lot of blueberries in a load that were, you know,
15 rotten or there was a lot -- there were a lot of
16 leaves and -- or something like that, they would --
17 you would get less money? Or how -- when we talk
18 about the quality, what does that mean?
19   A. Yeah, that's -- what you're saying is correct.
20 If the quality of the fruit is not as good, it affects
21 your price, how you pack out, like if I take him 100
22 pounds and he can only pack 90 pounds of that 100, I
23 pack that at 90 percent and I'm base paid off that 90
24 percent.
25   Q. Are the different blueberry varieties that MBR

---

Page 35

1 grows different size, are the fruits different size?
2   A. Correct.
3   Q. And does MBR get paid more for one variety
4 versus another one?
5   A. You get paid more money if your berries qualify
6 as what they consider a jumbo, which is a larger size
7 berry than average. They can specially market that so
8 you can get more money for it, but it's not
9 necessarily a variety; it's based off size.
10   Q. How many different varieties of blueberry does
11 MBR grow?
12   A. Six.
13   Q. Was that also true in 2021?
14   A. No.
15   Q. How many varieties did they grow in 2021?
16   A. Three.
17   Q. Can you tell me what those varieties were?
18   A. Varieties in '21?
19   Q. Correct.
20   A. Patrecia, Suziblues, and Farthings.
21   Q. What was that last one?
22   A. F-A-T-R-L-I-N, Farthing. I don't know. I'm
23 butchering it.
24   Q. Close enough. And of these three varieties, is
25 one an early variety, one a later variety, or they are

---

Page 36

1 ready to be picked at different times; is that
2 correct?
3   A. Correct.
4   Q. Which one is the earliest variety?
5   A. Generally, the Patrecias are the ones that come
6 off first. The Suziblues are right behind them, and
7 the Farthings are later.
8   Q. And how long does it take to harvest each
9 variety?
10   A. It depends on the year.
11   Q. Let's talk about 2021. 2021, how long did it
12 take?
13   A. Not as long there because our production wasn't
14 as great as it is now. That was our first year that
15 berries were actually producing. The bushes were
16 actually producing berries. So let's just say that
17 one variety, roughly about 12 acres, we could go
18 across in one to two days.
19   Q. You testified earlier, and correct me if I'm
20 wrong, that the harvest lasts from April until June.
21   A. Correct.
22   Q. You know, that was true in 2021 as well?
23   A. Yes. Like when we harvest, like when I tell
24 you one to two days, that's just the first picking.
25 You have at least three to four pickings off each

---

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 37

1 variety.
2 Q. That's helpful. Thank you. And how long does
3 a blueberry plant last before it needs to be replaced?
4 A. Our hope is to get at least 10 years out of
5 these bushes.
6 Q. And MBR is continuing to plant new bushes to
7 expand its productivity?
8 A. Correct.
9 Q. Did it plant new bushes in 2021?
10 A. No.
11 Q. Okay. So MBR started in 2018 and its first
12 blueberry harvest, which you said was a small harvest,
13 was in 2020, right?
14 A. Correct.
15 Q. When did MBR first plant blueberry bushes?
16 A. 2019, in the spring.
17 Q. And in 2020 did MBR plant more blueberry
18 bushes?
19 A. No.
20 Q. And you --
21 A. We only planted in '19 and '22.
22 Q. Now, you had mentioned earlier that MBR's
23 blueberries are about -- you say 80 acres?
24 A. Seventy.
25 Q. Seventy acres. And that's currently?

Page 38

1 A. That's currently. In '21 we only had about 30,
2 35.
3 Q. And that was at the same Virgil McKinnon Road
4 property?
5 A. Correct. We have a 70-acre field, but we only
6 planted half of that field to start with, and then
7 once we got that one started, we planted the other
8 half. But it's all one field together.
9 Q. Now, you had mentioned that some blueberries
10 are machine harvested and then I assume some are hand
11 harvested; is that right?
12 A. Correct.
13 Q. Will you explain the machine harvesting process
14 to me?
15 A. So generally, most varieties can be picked
16 either way, but you will always do your first and
17 possibly your second pick by hand because you don't
18 want to damage the berries that haven't developed yet
19 and knock them off the bush with the machine. There
20 are some varieties that can be completely machine
21 picked but none of the ones we have do that.
22 Q. And how does the machine picker work? How does
23 it -- how does it get the blueberries off the bush?
24 A. So it straddles the road of the blueberries,
25 and it has fingers that's on a turn knob that spins

Page 39

1 and shakes the bush, and the berries will fall off and
2 fall on a conveyor belt. They'll be carried to the
3 top of the picker where they come out and drop into
4 your crate that is filled, and they will be laborers
5 like there packing the crates to pallets.
6 Q. And this -- this happened in 2021; is that
7 right?
8 A. Yes. Yes.
9 Q. So the machine picker is owned by MBR Farms?
10 A. Correct.
11 Q. And when -- when the berries fall off the
12 conveyor belt into the crate, those are the crates
13 that are provided by the -- by the packing shed?
14 A. Correct.
15 Q. So the role in 2021 -- the role of H-2A workers
16 was to take the crates off of the machine and place
17 them onto pallets; is that right?
18 A. No. So they will actually ride on the machine
19 and stack the empty crate under the chute where the
20 berries come to, then they'll take it -- you know,
21 once it's full, they'll take it off, put another one
22 on, and they will stack them in pallet form on the
23 machine. That machine can hold four pallets at the
24 back of it. When we get to the end of the road, we
25 unload those pallets into the semi and get empty

Page 40

1 crates, start over.
2 Q. When you say we -- we unload the pallets onto
3 the semi, is that done with a forklift?
4 A. Correct.
5 Q. And who owns the forklift?
6 A. MBR.
7 Q. In 2021, what percentage of the blueberries
8 were machine harvested versus handpicked?
9 A. Roughly 75 percent handpicked, 25 percent
10 machine picked.
11 (Discussion off the record.)
12 MR. WERNER: Let's go ahead and take a five-
13 minute break then. That's okay with defense counsel?
14 MS. BARNES: That's fine. I was just
15 thinking I had to run to the restroom.
16 (Break was taken.)
17 Q. (By Mr. Werner) Mr. McKinnon, we just took a
18 10-minute break. You understand you're still under
19 oath?
20 A. Correct.
21 Q. Did you speak with anybody during the break?
22 A. Yes.
23 Q. Who did you speak with?
24 A. My lawyer.
25 Q. Anybody else?

Page 41

1  A.  Well, both lawyers that are here.
2  Q.  Did you discuss your testimony with them?
3  A.  They told me I was doing a good job and pizza
4  will be here shortly.
5  Q.  Anything else?
6  A.  No.  Where the bathroom was.
7  Q.  That's the most important thing.
8  I want a follow-up question on the machine
9  harvester.  How many H-2A workers would be working
10 sort of on the machine harvesting operation at one
11 time?
12 A.  It varies depending on the, you know,
13 production, but no less than three -- or no less than
14 two, no more than five.
15 Q.  And while machine harvesting is happening, is
16 there also handpicking going on maybe in a different
17 part of the field?
18 A.  Yes.
19 Q.  And that's also being done by the H-2A workers?
20 A.  Correct.
21 Q.  And that was true in 2021?
22 A.  Correct.
23 Q.  There were portable toilets in the field; is
24 that correct?
25 A.  Correct.

Page 42

1  Q.  And those are provided by MBR Farms?
2  A.  Correct.
3  Q.  Was there drinking water in the field?
4  A.  Yes.
5  Q.  Who provided that?
6  A.  We did.
7  Q.  And that was in 2021 as well?
8  A.  Correct.
9  Q.  How would you describe the skill level
10 necessary to do a good job handpicking blueberries?
11   MS. BARNES: I'm gonna object to the form,
12 but you can answer if you understand the question.
13 A.  So you need some experience to be able to pick
14 the berries without making the other ones fall off the
15 bush that are not ready to harvest.
16 Q.  In the job order Enrique Duque submitted to
17 bring in the H-2A workers to work at MBR, he said that
18 there was a two-month experience requirement.  Is that
19 about -- is that consistent with -- with what you
20 think the amount of experience should be?
21 A.  They need to have some experience.  If they've
22 never done it, they won't be able to do it.
23 Q.  I'm sorry.  Can you repeat that last part?
24 A.  They need to have some experience.  If they
25 have never done it, they wouldn't be -- they won't do

Page 43

1  a good job.
2  Q.  So you wanted Enrique to hire H-2A workers who
3  had some prior blueberry picking experience; is that
4  correct?
5    MS. BARNES: Object to the form.  You can
6  always answer unless I tell you not to answer.
7  A.  Yeah, we would prefer experience.
8  Q.  Okay.  And you told him that?
9  A.  We just told him we need to let -- we just
10 needed labor.
11 Q.  I am going to share my screen again and show
12 you the 20 -- let me show this right here -- the 2021
13 job order.  Bear with me.  Can you see that?
14 A.  Yes.
15   MR. WERNER: Counsel, do you want to -- do
16 you have a copy with you or I can just go through it?
17 It's not.
18   MS BARNES: I'm sure I have a copy with me.
19 I see there that yours is -- okay.  It's not -- it's
20 not attached to the complaint, the one that you're
21 showing right now is all Exhibit 4.
22   MR. WERNER: Correct.  This is the version
23 that was attached to the complaint.
24   MS. BARNES: I can get that.  Give me one
25 second.

Page 44

1  (Discussion off the record.)
2  (Whereupon, Plaintiffs' Exhibit 2 was
3  marked for identification and copy of same
4  is attached hereto.)
5    MS. BARNES: I'm handing Mr. McKinnon the
6  entirety of Exhibit 4 that was attached to the
7  complaint.
8    MR. WERNER: Okay.  Great.  Thank you.
9  Q.  (By Mr. Werner) So I'm showing you what's been
10 marked as Plaintiffs' Exhibit 2.  As your attorney
11 mentioned, it's also -- it was also attached to our
12 complaint as Exhibit 4.  And we've separately Bates
13 numbered it, which are those red numbers at the
14 bottom, just for the purpose of this deposition.  What
15 I'll be referring to are Bates numbers PL Hernandez
16 Patricio 1077 through 1084.
17   MS. BARNES: Make it easier, since the copy
18 that he's got in his hand doesn't have those Bates
19 numbers, could you, when you're asking questions,
20 refer to the title -- the blue title page at the top
21 of the page?
22   MR. WERNER: Sure, I can do that.  I'll do
23 that and probably also refer to the Bates number.  I'm
24 happy to do that because it's the Bates number version
25 that'll actually be entered on the record.

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 45

1 **Q. (By Mr. Werner) All right. I'm showing you**
2 **what's been marked as Plaintiffs' Exhibit 2. I've**
3 **already told you the Bates numbers. Do you recognize**
4 **this document? And you can look at the version that's**
5 **in front of you. It might be easier.**
6 A. Yes.
7 **Q. Can you tell me what it is?**
8 A. This is a form that the contract was filled out
9 to give to H-2A workers.
10 **Q. When was the first time you saw this document?**
11 A. Right now.
12 **Q. It was attached to the complaint. Did you see**
13 **it when you reviewed the -- when you saw the**
14 **complaint?**
15 A. I didn't look at this.
16 **Q. Going down to page 3 on the docket, which is**
17 **Bates number ending in 1078, it lists two places of**
18 **employment. One is 91 The Oaks Circle in Pearson. Do**
19 **you know what that address is?**
20 A. Yes.
21 **Q. What is it?**
22 A. That is the address of MBR Farms as far as all
23 of our billing, mailing, things of that nature.
24 **Q. Is that a house or an office?**
25 A. Yeah, that's my sister's house. She does all

Page 46

1 the bookkeeping in her house.
2 **Q. How far is that from the farm?**
3 A. Three, four miles roughly.
4 **Q. Are there any blueberries on that property?**
5 A. No.
6 **Q. Did H-2A workers in 2021 do any work at all on**
7 **that property?**
8 A. No.
9 **Q. As far as you know, they didn't step foot on**
10 **that property?**
11 A. Correct.
12 **Q. And then below that it says, "Additional place**
13 **of employment, grower MBR Farms," and provides the**
14 **Virgil McKinnon Road address, which you testified**
15 **earlier is the location of the farm; is that correct?**
16 A. Correct.
17 **Q. I'm scrolling up to the previous page, which**
18 **is, you know, in the docket page 2 of 9 and it's the**
19 **Bates number ending in 1077. If you can take a look**
20 **at the job duties, which is part 8A; do you see that?**
21 A. Yes.
22 **Q. Does that accurately describe the work that the**
23 **H-2A workers did at MBR in 2021?**
24 A. Mostly. I mean, we didn't do everything on
25 this list but, yeah, mostly that's correct.

Page 47

1 **Q. What did the H-2A workers not do that's on this**
2 **list in 2021?**
3 A. Raking, cleaning around sheds. They didn't do
4 any count.
5 **Q. I'm sorry. You said they didn't do any what?**
6 A. It says count. Not sure what that means.
7 **Q. Oh, count. Okay. Well, I wonder if that means**
8 **just keeping track of the -- the buckets they filled.**
9 **Do you think that's -- that may be what that means?**
10 A. It may be --
11 **MS. BARNES:** Object to the form. You can
12 answer.
13 A. -- that may be what it is. I'm not sure what
14 that means.
15 **Q. Fair enough. So you mentioned count, really,**
16 **because we don't know what it means. You said**
17 **cleaning around sheds and raking. Is there anything**
18 **else that they did not do?**
19 A. Prune.
20 **Q. They did not prune?**
21 A. Correct.
22 **Q. Anything else?**
23 A. No.
24 **Q. Were blueberry bushes -- are the blueberry**
25 **bushes pruned at some point during the year?**

Page 48

1 A. I'm sorry. I didn't -- they didn't lay any
2 irrigation pipe or dig any ditches either. I'm sorry.
3 I didn't see. I didn't see it until your mouse
4 blinked.
5 **COURT REPORTER:** I'm sorry. It's hard to
6 understand you a little bit. Can you repeat that last
7 part? You said you didn't see?
8 A. I didn't see the land irrigation pipes and
9 digging ditches until his mouse cursor moved over.
10 But they did not do those things as well.
11 **Q. (By Mr. Werner) I'm going to come back to this.**
12 **I did want to ask a followup based on another**
13 **document. And I'm going to mark this as Plaintiffs'**
14 **Exhibit 3.**
15 **(Whereupon, Plaintiffs' Exhibit 3 was**
16 **marked for identification and copy of same**
17 **is attached hereto.)**
18 **Q. (By Mr. Werner) I'm showing you what's been**
19 **marked as Plaintiffs' Exhibit 3. Just looking at the**
20 **first page, which is Bates number PL Hernandez**
21 **Patricio 0001068, is it correct that these are checks**
22 **that MBR provided to Enrique Duque to pay for H-2A**
23 **workers' labor on MBR's Farm?**
24 A. Correct.
25 **MS. BARNES:** You can see it. Just make sure.

30(b)(6) MBR Farms

Page 49

1 I'm just making sure you can see it.
2 A.  Oh, yes.  Correct.
3 Q.  I'm going to scroll down to -- well, that's not
4 good.  Okay.  There's a check -- do you see the check
5 -- and I can zoom in a little bit -- for $181.50?
6 A.  Correct.
7 Q.  And that check was written to Sherry Duque; is
8 that right?
9 A.  Correct.
10 Q.  Why were some checks written to Sherry Duque
11 and some written to Enrique Duque?
12 A.  We wrote -- we wrote all the checks to Sherry
13 in '22, 2022.
14 Q.  So in 2022, MBR employed H-2A workers?
15 A.  Yes.
16 Q.  And they were also hired through Enrique Duque?
17 A.  We dealt with Sherry.  So Ricky told us in '22
18 that he had some problem getting his paperwork filled
19 out and that they ran it through his wife this year
20 and that we needed to pay her.
21 Q.  Did you ask him what issues he was having?
22 A.  No.
23 Q.  Did you ask him why it needed to be run through
24 his wife?
25 A.  He just said that he had some problems with his

Page 50

1 paperwork getting done so he ran it through his wife's
2 name that year.  That's all he explained to us.  He
3 told us not to worry, that he could have the labor.
4 It was no issue other than just writing the check in a
5 different name.
6 Q.  Was the 2022 job order that allowed for the
7 H-2A workers to come through Enrique Duque or through
8 Sherry Duque?
9 A.  Through Sherry.
10 Q.  But Enrique continued to be the actual
11 contractor who you were dealing with; is that correct?
12     MS. BARNES:  Object to the form.  You can
13 answer
14 A.  He was a point of contact, yes.
15 Q.  (By Mr. Werner)  And he was the one who was in
16 the fields when the workers were working?
17 A.  Correct.
18 Q.  Sherry was not in the fields?
19 A.  Right.
20 Q.  So that's correct, she was not in the fields?
21 A.  Correct.
22 Q.  Looking at this check, this $181.50 check, it
23 says labor/drip lines.  Do you see that?
24 A.  I do.
25 Q.  What does that mean, drip lines?

Page 51

1 A.  So in '22, they helped us install our new
2 plants.  In '21, when I told you that they didn't lay
3 irrigation pipes, they did in '22 but not in '21.  In
4 '21 they only did harvesting for us.
5 Q.  Did it concern you that in 2022 Enrique Duque
6 transferred the whole H-2A process to Sherry Duque
7 essentially in name only but he was continuing to do
8 all the same work he had done in 2021?
9     MS. BARNES:  Object to the form.
10 Q.  (By Mr. Werner) You can answer.
11 A.  At the time it didn't.
12 Q.  2020 hindsight --
13 A.  Yeah, that's a little bit more --
14     MS. BARNES:  Object to the form but you can
15 answer.
16 Q.  (By Mr. Werner) I'm sorry.  Can you repeat what
17 you just said?
18 A.  I said in hindsight, yeah, I would have, but I
19 didn't at the time.
20 Q.  Why would it have in hindsight?
21     MS. BARNES:  Object to the form.
22 A.  Because I'm in here with you today.
23 Q.  What?
24 A.  I said because I'm in here talking to you
25 today.

Page 52

1 Q.  Explain that a little bit more of why in
2 hindsight do you think that was a mistake?
3     MS. BARNES:  I'm going to continue to object
4 to this line of questioning, but you can go ahead.
5 A.  Well, at the time --
6     COURT REPORTER:  Ms. Barnes, can you repeat
7 your objection?
8     MS. BARNES:  I said I'm going to continue to
9 object to the form, but you can go ahead and answer.
10     THE WITNESS:  Go ahead and answer?
11     MS. BARNES:  Madam Court Reporter, is it okay
12 if the witness continues?
13     COURT REPORTER:  Yes, ma'am.
14 A.  So at the time, this was not an uncommon thing
15 for Hispanic contractors to not have some paperwork
16 filled out right, have to do something different.  So
17 at the time it did not concern me.  I was making a
18 joke about hindsight having to be in here with you
19 today.  That's what I was referring to.
20 Q.  (By Mr. Werner) Sitting here today, based on
21 what you've learned since then, if this happened to
22 you now would it have raised red flags?
23     MS. BARNES:  Object to the form.
24 A.  Absolutely.
25 Q.  Why?

Page 53

1  MS. BARNES: Same objection.
2  A. Because I could potentially be involved in
3  something that I'm not supposed to be.
4  Q. What do you mean by that?
5  A. That they had done something wrong. I don't
6  want any involvement in it.
7  Q. In your mind, did Enrique Duque do anything
8  that was -- was wrong in 2021?
9  MS. BARNES: Object to the form. Can you be
10  more specific?
11  Q. He can answer the question as he understands
12  it. Go ahead and answer.
13  A. I didn't know of Enrique doing anything wrong
14  in '21.
15  Q. As you sit here now, do you understand that he
16  did anything wrong in 2021?
17  A. I understand what he's been accused of.
18  Q. What's he been accused of?
19  A. Mistreating workers.
20  Q. While I have this up, again, I'm still showing
21  you Plaintiff's Exhibit 3. Going back to the first
22  page of the exhibit, which is Bates number 1068, in
23  the memo line of the two checks on this page it says
24  "machine labor." Do you see that?
25  A. Yes.

Page 54

1  Q. Is that to pay for workers who were working on
2  the machine harvester?
3  A. Correct.
4  Q. Machine pick would be the same on this page?
5  A. Correct.
6  Q. If it just says labor, it could be either one,
7  that's on -- that's the $4,360 check on page -- on
8  Bates number -- I'll just pull it back up in just a
9  second. Bates number 1070?
10  A. Correct.
11  Q. So it could be -- they could be either
12  handpicking or machine harvesting?
13  A. It could be, but generally where it said just
14  labor, that would be handpicking. This one being,
15  because I can tell by the amount of it, it wouldn't be
16  that much on machine labor.
17  Q. But you had said earlier that some workers may
18  be handpicking and some workers may be working on the
19  machine at the same time; is that right?
20  A. Correct.
21  Q. Would -- would those be paid with separate
22  checks or would it all be one check to Enrique Duque?
23  A. It should be separate checks. I'm not saying
24  that we didn't one time combine them, but one is paid
25  hourly and one is paid by poundage. So they should

Page 55

1  have been separate checks to keep it separate.
2  Q. Oh, okay. That's helpful. And let me just --
3  looking at the check on the bottom of that same page
4  and the memo line that says picking labor, that would
5  be for hand harvesting; is that correct?
6  A. Correct.
7  Q. Okay. I'm pulling up Exhibit 2 again, which is
8  the 2021 job order. Where it says "workers needed,"
9  that's box 2A and B, it says 84. Is that the number
10  of workers who ended up working at MBR Farms?
11  A. There were different amounts every day that
12  showed up for work.
13  Q. What was the largest number of workers that
14  were working at the farm on a single day in 2021?
15  A. I don't recall.
16  Q. Was it more than 80?
17  A. I wouldn't think so. That was a long time ago.
18  Q. Was it common to have more than 50 workers
19  working at the farm at the same time in 2021?
20  A. Not common.
21  Q. I'm sorry. Can you repeat that?
22  A. Not common in '21, no.
23  Q. Was it common to have more than 40?
24  A. That was probably average.
25  Q. So 40 -- 40 was about average as far as the

Page 56

1  number of workers working on your farm in 2021?
2  A. It depended on the peak, you know, when you was
3  in peak -- the picking sequence. What you had ready,
4  what wasn't ready.
5  Q. So you said 40 was about average, and then
6  during peak it would be more?
7  A. Correct.
8  Q. Now, you had asked Enrique Duque for a hundred
9  workers, H-2A workers, is that correct, in 2020?
10  A. I don't recall that.
11  Q. I'm gonna mark the affidavit of Enrique Duque
12  Tovar as -- we're up to four now; is that right?
13  Plaintiff's Exhibit 4.
14  (Whereupon, Plaintiffs' Exhibit 4 was marked
15  for identification and copy of same is
16  attached hereto.)
17  Q. (By Mr Werner) For the record, this is Bates
18  number PL Hernandez Patricio 0001094 through 1098.
19  MR. WERNER: Counsel, do you have a hard copy
20  of that available? It might be easier.
21  MS. BARNES: One second. Okay. I'm handing
22  Mr. McKinnon the entire affidavit.
23  Q. (By Mr. Werner) So your counsel just provided
24  you a paper copy of the document that -- marked as
25  Plaintiffs' Exhibit 4. Do you recognize this

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 57

1 document? I'm sorry. Can you repeat that?
2 A. No.
3 Q. You do not recognize this document.
4 A. I haven't looked at it.
5 Q. Okay. So you've never seen this document
6 before?
7 A. Well, I don't know if I've seen it or not, but
8 I don't recall looking at it.
9 Q. When is the last time you talked to Enrique
10 Duque?
11 A. Sometime in '23. About the time that we had
12 found out about this case and the lawsuit. We told
13 him that we had been contacted -- we had contacted a
14 lawyer and that until it was over with make no further
15 contact.
16 Q. Was that a phone call or did you meet him in
17 person?
18 A. That was a phone call.
19 Q. And that was the last time you talked to him?
20 A. That was the last time that I called him, yes.
21 Or I talked with him, yes. He called my brother-in-
22 law, Bobby, to apologize for having to go through this
23 after that fact, but that was it.
24 Q. And Bobby told you about that conversation?
25 A. Correct.

Page 58

1 Q. What did Bobby tell you about that?
2 A. I don't recall. So, I mean, sometime when all
3 this was going on.
4 Q. What did Enrique apologize for?
5 A. For us being involved in this.
6 Q. When he spoke with Bobby, did he acknowledge
7 that he had been criminally indicted?
8 A. No.
9 Q. The answer is no or you don't know?
10 A. No, he just called to apologize that we were
11 involved in this. That it was his fault we were
12 involved in this.
13 Q. Looking at Exhibit 4, the affidavit, in
14 paragraph 3 he says, "Prior to the 2021 growing season
15 he didn't have any -- a business or working
16 relationship with MBR Farms;" is that correct?
17 A. That is correct.
18 Q. Who harvested the blueberries in 2020?
19 A. I don't recall, but it was not Enrique.
20 Q. Did you hire workers through a farm labor
21 contractor?
22 A. Yes.
23 Q. You don't know who that farm labor contractor
24 was?
25 A. No. I'd have to go back and look.

Page 59

1 Q. So you have documents indicating who that farm
2 labor contractor was; is that correct?
3 A. I have check stubs where I paid.
4 Q. Okay. I'd like to request any documents
5 reflecting the employment of H-2A workers at MBR Farms
6 in 2020.
7 So Enrique says in this declaration that
8 towards the end of 2020, he approached Bobby Garrity
9 of MBR, who is an acquaintance. Bobby is your
10 brother-in-law?
11 A. Correct.
12 Q. What's Bobby's role with MBR Farms?
13 A. He's a contractor.
14 Q. He's what?
15 A. He's a contractor as well. And we pay him as a
16 contractor as well.
17 Q. So when you say he's a contractor, what is his
18 role as a contractor?
19 A. Overseeing what needs done, helping get things
20 done. Just various things on the farm.
21 Q. So he isn't a labor contractor. He's just paid
22 on a 1099 --
23 A. Correct.
24 Q. -- to do work at MBR Farms; is that correct?
25 A. Correct.

Page 60

1 Q. And you treat him as an independent contractor?
2 A. Correct.
3 Q. When was the first time you met Enrique Tovar?
4 I'm sorry. Enrique Duque?
5 A. As in work related or just at all?
6 Q. At all?
7 A. I mean, he's -- you know, he's a member of our
8 community growing up. So, I mean, I've known him
9 before we actually went to working with him.
10 Q. Was he a friend of yours in the community?
11 A. Wouldn't really call him a friend. I mean, we
12 just -- we knew him. His wife went to church with my
13 wife's -- his wife went to church with my wife's
14 grandparents, so we just kind of knew each other in
15 the community.
16 Q. Is it accurate that Enrique approached Bobby
17 Garrity towards the end of 2020 about potentially
18 providing help getting H-2A workers?
19 A. Correct.
20 Q. And Bobby -- did Bobby then communicate with
21 you about this?
22 A. That's correct.
23 Q. And then did you tell Bobby that MBR would
24 likely need up to 100 workers to pick its 2021 crop?
25 A. Right. I didn't remember it being exactly 100

Hernandez v.
Patricio
30(b)(6) MBR Farms
Barton McKinnon
August 9, 2024

Page 61

1 but, yeah, I remember me and Bobby discussing.
2 Q.  And if Enrique said MBR would likely need up to
3 100 workers, you have no reason to think that that's
4 not correct?
5 A.  Correct.
6 Q.  When did you first engage or meet Enrique Duque
7 for business purposes?
8 A.  Somewhere -- somewhere after that discussion
9 when he approached Bobby at the end of 2020, but I
10 don't remember.  I don't recall exactly when, but it
11 was in 2020.
12 Q.  Was there any -- well, moving on to paragraph
13 four, Enrique says, "Based on my conversation with Mr.
14 Garrity, I engaged my brother, Jose Carmen Duque
15 Tovar, who is in Mexico, to identify and recruit
16 workers living in Mexico to come to South Georgia
17 under the H-2A non-immigrant visa program for the 2021
18 growing season."
19 First of all, have you ever met Jose Carmen
20 Duque Tovar?
21 A.  No.
22 Q.  You ever met him in person?
23 A.  No.
24 Q.  Has Enrique ever talked to you about Jose
25 Carmen Duque?

Page 62

1 A.  No.
2 Q.  When was the first time you saw his name?
3 A.  In this lawsuit.
4 Q.  So in the end of 2020, Mr. -- or you, through
5 Mr. Garrity, communicate with Enrique about needing up
6 to 100 workers.  And then the next step that Enrique
7 takes is he engages his brother, Jose Carmen.  Did you
8 and Enrique talk about what the arrangement would be
9 to hire the H-2A workers?
10    MS. BARNES: Object to the form.  You can
11 answer.
12 A.  No.
13 Q.  Did you and Enrique talk about anything
14 regarding H-2A workers before he moved forward with
15 the process?
16 A.  No.
17 Q.  Did Mr. Garrity have any conversations with
18 Enrique about H-2A workers before Enrique moved
19 forward?
20 A.  No.
21 Q.  I'm sorry?
22 A.  No.
23 Q.  So how did Enrique know to engage his brother
24 and start recruiting workers?
25    MS. BARNES: Object to the form.

Page 63

1 A.  Maybe I'm confused on what you're asking me.
2 Q.  I'm assuming somebody gave Enrique the green
3 light to go forward and start the process.  Who gave
4 him the green light?
5 A.  Oh, yeah.  We were saying that we needed the
6 workers.  We told Enrique we needed some help picking
7 blueberries.  Is that what you're asking?  I thought
8 you were asking if there was anything else.
9 Q.  Well, I guess his declaration is a little
10 confusing because he kind of skips ahead in time where
11 Mr. Garrity tells him we'll likely need up to 100
12 workers.  And then next thing we know, he's, through
13 his brother, out recruiting workers.  But there's
14 nothing in there saying, you know, what -- you know,
15 who told him to, yes, do this.  You understand what
16 I'm saying?
17 A.  Oh, okay.  Yeah, I see where you're at.  Yeah,
18 we told him that we were going to need H-2A workers
19 for our 2021 season.
20 Q.  And you said, please help us acquire those H-2A
21 workers?
22 A.  Correct.
23    MS. BARNES: Object to the form.
24    MR. WERNER: Madam court reporter, did you
25 get his answer to the last question?

Page 64

1    (Discussion off the record.)
2 Q.  (By Mr. Werner) so just kind of summing this
3 up, you specifically told Enrique that he should move
4 forward with the process of recruiting up to 100
5 workers through the H-2A visa program to pick MBR's
6 2021 blueberry crop, is that correct?
7    MS. BARNES: Object to the form.
8 A.  Yes.
9 Q.  (By Mr. Werner) Did you have direct
10 conversations with Enrique about that?
11 A.  Me and Bobby did separately.
12 Q.  Okay.  So tell me about your conversations with
13 Enrique.  What did y'all say?
14 A.  So once him and Bobby had talked about getting
15 him, that's when I talked with him and told him we was
16 gong to need someone and just pretty much confirmed
17 what Bobby had told him.
18    COURT REPORTER: I don't know if you're
19 speaking too fast, but it gets muffled at the end.  I
20 can't understand what you're saying.  You said he was
21 going to need something and for the -- can you repeat
22 your part after that?
23 A.  Once him and Bobby had spoken, I then spoke
24 with him and confirmed what Bobby had told him.
25 Q.  (By Mr. Werner) And when -- and then Enrique

Page 65

1 moved forward and requested H-2A workers to work at
2 MBR, correct?
3    MS. BARNES: Object to the form.
4 Q. (By Mr. Werner) You can answer.
5 A. I didn't even get the question.
6 Q. Sure. Enrique moved forward with the process
7 after you told him to go ahead, you confirmed what
8 Bobby had said, he moved forward with the process; is
9 that correct?
10 A. Yes, correct.
11 Q. And then he told you that he had been approved
12 to bring in 84 H-2A workers; is that correct?
13 A. Correct.
14 Q. How did he tell you that? Was that in a
15 conversation?
16 A. He told Bobby and Bobby told me.
17 Q. So before the H-2A workers came, you understood
18 that 84 H-2A workers were coming to the United States
19 to work at MBR Farm in 2021?
20    MS. BARNES: Object to the form.
21 Q. (By Mr. Werner) You can answer.
22 A. Correct.
23 Q. Do you know Maria Leticia Patricio?
24 A. No.
25 Q. Have you ever met her?

Page 66

1 A. No.
2 Q. Do you know if any of the H-2A workers who
3 worked on your farm in 2021 had also worked on your
4 farm in 2020?
5 A. I would not know.
6 Q. And was it -- did Bobby tell Enrique that MBR
7 would prefer workers who had experience?
8    MS. BARNES: Object to the form as to what
9 Bobby told someone.
10 A. We would have requested, yeah, experience.
11 Q. So you and Bobby made it clear to Enrique that
12 you wanted experienced workers, is that correct?
13 A. Yes.
14 Q. And when you say experienced workers, workers
15 with experience picking blueberries; is that right?
16 A. Correct.
17 Q. And did you tell him you preferred workers with
18 two months or more of picking experience?
19 A. We just asked for experience.
20 Q. How many H-2A workers worked at your farm in
21 2020?
22 A. I'm not sure.
23 Q. Was it more than 10?
24 A. Yes.
25 Q. Was it more than 20?

Page 67

1 A. Yeah, I would think it would be more than 20,
2 but I'm -- I'm honestly not -- I mean, I can't give
3 you an honest answer.
4 Q. So, I mean, is it like -- I'm just trying to
5 come up with a range. A safe range would be between
6 20 and 30 workers -- H-2A workers worked at your farm
7 in 2020?
8 A. That's probably accurate. We didn't have a lot
9 of berries being that first year.
10 Q. Did Enrique tell you anything about the
11 recruitment process for H-2A workers?
12 A. No.
13 Q. Do you know if he told Bobby anything?
14 A. No.
15 Q. Was any paperwork signed or exchanged between
16 MBR and Enrique --
17 A. Yeah.
18 Q. -- for the hiring of H-2A workers in 2021?
19 A. What was the last part of your question? I
20 thought you'd stopped. I'm sorry.
21 Q. Well, I'll stop where you thought I'd stopped.
22 Was any paperwork exchanged between you and Enrique in
23 2021?
24 A. Yes.
25 Q. What paperwork?

Page 68

1 A. It was just a contract between us saying that
2 he was bringing H-2As to our farm to work.
3 Q. And that's a contract that you signed on behalf
4 of MBR and Enrique signed as a farm labor contractor?
5 A. Correct.
6 Q. For the record, we have not received a copy of
7 that contract. Mr. McKinnon, do you have a copy of
8 that contract at your office?
9 A. Maybe. Have to see if we can dig it up. We
10 should.
11 Q. That contract, obviously, would have been
12 responsive to our initial request for production of
13 documents. And we again request on the record that it
14 be provided to us right away.
15 What were the terms of that contract?
16 A. It just stated that he was gonna -- he would be
17 responsible for bringing the H-2A workers and
18 harvesting our berries.
19 Q. Anything else?
20 A. That was pretty much the gist of it.
21 Q. What was the payment arrangement?
22 A. It was on there as well, but I don't remember
23 exactly what it was.
24 Q. You don't remember exactly what it was. Can
25 you tell me roughly what it was?

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 69

1  A.  I'm going to say that it was close to what was
2  on here but, no, not honestly.
3  Q.  I'm sorry.  Can you repeat that?
4  A.  So I'm going to say that it was roughly what
5  was on here, but I can't say that it was exactly this.
6     MS. BARNES: He's holding up the -- I don't
7  know what exhibit it is.  It's document 1-4 in the
8  compliant, the H-2A work order.
9     MR. WERNER: Oh, okay.  That's the -- that's
10 Exhibit 2.
11    MS. BARNES: Correct.  That's what he's
12 holding up.
13 Q.  (By Mr. Werner)  what was -- how did you pay
14 Enrique?  And when I'm referring to you, I'm talking
15 about MBR Farms.  You understand that, right?
16 A.  Correct.
17 Q.  How did you pay Enrique in 2021 for the H-2A
18 visa holders' work?
19 A.  So the hand picked labor was paid per pound.
20 Machine picked pay would be per hour.
21 Q.  And how much did you pay Enrique per hour for
22 the machine picked labor?
23 A.  I don't recall.
24 Q.  How did you know how much to pay him for the
25 machine picked labor?

Page 70

1  A.  He would tell us how many hours he had.
2  Q.  And you would look at -- would he tell you in
3  person or would he give you something in writing?
4  A.  It would be -- you know, we'd both agree on the
5  price.  We would have -- we would have contractors on
6  the picker, operating the picker, working with them.
7  So as long as his numbers matched our numbers, we'd be
8  in agreeance.
9  Q.  So he would give you something in writing
10 saying these are the hours the machine pickers worked
11 today?
12 A.  I don't know if we got it in writing or if he'd
13 just say, I got this many hours this week and we'd
14 look back and make sure that it agreed with our
15 numbers.
16 Q.  So your contractors who were working on the
17 machine harvester were keeping track of their hours as
18 well, correct?
19 A.  Correct.
20 Q.  And you were paying them by the hour?
21 A.  Correct.
22 Q.  How many of their independent contractors would
23 be working on the machine harvester at a time?
24 A.  It would vary between like actually being on
25 the machine and operating the forklift.  You know,

Page 71

1  depending on how many they were actually picking going
2  through the fields, one to two, two to three.  Just
3  varied.
4  Q.  Was it a contractor who was actually driving
5  the machine harvester?
6  A.  Yes.
7  Q.  Was it the same contractor who did that
8  throughout 2021?
9  A.  It could have varied.  It could have been a
10 different one.
11 Q.  Okay.  Was there one who did it most of the
12 time?
13 A.  Most of the time it was Bobby operating it.
14 Q.  Are y'all ready for a break?  Let's go off the
15 record for a second.
16    (Discussion off the record.)
17    (Break was taken.)
18 Q.  (By Mr. Werner) So we are back on the record.
19 We just took about a 20-minute break.  You understand
20 you're still under oath?
21 A.  Yes.
22 Q.  Did you have any conversations with anybody
23 during the break about the substance of your
24 testimony?
25 A.  Yes.

Page 72

1  Q.  With your attorneys?
2  A.  Yes.
3  Q.  What were those conversations?
4  A.  About the contract agreement that we had Ricky
5  sign.
6  Q.  Anything else?
7  A.  Just the pizza.
8  Q.  All right.  I'm going to pull up that contract
9  agreement and I'm going to share my screen.  Can you
10 see the document?
11 A.  Yes.
12    MS. BARNES: Now, your eyesight might be
13 better than mine.  You might have to zoom in a little
14 bit if you don't mind.  And if need be, we could print
15 it all for him as well.
16 Q.  Okay.  So I am showing you what's been marked
17 as Plaintiffs' Exhibit 5.  It is not Bates stamped
18 because we just received it and we were informed that
19 you had emailed it to your counsel before the
20 representation started; is that correct?
21    THE WITNESS: I'm going to answer that or
22 you?
23    (Whereupon, Plaintiff's Exhibit #5 was
24    marked for identification and copy of same
25    is attached hereto.)

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

---

Page 73

1    **MS. BARNES:** You're answering it, if you know
2  the answer.
3  A.  I don't know exactly what the answer was while
4  ago for that.
5  **Q.  (By Mr. Werner) Do you remember when you sent**
6  **this to your attorneys?**
7  A.  I don't remember exactly when, but it was
8  when -- when all of this started once we engaged with
9  them and they asked for everything.
10  **Q.  Well, did you send any other documents to your**
11  **attorneys at that time?**
12  A.  I'll probably sent them everything, whatever
13  they asked for when they sent it, this was part of it.
14  **Q.  Do you remember any other specific documents**
15  **that you sent them?**
16  A.  No.
17    **MR. WERNER:** Counsel, are there other
18  documents that you have from that batch that we
19  haven't seen yet?
20    **MS. BARNES:** I do not believe so.  It looked
21  like this was sent in an email by itself, those three
22  images.  For what -- they were just sent to Mark,
23  who's on a leave of absence right now, but they -- for
24  whatever reason, these three just -- they didn't make
25  it to the file.  And I'm not aware if anything else

---

Page 74

1  was sent at that time, but I will assure you that we
2  will re-triple check our records and make sure we've
3  gotten you everything that you've asked for.
4    **MR. WERNER:** Yeah, because obviously this is
5  a very important document to the case and the fact
6  that we're just receiving it now is -- you know, while
7  we're taking midway through the deposition is -- is a
8  problem.  You know, obviously we're preserving all
9  rights with respect to its late production and, yes,
10  please do review your records to make sure there's no
11  -- there aren't other documents that you have not yet
12  produced.
13  **Q.  (By Mr. Werner)  Mr. McKinnon, do you recognize**
14  **this document?**
15  A.  Yes.
16  **Q.  Can you tell me what it is?**
17  A.  It was the agreement that we signed between
18  Ricky to pick the blueberries by the laborer.
19  **Q.  Partway down the first page in a section that's**
20  **called "Compliance with federal, state and municipal**
21  **laws," the last sentence says, "Grower will have the**
22  **right at any time during working hours to inspect**
23  **contractor's book and records."**
24  **Did I read that correctly?**
25  A.  Yes.

---

Page 75

1  **Q.  Did you or anybody else at MBR Farm ever**
2  **inspect Enrique Duque's records?**
3  A.  No.
4  **Q.  Why not?**
5  A.  We didn't need to.
6  **Q.  Why do you think you didn't need to?**
7  A.  We didn't know why we would need to.
8  **Q.  Scrolling to the second page -- first, just a**
9  **preliminary question.  It lists the contractor as**
10  **Enrique Duque and the grower as MBR Farms, and it**
11  **lists the owner's name as you.  But the email is**
12  **BOGarrity012289@gmail.com.  Is that Bobby Garrity?**
13  A.  Correct.
14  **Q.  So Bobby Garrity was -- was acting throughout**
15  **this process on behalf of MBR Farms; is that correct?**
16    **MS. BARNES:** Object to the form but you can
17  answer it.
18  A.  Yes, he was helping us with -- he was helping
19  us with Enrique getting us help.
20  **Q.  Is that cell phone Bobby's cell phone number?**
21  A.  Correct.
22  **Q.  Moving on to the third and last page, this is**
23  **-- at the bottom it's signed by Enrique Duque in this**
24  **version, but not dated and is not signed by anybody**
25  **under grower.  Did somebody at MBR sign this document**

---

Page 76

1  at some point but you just don't --
2  A.  Yes, I signed it.  He brought this to the field
3  to sign.  He brought us this to sign when we were
4  meeting in the field one day.  And so I just told
5  Bobby to take a picture of it before we signed it,
6  just so we'd have a copy of it.
7  **Q.  So when you say he brought it to you in the**
8  **field, you and Bobby were working in the field.  You**
9  **didn't have the H-2A workers yet.**
10  A.  No.  No.  We were just in the field looking at
11  the berries meeting.
12    **COURT REPORTER:** I'm sorry.  Can you repeat
13  that last part?
14  A.  We were just meeting.  We met in the field
15  where the berries were at.  This was before harvest
16  had started or anything.  This was, you know, the end
17  of December when we were planning for the harvest of
18  '21.
19  **Q.  And this says, "All works should have at least**
20  **60 days verifiable experience."  I assume that's a**
21  **typo.  It should be workers.  So that 60-day work**
22  **requirement was part of your contract with Enrique; is**
23  **that correct?**
24  A.  Yeah.  But this was his that we signed.
25  **Q.  Right.  I understand it was his, but you signed**

---

Hernandez v.
Patricio

**30(b)(6) MBR Farms**

Barton McKinnon
**August 9, 2024**

---

Page 77

1  --
2  A.  Yeah, we signed it.  Yeah, we signed this for
3  him.  Correct.
4  Q.  So you agreed to everything in this document;
5  is that correct?
6  A.  Yes.
7  Q.  And it was you personally who signed it or was
8  it Bobby?
9  A.  I signed it.
10 Q.  And also estimated number of employees, 84.
11 You agreed to that with Enrique because it's part of
12 the contract, correct?
13 A.  Right.
14 Q.  I apologize, because I just got this, so I'm
15 trying to find -- I'm still going through it.
16 On the first page under "Contractor's
17 Functions" it says that the contractor -- well, let me
18 just read that.  "Contractor agrees as an independent
19 contractor to furnish and manage labor to perform this
20 purpose as specified in this agreement for the
21 consideration in money and/or percentage of proceeds
22 agreed to be paid by grower."
23 Did I read that correctly?
24 A.  Yes.
25 Q.  And you paid Enrique, moving back to the last

---

Page 78

1  page, $11.71 per hour for the H-2A workers when they
2  were doing machine harvesting?
3  A.  Correct.
4  Q.  And you paid Ms. -- and you paid Enrique Duque
5  50 cents per pound of blueberries when the workers
6  were handpicking; is that correct?
7  A.  Correct.
8  Q.  How many pounds does a -- does the bucket hold?
9  A.  I'd say about four or five pounds.
10 Q.  And when a worker filled a bucket, Enrique
11 would give the worker a tag after the docket -- the
12 bucket was dumped into the bin?
13    MS. BARNES: Object to the form.
14 A.  Yes.
15 Q.  (By Mr. Werner) And then it was those -- that
16 the worker would hold on to that tag; is that correct?
17    MS. BARNES: Object to the form.
18 A.  Correct.
19 Q.  (By Mr. Werner) And then at some point the
20 worker would give it to Enrique, who would keep track
21 of the number of tags the worker had; is that correct?
22    MS. BARNES: Object to the form.
23 A.  Yes.
24 Q.  (By Mr. Werner) And then the worker would be
25 paid based on the number of tags; is that correct?

---

Page 79

1     MS. BARNES: Object to the form.
2  A.  Yes.
3  Q.  (By Mr. Werner) Were the buckets ever weighed
4  individually?
5  A.  No.
6  Q.  So you paid Enrique 50 cents per pound.  What
7  weigh in was that based on?
8  A.  When we take them to the packing shed and
9  unload them, everything is weighed there.  So that is
10 the weight.  We get a weight ticket when we unload
11 that tells how much fruit we unloaded.  We take that
12 back to Ricky, show him that we picked so many pounds
13 out of that trail load and pay him per pound for the
14 -- that's how we pay.  You know, we show the weight
15 ticket, what that fruit weighed, and we paid out of
16 that.
17 Q.  Did H-2A workers who worked for MBR ever go to
18 the packing shed?
19    MS. BARNES: Object to the form.  You can
20 answer.
21 A.  No.
22 Q.  (By Mr. Werner) So just to clarify, earlier you
23 had talked about kind of different weights.  One was,
24 you know, when the blueberries arrived at the packing
25 shed and then the other one was what, you know, after

---

Page 80

1  everything had been graded and sorted, what the volume
2  of blueberries that the packing shed would pay you for
3  was.  So just to clarify, Enrique was paid based on
4  that first weigh in, not the second one; is that
5  correct?
6  A.  Correct.  He was paid on gross weight.  We were
7  paid on processed weight.
8  Q.  Okay.  Did you ever communicate with an
9  attorney about the H-2A process before MBR Farms
10 contracted for H-2A workers?
11 A.  No.
12 Q.  Did Enrique ever represent to you or, as far as
13 you know, to Bobby that an attorney had reviewed the
14 submissions he was making to the US Government?
15 A.  No.
16 Q.  Do you know how Enrique -- well, let me back
17 up.  I'm assuming Enrique wasn't doing this work for
18 free; is that your understanding?
19    MS. BARNES: Object to the form.
20 Q.  (By Mr. Werner) He was making money off of this
21 deal himself individually; is that correct?
22    MS. BARNES: Object to the form.
23 Q.  (By Mr. Werner) You can answer.
24 A.  Yes.
25 Q.  So, yes, he was making money off of this; is

---

Page 81

1  that correct?
2  A.  Yes.
3  Q.  Do you know how much money he was making off of
4  it?
5  A.  I do not.
6  Q.  Was he taking a percentage of what you paid
7  him?
8  A.  I don't know.
9  Q.  But whatever money he would have made from
10  supplying H-2A workers to work on your farm, he would
11  have either taken from the money you paid him or he
12  would have taken from the workers; is that correct?
13  MS. BARNES: Objecting to this line of
14  questioning about what someone else's actions were,
15  but you can answer if you know.
16  A.  I don't know how he made his money.  All I know
17  is what we agreed on, what we paid.
18  Q.  (By Mr. Werner) I'm going to pull -- I'm going
19  to return back to the 2021 job order, which is Exhibit
20  2.  And looking at box 8B on the first page, which is
21  Bates number 1077, the wage offer to the workers was
22  11.71 an hour; is that correct?
23  A.  Correct.
24  Q.  And the piece rate offer was 50 cents per
25  pound; is that correct?

Page 82

1  A.  Correct.
2  MS. BARNES: Object to the form, but you can
3  answer.
4  Q.  (By Mr. Werner) Please repeat your answer,
5  please.
6  A.  Correct.
7  Q.  Do you know what the -- what I'm referring to
8  when I say the adverse effect wage rate?
9  A.  I do not.
10  Q.  Have you ever heard that term before?
11  A.  I have not.
12  Q.  So if this job offer told the workers that they
13  would get 11.71 an hour and you were paying Enrique
14  11.71 an hour for the workers' labor, if Enrique was
15  taking a percentage of that or some money from that so
16  he could make money, the workers didn't make 11.71 an
17  hour; is that correct?
18  MS. BARNES: Object to the form of the
19  question. Hypothetical.  But if you know the answer,
20  you can answer.
21  COURT REPORTER: I'm sorry.  Ms. Barnes, can
22  you repeat your objection one more time?  It's a
23  little muffled for some reason.  I got some of it.
24  MS. BARNES: I objected to the form of the
25  question as it asked a hypothetical and Mr. Werner

Page 83

1  hasn't laid the proper foundation.  And then I told my
2  client that he can answer if he knows the answer.
3  MR. WERNER: And counsel, I think if you can
4  just object to form, that would preserve any -- any
5  objection.  When you go farther, it turns into a
6  speaking objection, which, you know, comes across as
7  coaching, whether that's your intent or not.  So you
8  can just say objection to form.  I'd appreciate it.
9  Q.  (By Mr. Werner) So Mr. McKinnon, do you want me
10  to restate my question?
11  A.  Yes, please.
12  Q.  You paid Enrique Duque 11.71 per hour for the
13  work that the H-2A workers did while machine
14  harvesting, correct?
15  A.  Correct.
16  Q.  And the 2021 H-2A agricultural clearance order
17  says that the worker's wage offer is the same amount,
18  11.71 per hour; is that correct?
19  A.  Correct.  Hey, can we take a bathroom break
20  real quick?
21  Q.  Yeah, let me just --
22  MS. BARNES: Why don't we let Mr. Werner get
23  through this -- through this line.  Can you wait like
24  two minutes?  Yeah.  Let him finish this one and then
25  we should be fine.

Page 84

1  Q.  (By Mr. Werner) Your agreement -- you paid
2  Enrique Duque 50 cents per  pound for the blueberries
3  that were handpicked, correct?
4  A.  Correct.
5  Q.  And this interstate clearance order or
6  agricultural clearance order says that the workers --
7  offers a piece rate of 50 cents per pound for the
8  workers; is that correct?
9  A.  Correct.
10  Q.  So if this is, in fact, what the workers were
11  paid, Mr. Duque didn't make any money from what MBR
12  paid him; is that -- that's just a logical statement,
13  but is that correct?
14  MS. BARNES: Object to the form.
15  A.  Correct.
16  Q.  And if he did take a part of this money for
17  himself, then the amount and the wage offer and the
18  piece rate offer would not be accurate; is that
19  correct?
20  MS. BARNES: Object to the form.
21  A.  That's correct.
22  Q.  Okay.  We can take a break now.  Let's try to
23  keep it to five minutes so no one is late.
24  (Break was taken.)
25  Q.  (By Mr. Werner) We're back on the record.

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 23 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 85

1 Mr. McKinnon, you understand that you're still under
2 oath?
3 A.  I do.  Hey, I want to say something.
4 Q.  Sure.
5 A.  I think I misspoke.  I'm not confident in my
6 answer of what we paid Ricky per pound on those
7 things.  And I honestly don't know what it actually
8 is.  And we -- the only way to know for sure is what
9 we could take the weight tickets, the price -- taking
10 all the total weights and go back and see how much we
11 paid Ricky and that would tell us how much it was per
12 pound, but I'm not confident that I answered those
13 questions correctly.
14 Q.  What records would reflect all that?
15 A.  The weight tickets that we have on file.
16 Q.  And you still have those?
17 A.  Yes.
18 Q.  And for the record, those also have not been
19 provided.  They were and are responsive to our request
20 for production of documents.
21 But the hourly rate for the machine harvesting
22 was 11.71 an hour?
23 A.  I'm not confident of that either.
24 Q.  Where would those records be?
25 A.  I don't even know how we're going to obtain

Page 86

1 those.
2 Q.  So MBR Farms may not have any records showing
3 the hourly rate it paid to Enrique Duque for the
4 machine harvest work that the H-2A workers were doing?
5 A.  I don't know if we'll have any records of how
6 many hours we paid.  I mean, all we have is the check
7 receipts and what we paid for those.  But I don't know
8 if we're going to have any documentation that's going
9 to say how many hours that was actually for.
10 Q.  Would he tell -- well, actually let me take a
11 step back.
12 Earlier you testified that he would tell you
13 the number of hours.
14 A.  That's right.
15 Q.  And you would compare it with what you were
16 paying the contractors and if it was the same, then
17 that's what you would pay him; is that correct?
18 A.  That's correct.  I don't know if we will have
19 any documentation that actually showed what we've done
20 there, you know, other than just writing a check for
21 that.
22 Q.  Are you aware of the record keeping
23 requirements for the H-2A program?
24 A.  No.
25 Q.  Are you aware of the record keeping

Page 87

1 requirements for the Fair Labor Standards Act?
2 A.  No.
3 Q.  Do you know what the Fair Labor Standards Act
4 is?
5 A.  No.
6 Q.  Before this litigation, did you ever consult
7 with an attorney about the record keeping requirements
8 of the H-2A program or the Fair Labor Standards Act?
9 A.  No.
10 Q.  Before this lawsuit, did you ever consult with
11 any government officials, either state, local, or
12 federal about the record keeping requirements of the
13 H-2A program and/or the Fair Labor Standards Act?
14 A.  No.
15 Q.  If the blueberries were wet, could they be
16 picked?
17 A.  No.
18 Q.  Why not?
19 A.  If they're wet and you pull them off, they turn
20 soft and mush.
21 Q.  They turn soft, is that what you said?
22 A.  Correct.
23 Q.  So that would include -- obviously, if it was
24 raining, then they couldn't be harvested; is that
25 correct?

Page 88

1 A.  Correct.
2 Q.  In the morning when there was dew on them, they
3 also couldn't be harvested; is that correct?
4 A.  Correct.
5 Q.  So you instructed Enrique to not harvest or not
6 have the H-2A workers harvest blueberries that were
7 wet; is that correct?
8 A.  Correct.
9 Q.  And that would mean, therefore, not starting
10 work in the morning until the blueberries were dry; is
11 that correct?
12 A.  Correct.
13 Q.  And that would include stopping work if it
14 rained and not returning to work until the blueberries
15 were dry; is that correct?
16 A.  Correct.
17 Q.  Is it fair to say you had a continuous business
18 relationship with Enrique Duque in 2021 and --
19     MS. BARNES:  Object to the form.
20 A.  Could you repeat the question?
21 Q.  (By Mr. Werner) Did you have a continuous
22 business relationship with Mr. Duque -- with Enrique
23 Duque in 2021 and 2022?
24     MS. BARNES:  Object to the form.
25 A.  You ask if we done business together?  Is that

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

1 what you're asking?
2 Q. (By Mr. Werner) Yeah. Did you have a
3 continuous business relationship? I mean, you -- let
4 me take a step back.
5 You've testified that you exclusively used his
6 crew -- and correct me if I'm wrong -- that you
7 exclusively used his crews to harvest -- to handpick
8 blueberries at least in 2021; is that correct?
9   MS. BARNES: Object to the form.
10 A. I wouldn't say exclusively. I mean, it may be
11 harvesting, but we may have used another labor for
12 other jobs. But, yeah, for harvesting, yeah, he
13 harvested our berries in '21.
14 Q. And then in 2022 when you switched over to --
15 what was her name?
16 A. Sherry. His wife Sherry.
17 Q. To his wife, your business relationship with
18 him continued because he was still doing the same work
19 in the field with the H-2A workers; is that correct?
20   MS. BARNES: Object to the form.
21 Q. (By Mr. Werner) The answer is correct?
22 A. Correct.
23 Q. And similarly, in 2022 you didn't use any
24 workers other than the H-2A workers Enrique supervised
25 to handpick blueberries; is that correct?

1 A. No, we used other ones. I believe we had other
2 laborers as well.
3 Q. Other laborers in 2022?
4 A. Yes.
5 Q. Where did they -- were they H-2A visa holders?
6 A. I'm not sure.
7 Q. Did MBR pay the workers -- the other laborers
8 directly?
9 A. We would have paid a contractor, but I don't
10 know if his employees were H-2As.
11 Q. Who was the contractor?
12 A. I just remember us using someone else. I'd
13 have to look back and see.
14 Q. But you have records showing who the contractor
15 was?
16 A. Yes.
17 Q. We'd like to request those records.
18 So the clearance order I showed you showed that
19 Enrique had requested 84 workers to work at MBR Farms;
20 do you remember that?
21 A. Yes.
22 Q. And you testified earlier that during the
23 harvest there's an average of about 40 workers in 2021
24 working in -- H-2A workers working in the field; is
25 that correct?

1 A. Correct.
2 Q. If the workers were brought in based on
3 representations to the government that they would work
4 at MBR Farms, did it ever occur to you that it might
5 be problematic that a lot of the workers were not
6 actually working at your farm?
7   MS. BARNES: Object to the form.
8 A. Ask that again.
9 Q. The representation -- in the clearance order,
10 the representation was made to the government that
11 there would be 84 workers who would come to the United
12 States on H-2A visas to work at MBR Farms; is that
13 right?
14   COURT REPORTER: I'm sorry. What was his
15 answer? What was your answer? I'm sorry. One more
16 time.
17 A. Correct.
18 Q. The government then issued H-2A visas for the
19 H-2A visa holders to work at MBR Farms; is that
20 correct?
21   MS. BARNES: Object to the form.
22 A. Correct.
23 Q. (By Mr. Werner) Did it ever concern you,
24 knowing that 84 H-2A visa -- H-2A workers were
25 authorized to come to work at MBR Farms, did it ever

1 concern you that at any given time a large number of
2 those workers were not actually working at your farm?
3   MS. BARNES: Object to the form.
4 A. No. I just assumed they rotated.
5 Q. (By Mr. Werner) When you say you assumed they
6 rotated, what is that assumption?
7 A. Rotated shifts.
8 Q. What time did workers start working in the
9 morning? Actually, let me rephrase that.
10 What time did -- in 2021, what time did the
11 H-2A workers start working in the morning?
12 A. Once the day dried out.
13 Q. And when did they finish in the evening?
14 A. Generally they pick until, you know, right
15 before dark.
16 Q. Was there a shift change during the day?
17 A. I'm not sure.
18 Q. I'm sorry?
19 A. I'm not sure. I don't know.
20 Q. Did you ever observe a shift change?
21 A. Yeah, I would see some taking breaks while I
22 was working.
23 Q. You would see people taking breaks, but you
24 don't know if that was taking a break or a shift
25 change?

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 25 of 49

Hernandez v.
Patricio
30(b)(6) MBR Farms
Barton McKinnon
August 9, 2024

Page 93

1  A.  Correct.
2  Q.  How did Enrique transport the workers to your
3  farm in 2021?
4     MS. BARNES:  Object to the form.
5  A.  Vans, buses.
6  Q.  Did you observe those vans and buses pulling up
7  to the farm and unloading the workers?
8  A.  Yeah, we'd see when they get there.  Yeah.
9  Q.  And you'd see them because you were in the
10 field?
11 A.  Correct.
12 Q.  Were you in the field every morning when the
13 workers arrived?
14 A.  No.
15 Q.  What would impact your decision about whether
16 or not to be in the field?
17 A.  Me, it's just whenever I was available to be
18 there, me personally.
19 Q.  And what would determine whether or not you're
20 available?
21 A.  Just what I have going on today.  If I wasn't
22 there, somebody would be there to see what time they
23 started, but it wasn't always me.
24 Q.  And who else would it be?
25 A.  Bobby or some of the other contractors that we

Page 94

1  paid.
2  Q.  What were the names of the other contractors?
3  A.  Chase White should be one of them.  Some of
4  them not contractors as much as family.  Like my
5  uncle, we work -- he had a farm, too.  You know, he
6  like would get the guys started.  He wouldn't
7  necessarily be a contractor because we didn't pay him
8  but, you know, he would be in the field, get them
9  started.  Sometimes we'd help him.
10 Q.  And your --
11 A.  Daddy would be there sometimes, but he wouldn't
12 -- my daddy's not a contractor, but my daddy would be
13 there from time to time.
14 Q.  What was your -- your uncle's name was what?
15 A.  Myron.
16 Q.  Byron?
17 A.  Myron with an M.
18 Q.  Oh, Myron.  Thank you.
19 And when you say out there to get the workers
20 started, what do you mean?
21 A.  And really, we'd already got our stuff done.
22 We're just making sure they show up.  We already had
23 the truck in the field, the buckets, the crates.
24 Q.  And was it at that point that you talked to
25 Enrique about what -- you know, what blueberries he

Page 95

1  would be picking or his crews would be picking?
2  A.  We would do that before they actually showed up
3  to start.
4  Q.  How would you tell them that?
5  A.  We'd just go to the field and see what's ready,
6  you know, and then schedule what was gonna be picked
7  that next day.
8  Q.  Okay.  And how would you communicate that to
9  Enrique?
10 A.  By phone.  Sometimes he would come to the field
11 to make sure that there was enough blueberries for him
12 to actually come pick, you know.  Sometimes we'd be
13 ready and they wouldn't want to come because there
14 wasn't enough for them to have a full day in or
15 something like that.  So he would come and look as
16 well when we told him what we wanted him to do.
17 Q.  And so there were some days when there weren't
18 enough blueberries to pick so you would tell Enrique,
19 you don't need to bring your crew here today?
20    MS. BARNES:  Object to the form.
21 A.  Correct.
22 Q.  (By Mr. Werner) Did you ever observe any of the
23 H-2A workers not doing their job correctly?
24 A.  I remember one time, I was seeing one that was
25 dropping a bunch of berries on the ground and I don't

Page 96

1  know which -- I mean, I didn't see the person.  I just
2  seen the road they was picking, there was a lot more
3  on the ground.  So I went to Ricky and said, hey,
4  whoever's picking this road, you know, you need to
5  check on them.  They're wasting berries.
6  Q.  Can you think of any other examples?
7  A.  Only other thing is like they'd leave trash in
8  the field.
9  Q.  And if you saw that, you would talk to Enrique
10 about it?
11 A.  Yeah, just tell him they left a bunch of trash
12 in our field.  He'd clean it up or he'd have them do
13 it or something, yeah.
14 Q.  Did you ever have a situation where there was
15 an H-2A worker or H-2A workers who were, say, picking
16 too many green berries or damaging the plant or having
17 too many leaves in the bucket, anything like that?
18 A.  I don't recall nothing like that.
19 Q.  Do you remember if any of the H-2A workers in
20 2021 were injured while working at MBR Farms?
21 A.  I don't recall that.  I don't know.
22 Q.  How about 2022?
23 A.  No.
24 Q.  Did you pay Enrique every week for the work his
25 crew did?

Page 97

1  A.  Generally, yes.
2  Q.  What day of the week did you pay him?
3  A.  Generally on Friday.
4  Q.  Okay.  When you say generally, what would the
5  exception be?
6  A.  Well, I mean, if something come up, he'd pick a
7  bunch, he needed some money or something, you know, he
8  may come to us and say, can I get my check early for
9  what we've already done, something like that.  But
10 generally, paid him Friday.
11 Q.  When the workers filled a bucket, were they
12 required to round off the bucket?  If you don't know
13 what I mean by that, I can explain.
14 A.  No.
15 Q.  Okay.  So they were required to fill the bucket
16 just up to the rim of the bucket; is that correct?
17 A.  Yeah.
18 Q.  Were they not allowed to round the berries over
19 the top of the rim?
20    MS. BARNES:  Object to the form.
21 A.  I'm not really sure.  We didn't really control
22 that so we didn't have no part of that.
23 Q.  (By Mr. Werner) So as far as you were
24 concerned, you know, the fastest they can pick the
25 berries and do a good job, you were -- you were happy

Page 98

1  with that?
2  A.  Yeah.  We didn't control the bucket or size or
3  what had to be in the bucket.  All it was the total
4  amount.
5  Q.  But you supplied the buckets?
6  A.  Correct.
7  Q.  Did the buckets have an MBR logo on them?
8  A.  No.
9  Q.  What did you observe about the condition of the
10 vans and the buses that Enrique used to transport the
11 workers?
12 A.  We didn't really examine them.
13 Q.  You didn't what?
14 A.  We didn't examine them.
15 Q.  But you saw them.  I'm not suggesting that you
16 inspected them, but you --
17 A.  Right.
18 Q.  Do you have any observations about their
19 condition?
20 A.  No, I mean, the outside of the vehicle was
21 fine.  It was transportable.
22 Q.  Did any of them look old to you?
23 A.  Yeah, they looked old.
24 Q.  Could you tell if they had seatbelts?
25 A.  I don't know.

Page 99

1  Q.  Did you ever observe any of the vans or buses
2  breaking down?
3  A.  No.
4  Q.  Do you know where the H-2A workers lived when
5  they were working at MBR?
6  A.  No.
7  Q.  Did you ever talk to Enrique about that?
8  A.  No.
9  Q.  Did you ever see any H-2A housing in 2021?
10 A.  No.
11 Q.  Do you know if Bobby ever went to the H-2A
12 housing?
13 A.  No.
14 Q.  You don't know?
15 A.  No.
16 Q.  Does the mechanical machine harvester stay at
17 the field during the harvest season or is it
18 transported back and forth, say, to a garage or some
19 other place in the evening?
20 A.  Our shielders is right there beside the garage.
21 I mean, our garage shielder is right beside the field,
22 so it's right there.
23 Q.  So in the evening after the machine harvesting
24 was done, somebody would just drive the machine to
25 harvester over to the garage.

Page 100

1  A.  Most time we just leave it in the field.
2  Q.  But if there was like bad weather coming or
3  something like that, you might put it in the garage?
4  A.  Yeah, correct.
5  Q.  And during the non-harvest season, it would --
6  the garage is where it would stay; is that correct?
7  A.  Correct.
8  Q.  How about the forklift, was that also kept in
9  the garage?
10 A.  Yeah.  It's actually a tractor with a front end
11 loader on it.  It's mostly used on the floor.
12 Q.  On the tax returns -- and I can pull them up if
13 we need to, but if we don't need to, I won't.  They're
14 -- in the list of MBR's assets, there's a flatbed
15 trailer, if I remember correctly.  Does MBR own a
16 flatbed trailer?
17 A.  Yes.  A lowboy trailer?
18 Q.  Yes, correct.
19 A.  Yeah.  Yeah.
20 Q.  What's that used for?
21 A.  Once our season's over, we thought that we was
22 going to do some custom picking, but we never -- we
23 never done it.  We had planned to, so we bought it to
24 move the machine.  We actually just got a deal on it.
25 We found a deal on it, and in case we ever wanted to,

---

Page 101

1 we bought it.

2 **Q. The trailer -- when did you buy the trailer?**

3 A. I think in '21, but I'm not sure.

4 **Q. Was the trailer -- did anybody at MBR ever use**

5 **the trailer for any reason during the blueberry**

6 **harvest in 2021?**

7 A. Not that I recall. I'm not saying we didn't,

8 but not that I can recall.

9 **Q. How about 2022?**

10 A. '22, I know that we used that. So in '22, we

11 had someone help us pick our berries with their

12 machine. I'm pretty sure they used our trailer to

13 bring their picker in. And they used it -- they did

14 custom picking so I know they used it some when they

15 were going to other fields with their machine.

16 **Q. I'm my ignorance here, but what is custom**

17 **picking?**

18 A. Custom picking means that you're picking for

19 somebody else. Like I pay them to come in and help me

20 pick my blueberries on their machine. That's

21 something we thought we wanted to get into originally,

22 because we thought we would need to to help make our

23 picker payment, but we've been able to, and so all it

24 is is added wear and tear on your machine if you have

25 to use it. So, so far we haven't had to.

---

Page 102

1 **Q. Did you ever communicate directly with any of**

2 **the H-2A workers?**

3 A. No.

4 **Q. That's partially because they probably wouldn't**

5 **have understood you and you wouldn't have understood**

6 **them, right?**

7 A. Both.

8 **Q. So when there were, you know, instructions you**

9 **needed to give for the H-2A workers, you would just**

10 **provide those to Enrique; is that correct?**

11 A. Yeah. We just told Ricky.

12 **Q. You testified earlier that you were in the**

13 **field and you or one of the contractors would be in**

14 **the field in the morning when the workers would**

15 **arrive. For the days that you were in the field, and**

16 **I'm talking about 2021, would you stay there all day?**

17 A. No.

18 **Q. Would you just kind of come and go?**

19 A. Yeah.

20 **Q. How would you determine whether to come and go?**

21 A. I mean, you just ride through, everything's

22 going fine. Everything looks okay. Come back later.

23 Check it again.

24 **Q. And when you came back and if everything wasn't**

25 **going fine, you would just talk to Enrique and be**

---

Page 103

1 like, hey, this -- can your crews do this differently?

2 A. Yeah, just we'd be like, hey, you need to

3 address this issue or something like that.

4 **Q. Did you ever have a situation where the H-2A**

5 **workers pick the wrong blueberries?**

6 A. No.

7 **Q. I'm probably close to finishing up here. Let's**

8 **take a -- let's go ahead and take a 15-minute break,**

9 **if that's all right, and then I -- I don't think I'll**

10 **have more than another 15 or 20 minutes of questions**

11 **after that. Is that good?**

12     (Discussion off the record.)

13     (Break was taken.)

14 **Q. (By Mr. Werner) So we are back on the record.**

15 **We've just taken about a 15-minute break. You**

16 **understand that you're still under oath?**

17 A. Yes.

18 **Q. Did you have any conversations during the**

19 **break?**

20 A. Yes.

21 **Q. What did you talk about?**

22 A. How much longer we had.

23 **Q. Okay. Anything else?**

24 A. That was it.

25 **Q. Do you know if Enrique had any farming**

---

Page 104

1 experience before you -- before MBR contracted with

2 him?

3 A. I don't know.

4 **Q. Do you know what Enrique's work history was**

5 **before he contracted with MBR?**

6 A. I do not.

7 **Q. You were acquainted with him, but you didn't**

8 **know what his work was; is that right?**

9 A. Yeah. I mean, I don't know exactly what he

10 done. I know he messed with some pine straw. You

11 know, he played with pine straw for a while but as far

12 as really what he done, I don't know other than that.

13 **Q. So he was a contractor for raking pine straw?**

14 A. Yeah, that's all I know.

15 **Q. Do you know if he ever worked in the**

16 **blueberries before?**

17 A. I don't know.

18 **Q. We've mentioned blueberries and poultry. Did**

19 **MBR have any other crops or products that it produced?**

20 A. May have had some cows. We run cows

21 occasionally on some pastures. I'm not sure in 2021

22 if we had them in, but other than that, that would be

23 it.

24 **Q. Okay. So cattle -- these are dairy or --**

25 A. No, just regular commercial cows.

---

Page 105

1  Q.  Did the H-2A workers ever do any work --
2  A.  No.
3  Q.  How about timber?  Does MBR -- has MBR ever
4  sold timber?
5  A.  No.
6  Q.  And MBR -- has MBR ever been involved in pine
7  straw work at all?
8  A.  No.
9  Q.  When did you first learn about the criminal
10  indictment against the defendants in US. v. Patricio?
11  A.  When I met the lawyers here that first day we
12  met.
13  Q.  It had been in the news before then.  You
14  didn't -- you weren't aware of that?
15  A.  No.
16  Q.  And you don't remember people talking about it
17  in town?
18  A.  There really wasn't any talk of it.  I mean, we
19  hadn't even been served.  Once we -- once we retained
20  them, we still hadn't even been served because they
21  took the right and they got served here instead of
22  them going to our house.
23  Q.  Yeah, I'm not talking about the civil lawsuit.
24  I'm talking about the criminal indictment.  I'm a
25  little surprised just because it was so localized and

Page 106

1  it was such a big operation that people weren't
2  talking about it or you didn't hear people talking
3  about it.
4  A.  They weren't talking about it at all.  We
5  didn't know.  I didn't understand what you were
6  saying, but we honestly didn't even know that there
7  was a criminal case against Ricky until we had got
8  with them and they had -- Mark is actually the one
9  that told me that.
10  Q.  So you were never contacted by any law
11  enforcement regarding Enrique or any of the other
12  indicted defendants?
13  A.  No.
14  Q.  You mentioned that you talked to Enrique on the
15  phone quite a bit over the course of the season; is
16  that correct?
17  A.  Yes.
18  Q.  And then you talked to him in person quite a
19  bit as well; is that correct?
20  A.  When I was there, yes.
21  Q.  Did you communicate with him by any other
22  means, like text messages or anything like that?
23  A.  No.
24  Q.  So you never sent text messages to Enrique?
25  A.  No.  I called him most of the time.  It would

Page 107

1  be me and Bobby together and it would be on Bobby's
2  phone.
3  Q.  I'm sorry.  Can you repeat that?
4  A.  When I would speak with him on the phone it
5  would be, you know, me and Bobby on a group call with
6  him or me and Bobby on his phone over a speakerphone
7  or something like that.
8  Q.  Okay.  Do you know if Bobby texted with
9  Enrique?
10  A.  I'm sure he did but, I mean, I don't know that.
11  Q.  We're gonna -- or I am requesting copies of any
12  communications between Bobby and Enrique.  How about
13  e-mail?  Did you ever e-mail with Enrique?
14  A.  No.
15  Q.  Do you know if Bobby did?
16  A.  Not sure.
17  Q.  Do you know if Bobby communicated with Enrique
18  over WhatsApp?
19  A.  Over what?
20  Q.  WhatsApp.  Do you know what WhatsApp is?
21  A.  I do not.
22  Q.  Okay.  If you don't know what it is, then you
23  don't know the answer.
24  A.  That's true.
25  Q.  Actually, this should be my last line of

Page 108

1  questions, but I'm going to go ahead and share --
2  share this screen.  In the job order, which is
3  Plaintiffs' Exhibit 2, at the top in boxes 3 and 4, it
4  says there's a begin date of March 8th, 2021 and an
5  end date of October 1st, 2021.  Do you see that?
6  A.  Yes.
7  Q.  And as we've discussed earlier, this is for
8  work at MBR Farms, correct?
9  A.  Correct.
10  Q.  You had mentioned the harvest season was
11  April -- April, May, June; is that correct?
12  A.  Correct.
13  Q.  So if the workers arrived on March 8th, what
14  were they doing at MBR before the harvest began?
15  A.  I don't recall.  Just getting here and getting
16  settled, I would say when they started picking.
17  Q.  Was there any work that H-2A workers did on the
18  farm before -- you know, other than harvesting?
19  A.  Yeah, they did like some weed pulling and other
20  things.
21  Q.  Because we've gone through this list.  Did they
22  do weed pulling before the harvesting began?
23  A.  They could have.
24  Q.  What records would show whether they did that?
25  A.  Our first check to Ricky would be showing when

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 29 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 109

1 they actually started work.
2 Q.  The weed pulling would be some that would come
3 about because you would be in the field and you would
4 see weeds and you would tell Enrique, can you have the
5 H-2A workers pull these weeds?
6 A.  Correct.
7 Q.  If the harvest ended in June, what was
8 happening between June -- between the end of the
9 harvest and October 1st, 2021?  What were the H-2A
10 workers doing?
11    MS. BARNES: Object to the form.
12 A.  Weed pulling mostly.  I don't remember if we
13 were doing any land prep.  I know we planted in '22,
14 so I don't know if we were doing any land prep or
15 anything getting ready.  I know they helped in '22
16 when we was planting.  I don't remember if we did
17 anything towards the end of the year to get ready for
18 that, for the '22 season.
19 Q.  And again, the records would be checks that
20 would have been paid to --
21 A.  Correct.
22 Q.  And H-2A workers were paid by the hour for that
23 work?
24 A.  Yes -- hand picking fields by the hour.
25 Q.  You already talked about cleaning fields.

Page 110

1 Cleaning fields was, as you mentioned, like picking up
2 trash and things like that?
3 A.  Right.
4 Q.  You had mentioned land prep.  What did land
5 prep entail?
6 A.  I don't recall if we started.  But like I said
7 we may have because most of it is all crack work
8 until -- and we do all of that till it's actually
9 planted.
10 Q.  And when you say we, you're talking about you
11 and non-H-2A --
12 A.  Correct.  I really can't recall us doing
13 anything later.  I have to look, but I'm not sure.
14 Q.  But it did happen in 2022 with Enrique's crews;
15 is that correct?
16 A.  Yes, they did help plant.  They would have
17 helped plant, put cartons on, stake to -- the drip
18 lines.
19 Q.  And all of those materials were provided by
20 MBR?
21 A.  Yes.
22 Q.  So other than weeding and possibly doing land
23 prep, you can't think of what H-2A workers on
24 Enrique's crew would have done between the end of the
25 harvest and October 1st, 2021?

Page 111

1 A.  Yeah.
2    MS. BARNES: Object to the form.
3 A.  Correct.  I'm not sure that they used to make
4 up harvest.
5 Q.  Okay.  I don't have anything else right now.
6 I'll obviously reserve any questions after your
7 attorney asks you questions.  So that is all for now.
8    (Discussion off the record.)
9    EXAMINATION
10 BY MS. BARNES:
11 Q.  Mr. McKinnon, did you set the hours of the H-2A
12 workers?
13 A.  No.
14 Q.  Did you tell the H-2A -- and by you, I mean MBR
15 Farms; do you understand that?
16 A.  Yes.
17 Q.  And I know it's odd because I'm talking to you,
18 but if you'll look at the screen so the court reporter
19 can see your mouth move.  Even though I'm asking you a
20 question and I'm sitting right here, and it's awkward,
21 if you can look at the screen, it would be helpful.
22    COURT REPORTER: Thank you.
23    MS. BARNES: You're welcome.
24 Q.  (By Ms. Barnes) Did you tell -- did MBR Farms
25 tell the H-2A workers what time to arrive at the

Page 112

1 fields?
2 A.  No.
3 Q.  Did MBR farms tell the H-2A workers what time
4 to leave the fields?
5 A.  No.
6 Q.  Did MBR Farms tell -- and when I say Ricky, do
7 you understand that to be Enrique Duque Tovar?
8 A.  Yes.
9 Q.  Did MBR Farms tell Ricky a specific time to
10 bring the H-2A workers to the farm?
11 A.  No.
12 Q.  Did MBR Farms tell Ricky a specific time that
13 work had to stop?
14    MR. WERNER: Objection.
15 A.  No.
16 Q.  I want to talk a little bit about harvesting of
17 the blueberries.  You said -- you testified earlier
18 that you instruct Ricky as to which blueberries to
19 harvest.  Do you remember that?
20 A.  Yes.
21 Q.  When you're instructing which blueberries to
22 harvest, can you walk me through that a little bit
23 more?  Can you flesh that out for me?
24 A.  Generally, you know, it would be in person.
25 Sometimes over the phone but, you know, the more Ricky

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 30 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

---

Page 113

1 got used to the layout of our fields and learned the
2 varieties, you know, we could tell him on the phone.
3 But generally in the beginning, you know, we'd meet
4 out there and show them this section of the field is
5 this variety and it's ready to pick.
6 **Q. So you would instruct him based off of sections**
7 **of the field?**
8 A. Correct.
9 **Q. Now, when you say sections of a field, if I**
10 **said a row, would that be the same thing?**
11 A. The section is multiple rows, but yes.
12 **Q. So you would -- so would it be a correct**
13 **statement that you would point out multiple rows and**
14 **instruct for those rows to be harvested?**
15      MR. WERNER: Objection.
16 **Q. (By Mr. Werner) Did you ever give instructions**
17 **as to specific blueberry plants?**
18      MR. WERNER: Object to the form.
19 A. (Indiscernible.)
20 **Q. What I mean by that is, did you ever go out and**
21 **did you ever specifically tell Ricky, I need you to**
22 **harvest this specific plant of blueberries?**
23      MR. WERNER: Object to the form.
24 **Q. (By Mr. Werner) Or was it just a row?**
25      MR. WERNER: Same objection.

---

Page 114

1 A. It's like the variety, but all the varieties in
2 the same row. So it's gonna be a yes answer.
3 **Q. You didn't go behind H-2A workers to -- or you**
4 **didn't go in front of H-2A workers and specifically**
5 **point out which individual plants to pick?**
6 A. Oh, no.
7      MR. WERNER: Objection to form of the last
8 question.
9 **Q. (Mr. Barnes) Do you remember testifying earlier**
10 **about the skill level to harvest blueberries?**
11 A. Yes.
12 **Q. Do you have to have any type of formal**
13 **education to harvest blueberries? And by that, I**
14 **mean, do you have to have a high school diploma to**
15 **harvest blueberries?**
16 A. No.
17 **Q. I've never harvested blueberries before. I'll**
18 **tell you that. How long would it take you to teach me**
19 **how to harvest a blueberry?**
20 A. Not long. Experience makes a difference
21 because when you're touching that bush and you're
22 trying to get inside that bush, if you're not careful,
23 you'll hit other berries and make them fall off.
24 That's really -- that's really the extent of the
25 experience it takes.

---

Page 115

1 **Q. Is there a -- Does MBR Farms engage in any type**
2 **of training of the H-2A workers?**
3 A. No.
4 **Q. Did MBR Farms tell Ricky how many H-2A workers**
5 **to bring to the farm on a daily basis?**
6 A. No.
7 **Q. Did MBR Farms have any control over how many**
8 **H-2A workers were brought to the farm?**
9      MR. WERNER: Object to form.
10 A. No.
11 **Q. Earlier, I think I recall -- let me ask it this**
12 **way. Was there ever a situation where you asked Ricky**
13 **to bring H-2A workers and he did not?**
14 A. No.
15 **Q. Okay. Was there ever a situation where Ricky**
16 **came and inspected the field and decided not to bring**
17 **workers to harvest?**
18      MR. WERNER: Object to the form.
19 A. I honestly don't recall. Possibly. You know,
20 he'd come looking, it would be working picking, he'd
21 notice that we're gonna wait a day or two and come
22 back.
23 **Q. (By Ms. Barnes) That's what I recall you**
24 **testifying earlier, I think you said we would be**
25 **ready, but they wouldn't come.**

---

Page 116

1 A. Yeah. I mean, it wasn't like he said, oh, I'm
2 not gonna come today. You don't have enough. He's
3 like, you know, let's give it a couple days where
4 it'll be worth him coming out to pick, something like
5 that. It wasn't like a demand or a request or
6 anything. It was just, let's do it now, or let's give
7 it a day or two.
8 **Q. But Ricky was the ultimate decisionmaker as to**
9 **whether or not to bring the H-2A workers?**
10      MR. WERNER: Object to the form.
11      COURT REPORTER: I didn't get his answer.
12 Mr. Werner was objecting at the same time.
13      MR. WERNER: It may be helpful for you to
14 just pause so I can get my objection in so I'm not
15 objecting over you, just when you're answering a
16 question.
17      COURT REPORTER: Was the answer no?
18      THE WITNESS: Correct.
19      MS. BARNES: To be clear, his answer was
20 correct.
21      COURT REPORTER: Thank you.
22 **Q. (By Ms. Barnes) Before -- do you remember**
23 **testifying that the -- and I'm sorry. The vocabulary**
24 **I think has escaped me. Remind me. Who provides the**
25 **crates?**

Page 117

1 A. The packing shed.
2 Q. The packing shed; is that right?
3 A. Correct.
4 Q. Do you recall a time where in 20 -- well, let
5 me put brackets on this. Do you recall a time in 2021
6 where the packing shed did not supply enough crates?
7 A. No.
8 Q. Do you ever recall a time where work stopped
9 because there wasn't enough crates?
10   MR. WERNER: Object to the form.
11 A. In '21, no.
12 Q. Okay. What about in 2020?
13 A. No.
14 Q. What about in 2022?
15 A. No.
16 Q. Okay. When do you recall that occurring?
17 A. In '23.
18 Q. In '23.
19 A. And '24.
20 Q. Do you recall a time in 2021 when work stopped
21 because of rain?
22 A. Yeah. It happens every season to us. That's
23 always gonna be.
24 Q. When rain occurred, did you tell H-2A workers
25 to leave or did Ricky take the H-2A workers?

Page 118

1   MR. WERNER: Object to the form.
2 Q. And that was a bad question. Let me back up.
3 When rain occurred, did someone from MBR Farms
4 stop -- stop the work?
5   MR. WERNER: Objection to form.
6 A. No. I mean, it's a written rule, they stop.
7 So you're going to have to. I mean, they know to stop
8 and not pick for rain.
9 Q. You said it's a -- did you say it's a written
10 rule?
11 A. It's kind of like an unwritten rule. Yeah, an
12 unwritten rule that you can't pick blueberries in the
13 rain.
14 Q. Do you know where the workers went when it
15 rained?
16 A. No.
17 Q. Do you know if they ever left your farm to go
18 to another farm?
19 A. No.
20 Q. Do you remember testifying earlier about how
21 Ricky paid the H-2A workers?
22 A. Yes.
23 Q. Okay. Do you recall Mr. Werner asking you
24 questions regarding buckets and tabs for payment?
25 A. Yes.

Page 119

1 Q. How do you know that workers were paid by tabs?
2 A. Well, I didn't actually see it, but that's just
3 what everybody's always done.
4 Q. You didn't see it?
5 A. No.
6 Q. Did you ever have a conversation with Ricky
7 about -- and by you I mean MBR Farms -- ever have a
8 conversation with Ricky about how he was paying the
9 workers?
10 A. No.
11 Q. Did you have any control over how he was paying
12 for workers?
13   MR. WERNER: Objection to form.
14 A. No.
15 Q. Do you know how many tabs a worker got for a
16 bucket?
17 A. They're supposed to get one, but I don't know
18 how many they got.
19 Q. When you say --
20 A. You know, I heard.
21 Q. When you say they're supposed to get one, is
22 this a written rule somewhere?
23 A. No.
24 Q. Are you just guessing based off of what you've
25 seen happen in the past?

Page 120

1   MR. WERNER: Objection.
2 A. Sure.
3   COURT REPORTER: I'm sorry. Hold on. I'm
4 getting -- okay. There was two answers I missed.
5 Hold on. When you asked did he have any control over
6 how he was paying the workers, I didn't get his answer
7 because the objection was at the same time. Can you
8 ask that -- can you answer that question again for me?
9 I was trying to stop, but I couldn't.
10   MS. BARNES: Okay. I think you just -- I
11 think the question you read back, and correct me if
12 I'm wrong, was do you have -- did you have any control
13 over how the workers were paid; is that right?
14   COURT REPORTER: Yes, ma'am.
15   MR. WERNER: And same objection.
16   THE WITNESS: No.
17   COURT REPORTER: Okay. Give me one second.
18 And then the last question, I didn't get the answer
19 for that one.
20   MS. BARNES: I believe the last question,
21 correct me if I'm wrong, was did you -- do you have
22 it? Can you read it back?
23   COURT REPORTER: Something about what
24 happened in the past. Hold on.
25   MS. BARNES: I think I recall. Was it when

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 32 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

1 you say they're supposed to get one tab, are you -- is
2 there a written rule, to which his answer was no. And
3 then the followup to that was, or are you just
4 guessing based off of what you've seen happen in the
5 past?
6    **COURT REPORTER:** Yes, ma'am. I need his
7 answer for that one.
8    **MR. WERNER:** I'm just gonna -- I'm gonna
9 restate my objection. Please answer.
10    **THE WITNESS:** Yes.
11 **Q. (By Ms. Barnes)** Did you ever -- did MBR Farms
12 ever give specific instructions to -- directly to H-2A
13 workers?
14 A. No.
15 **Q. When MBR Farms would give instructions to**
16 **Ricky, can you describe what type of instructions**
17 **those would be?**
18 A. Such as what?
19 **Q. That's my question. That's my question.**
20 A. The only time we would talk to Ricky is like if
21 somebody -- if there was a row that did not look like
22 they had done a proper job, and say, hey, you know,
23 somebody's not doing a job. You need to check on
24 this. Or they'd leave trash laying around, somebody
25 would leave trash and you'd get trash out in the

1 fields. That was really the only thing that -- as far
2 as talking to Ricky about his help, that's the only
3 things that we would ever talk to him about.
4 **Q. Did you give Ricky instructions about what the**
5 **-- besides dealing with potential issues, what other**
6 **types of instructions did you give Ricky?**
7    **MR. WERNER:** Objection to form.
8 **Q. (By Ms. Barnes)** Were instructions to Ricky
9 **limited to pick this -- pick this section?**
10 A. Yes.
11    **MR. WERNER:** And I'm going to object to that
12 last question based on form.
13 **Q. Did MBR ever send anyone to H-2A housing?**
14 A. No.
15 **Q. Did MBR ever fire an H-2A worker?**
16 A. No.
17 **Q. Did MBR ever tell Ricky that an H-2A worker**
18 **could not return to the farm?**
19 A. No.
20 **Q. Do you have any personal knowledge of Ricky --**
21 **strike that.**
22    **Have you ever seen Ricky yell at an H-2A**
23 **worker?**
24 A. No.
25 **Q. Have you ever personally seen Ricky yell at**

1 anyone?
2 A. No.
3 **Q. Have you ever seen -- personally seen Ricky**
4 **abuse anyone?**
5 A. No.
6 **Q. Do you have any personal knowledge of any**
7 **wrongdoing by Ricky?**
8 A. No.
9 **Q. Did any H-2A worker ever complain to you?**
10 A. No.
11 **Q. We've spoken here today about the H-2A -- they**
12 **call it the H-2A clearance order. I believe it's**
13 **Plaintiffs' Exhibit 2; is that correct exhibits wise?**
14    **MR. WERNER:** Oh, I'm sorry. Correct, that's
15 Plaintiffs' Exhibit 2.
16 **Q. (By Ms. Barnes)** Just to confirm, had you ever
17 **seen Plaintiffs' Exhibit 2 before today?**
18 A. No.
19 **Q. Did you fill out Plaintiffs' Exhibit 2?**
20 A. No.
21 **Q. Did you have any knowledge regarding how much**
22 **Ricky had offered to pay H-2A workers?**
23    **MR. WERNER:** Objection to form.
24 A. No.
25 **Q. (By Ms. Barnes)** Do you have any knowledge of

1 the agreement between Ricky and H-2A workers regarding
2 **their payment?**
3    **MR. WERNER:** Object to form.
4 A. No.
5 **Q. Do you have any knowledge regarding what Ricky**
6 **made as a labor contractor?**
7 A. No.
8 **Q. Do you have any actual knowledge as to how**
9 **Ricky made his money as a labor contractor?**
10 A. No.
11 **Q. Do you have any actual knowledge as to whether**
12 **Ricky made any money as a labor contractor?**
13 A. I'm unsure of that.
14 **Q. You're unsure if you have knowledge or you**
15 **don't have --**
16 A. I'm unsure if I have knowledge.
17 **Q. Why do you say that?**
18 A. Because I'm not confident that the numbers here
19 is what I actually picked.
20 **Q. Okay. So you don't know -- as you sit here**
21 **right here today -- as you sit here today, you don't**
22 **know that you paid -- you don't know that you paid**
23 **Ricky the numbers represented in the H-2A clearance**
24 **order?**
25 A. Correct.

Page 125

1    MR. WERNER: The answer was correct, and I'm
2 objecting to the form of the question.
3   Q. (By Ms. Barnes) On this -- on that Exhibit 2,
4 and Mr. Werner asked you about this earlier, it has a
5 begin date of March 8, 2021. Do you see that?
6   A. I do.
7   Q. Did you write in that begin date?
8   A. No.
9   Q. Did you tell Ricky to -- that you needed
10 workers on March 8, 2021?
11   A. No.
12   Q. Do you have -- do you know if workers were in
13 the country on March 8th, 2021?
14   A. No.
15   Q. Earlier -- do you remember testifying earlier
16 that 2021 was a good year for blueberry harvesting?
17   A. It was a good year for its first year.
18   Q. Good year for its first year. Did you make a
19 profit in 2021?
20   A. I believe I did.
21   Q. When you say a good year for its first year,
22 what do you mean by that?
23   A. That it had a profit.
24   Q. Was it a large profit?
25   A. No.

Page 126

1    MR. WERNER: Object to the form.
2   Q. Have you done better in subsequent years,
3 subsequent harvest seasons?
4   A. Say that a different way.
5   Q. Was 2021 your best year at MBR Farms?
6   A. No.
7   Q. Was 2022 your best year of MBR Farms?
8   A. No.
9   Q. When H-2A workers were working on the machine,
10 did MBR pay those H-2A workers directly?
11   A. No.
12   Q. How did that payment occur? How did you pay
13 for H-2A labor when it was machine labor?
14    MR. WERNER: Object to form.
15   A. Paid Ricky.
16   Q. (By Ms. Barnes) And did Ricky keep up with the
17 hours?
18   A. Yes.
19   Q. I think I'm done.
20    MR. WERNER: I'll just have --
21    MR. MILLER: I've got a couple of questions.
22    MR. WERNER: Oh, go ahead.
23    EXAMINATION
24    BY MR. MILLER:
25   Q. This won't take just a minute. My name is

Page 127

1 Jimmy Miller; I'm attorney for Enrique Duque Tovar.
2 And so just follow to up on a couple of things Ms.
3 Barnes asked, just to clarify, she asked about
4 complaints about Ricky. Just to be clear, did any
5 H-2A workers who were at your farm, the MBR Farms
6 property, ever complain to you or to anyone else at
7 MBR Farms about Ricky, Enrique Duque Tovar?
8    MR. WERNER: Objection.
9   Q. (By Ms. Barnes) I think you can answer.
10   A. No.
11   Q. And did you or anyone else to your knowledge,
12 acting on behalf of MBR Farms, ever see any evidence
13 of abuse of mistreatment of any of the H-2A workers?
14   A. No.
15   Q. What about reports or rumors of mistreatment of
16 H-2A workers; did you ever hear anything like that?
17   A. No.
18   Q. Did MBR Farms ever have any reason to be
19 concerned or suspect that any H-2A workers were being
20 abused or mistreated in any way?
21    MR. WERNER: Objection to form.
22   A. No.
23   Q. That's all the questions I have. Thanks.
24    MR. WERNER: Just a few questions.
25    FURTHER EXAMINATION

Page 128

1    BY MR. WERNER:
2   Q. I'm gonna quickly share my screen again. Okay.
3 I am showing you -- it's been marked as Plaintiffs'
4 Exhibit 5, the contract between you and Enrique Duque,
5 which you earlier testified you signed. The contract
6 on the last page says start date March 1st, 2021 and
7 end date October 1st, 2021. Do you see that?
8   A. Yes.
9   Q. And you signed this contract with that
10 information?
11   A. Yes.
12   Q. Sorry. Give me just a second. I'm showing you
13 what's been marked as Plaintiffs' Exhibit 6. It's MBR
14 Farms' responses to the plaintiffs' interrogatories.
15 I'm going to scroll down to the very end, the
16 verification statement, which is page -- it looks like
17 there's no page number on this, but is that your
18 signature on the verification statement?
19    (Whereupon, Plaintiff's Exhibit #6 was
20    marked for identification and copy of same
21    is attached hereto.)
22   A. Yes.
23   Q. And you signed it in front of a notary public?
24   A. Yes.
25   Q. And by signing it, do you understand that the

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 34 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

Page 129

1 information in the responses was true and correct to
2 the best of your knowledge and belief?
3 A. Yes.
4 Q. In interrogatory number 3, we asked you to
5 state all facts upon which you contend that plaintiffs
6 have failed to mitigate their alleged damages and to
7 identify all documents and tangible things that you
8 contend support this affirmative defense. You
9 responded, other than objections, that as discovery is
10 in its initial stages, MBR Farms will supplement this
11 response. Do you see that?
12 A. I'm lost.
13 Q. Starting here. Do you see it?
14 A. Yes.
15 Q. And so as discovery is in its initial stages,
16 MBR Farms will supplement this response. Do you see
17 that?
18 A. Yes.
19 Q. MBR Farms has no evidence or knowledge of any
20 facts that plaintiffs failed to mitigate their alleged
21 damages; is that correct?
22     MS. BARNES: Object to the form.
23 A. I'm confused by this wording, what we're
24 saying.
25 Q. (By Mr. Werner) So do you understand what

Page 130

1 mitigate -- mitigating damages means?
2 A. No, not -- not really.
3 Q. Okay. Mitigating damages means if -- if
4 somebody suffered an injury or a loss and could have
5 taken steps to reduce the harm or the amount of their
6 loss, that's mitigation. That means that, you know,
7 they -- so an example would be if I'm fired from my
8 job and I get another job three days later that pays
9 more, then I've mitigated my damages because I've only
10 lost three days of wages. Does that make sense?
11 A. Yes. I'm following you now.
12 Q. I'm not going to get fired from my job, but I'm
13 just using that as an example.
14 So my question then is, to your knowledge -- do
15 you have any knowledge of any information indicating
16 that the plaintiffs have failed to mitigate their
17 alleged damages?
18     MS. BARNES: Object to the form.
19 A. I still don't understand this now. This is too
20 much lawyer talking, to be honest.
21 Q. Are you aware of anything that the plaintiffs
22 have done that would reduce the amount of their --
23 reduce the degree of the injuries they claim they
24 suffered?
25     MS. BARNES: Object to the form.

Page 131

1 Q. (By Mr. Werner) You can answer.
2 A. I still don't know how to. I'm still lost in
3 this. I promise you, I'm not trying to be this stupid
4 on this, but I really have no idea what it's saying.
5 Q. Do you know anything about what the plaintiffs
6 did after they left MBR Farms?
7 A. No.
8 Q. Do you have any documents or any other evidence
9 or information that indicates what they may or may not
10 have done after they left MBR Farms?
11     MS. BARNES: Object to the form.
12 A. No.
13 Q. That is all I have.
14     MR. WERNER: Does anybody else have any
15 followup? Going once, going twice.
16     MR. HILL: No, none for me.
17     MS. BARNES: I think we're good.
18     MR. WERNER: So for the record, I'm gonna
19 note that we -- as became clear in this deposition,
20 there are quite a few documents that would have been
21 responsive to our request for production that we have
22 not received and one document that we just received
23 for the first time part way through the deposition,
24 though it's been in MBR's counsel's possession since
25 their representation began. So we're reserving all

Page 132

1 rights to reconvene this deposition on another date
2 upon review of additional documents.
3     MS. BARNES: And for the record, MBR Farms
4 objects to the characterization of the documents by
5 plaintiffs' counsel, and we will reserve our right to
6 object to a continuation of this deposition.
7     MR. WERNER: All right. That's it. Thank
8 you.
9     MS. BARNES: I'm not trying to make it
10 difficult here, I promise. But because we've had --
11 it seems like there's some issues with understanding
12 today with the court reporter. We are going to want
13 to read and sign. I was saying we're, we're going to
14 want to rea and sign.
15     COURT REPORTER: Are you waiting on me?
16     MS. BARNES: We're going to read and sign.
17     (Discussion off the record.)
18     COURT REPORTER: Before we go off the record,
19 Mr. Werner, would you like a copy of this transcript?
20     MR. WERNER: Yes, and we'd like it expedited.
21 What are you thinking?
22     (Discussion off the record.)
23     COURT REPORTER: I have your request on the
24 record. Ms. Barnes, would you like this expedited as
25 well? Would you like a copy of this transcript?

Page 133

1    **MS. BARNES:** I guess we'll take an etran, and
2  then I guess we'll have this -- we'll read and sign,
3  too.  Do I have to -- will I just get it when it's
4  ready or would I have to pay for an expedited copy?
5    **COURT REPORTER:** It's up to you.  Would you
6  like an expedited copy or would you like it when it's
7  ready, a regular.
8    **MS. BARNES:** Whenever it's ready.
9    **COURT REPORTER:** Mr. Miller, would you like a
10 copy of this transcript?
11   **MR. MILLER:** Not at this time.  Can I get
12 your contact information because I'll probably want to
13 order it later.
14   **COURT REPORTER:** Okay.  And Mr. Ohl, he's
15 with you, Ms. Barnes, correct?
16   **MS. BARNES:** Yes, ma'am.
17   (Discussion off the record.)
18   (The deposition of BARTON MCKINNON was
19 concluded at 4:26 p.m.)
20   --oOo--
21
22
23
24
25

Page 134

1    SIGNATURE OF WITNESS
2
3  I,_____, hereby certify that
4  I have read the transcript of my testimony consisting
5  of pages 1 through 133, and except for the corrections
6  listed below, I certify that it is a true and correct
7  transcription.
8    ERRATA SHEET
9
10 PAGE  LINE        CORRECTION AND REASON THEREFORE
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____
25 ____  ____  _____

Page 135

1            C E R T I F I C A T E
2  STATE OF GEORGIA)
3  DEKALB COUNTY   )
4
5  I hereby certify that the foregoing transcript was
6  taken down, as stated in the caption, and the
7  questions and answers thereto were reduced to the
8  written page under my direction; that the foregoing
9  pages 1 through 136 represent a true and correct
10 transcript of the evidence given.  I further certify
11 that I am not of kin or counsel to the parties in the
12 case; am not in the regular employ of counsel for any
13 of said parties; nor am I anywise interested in the
14 result of said case.  The witness will reserve the
15 right to read and sign the transcript.
16         This 9th day of August, 2024.
17
18 *LaKeysha T. Satterfield*
19 _____
20 LaKeysha T. Satterfield,
   GCCR# 6200610232205312 - Expires April 1, 2025
21
22
23
24
25

Page 136

1              DISCLOSURE
2  STATE OF GEORGIA:
   COUNTY OF DEKALB:
3
          Deposition of BRIAN MCKINNON
4
5  Pursuant to Article 10.B of the Rules and
   Regulations of the Board of Court Reporting of the
6  Judicial Council of Georgia, I make the following
   disclosure:
7    I am a Georgia Certified Court Reporter.  I am
   here as a representative of Regency Brentano.
8
9    I am not disqualified for a relationship of
   interest under the provisions of O.C.G.A. §9-11-28 ©.
10
11   Regency Brentano was contacted by the offices of
   Radford Scott to provide court reporting services for
12 this deposition.
13
   Regency Brentano will not be taking this
14 deposition under any contract that is prohibited by
   O.C.G.A. §15-14-37 (a) and (b).
15
16   Regency Brentano has no exclusive contract to
   provide reporting services with any party to the case,
17 any counsel in the case, or any reporter or reporting
   agency from whom a referral might have been made to
18 cover this deposition.
19
   Regency Brentano will charge its usual and
20 customary rates to all parties in the case, and a
   financial discount will not be given to any party to
21
22 *LaKeysha T. Satterfield*
23   LaKeysha T. Satterfield,
     GCCR# 6200610232205312 - Expires April 1, 2025
24
25

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 36 of 49

Hernandez v.
Patricio
30(b)(6) MBR Farms
Barton McKinnon
August 9, 2024

# #

**#5 (1)**
72:23
**#6 (1)**
128:19

# $

**$11.71 (1)**
78:1
**$181.50 (2)**
49:5;50:22
**$4,360 (1)**
54:7

# A

**ability (1)**
5:24
**able (5)**
10:9;34:4;42:13,22;
101:23
**absence (1)**
73:23
**Absolutely (1)**
52:24
**abuse (2)**
123:4;127:13
**abused (1)**
127:20
**account (2)**
31:18;32:8
**accountant (7)**
10:7,10;26:2,4,10,12,
16
**accountant's (1)**
26:7
**accurate (3)**
60:16;67:8;84:18
**accurately (1)**
46:22
**accused (2)**
53:17,18
**acknowledge (1)**
58:6
**acquaintance (1)**
59:9
**acquainted (1)**
104:7
**acquire (1)**
63:20
**acquired (1)**
11:16
**acres (2)**
23:22;36:17;37:23,25
**across (2)**
36:18;83:6
**Act (4)**
87:1,3,8,13
**acting (2)**
75:14;127:12

**action (1)**
4:9
**actions (1)**
81:14
**actual (3)**
50:10;124:8,11
**actually (27)**
19:10;29:6;36:15,16;
39:18;44:25;60:9;70:24;
71:1,4;85:7;86:9,10,19;
91:6;92:2,9;95:2,12;
100:10,24;106:8;107:25;
109:1;110:8;119:2;
124:19
**added (1)**
101:24
**Additional (2)**
46:12;132:2
**address (6)**
4:6;23:15;45:19,22;
46:14;103:3
**adverse (1)**
82:8
**affects (1)**
34:20
**affidavit (3)**
56:11,22;58:13
**affirmative (2)**
11:23;129:8
**affirmed (1)**
5:5
**again (11)**
17:5;27:14;43:11;
53:20;55:7;68:13;91:8;
102:23;109:19;120:8;
128:2
**against (3)**
4:9;105:10;106:7
**ago (2)**
55:17;73:4
**agree (1)**
70:4
**agreeance (1)**
70:8
**agreed (5)**
70:14;77:4,11,22;81:17
**agreement (11)**
24:10,11,14;25:5;34:6;
72:4,9;74:17;77:20;84:1;
124:1
**agrees (1)**
77:18
**agricultural (2)**
83:16;84:6
**ahead (12)**
10:20;14:20;40:12;
52:4,9,10;53:12;63:10;
65:7;103:8;108:1;126:22
**alcohol (1)**
5:23
**alleged (4)**
15:16;129:6,20;130:17
**allowed (1)**

**50:6;97:18**
**always (7)**
24:1;32:18;38:16;43:6;
93:23;117:23;119:3
**amongst (1)**
25:8
**amount (11)**
24:22,23;25:13;34:1;
42:20;54:15;83:17;
84:17;98:4;130:5,22
**amounts (1)**
55:11
**and/or (3)**
11:1;77:21;87:13
**answered (1)**
85:12
**anymore (1)**
29:15
**apologies (1)**
9:22
**apologize (4)**
57:22;58:4,10;77:14
**appointment (1)**
32:2
**appointments (5)**
30:18;31:4,23,24,25
**appreciate (3)**
8:20;10:13;83:8
**approached (3)**
59:8;60:16;61:9
**approved (1)**
65:11
**April (4)**
19:2;36:20;108:11,11
**Archie (1)**
34:12
**around (3)**
47:3,17;121:24
**arrangement (2)**
62:8;68:21
**arrive (1)**
102:15;111:25
**arrived (3)**
79:24;93:13;108:13
**assets (1)**
100:14
**assume (3)**
5:13;38:10;76:20
**assumed (2)**
92:4,5
**assuming (2)**
63:2;80:17
**assumption (2)**
29:6;92:6
**assure (1)**
74:1
**Atlanta (2)**
13:1,12
**attached (11)**
8:16;43:20,23;44:4,6,
11;45:12;48:17;56:16;
72:25;128:21
**attorney (8)**

6:14,21;44:10;80:9,13;
87:7;111:7;127:1
**attorneys (4)**
4:23;72:1;73:6,11
**authorities (1)**
14:17
**authorized (1)**
91:25
**available (3)**
56:20;93:17,20
**average (5)**
35:7;55:24,25;56:5;
90:23
**aware (5)**
73:25;86:22,25;
105:14;130:21
**away (1)**
68:14
**awkward (1)**
111:20

# B

**back (24)**
39:24;48:11;53:21;
54:8;58:25;70:14;71:18;
77:25;79:12;80:16;
81:19;84:25;85:10;
86:11;89:4;90:13;99:18;
102:22,24;103:14;
115:22;118:2;120:11,22
**bad (4)**
25:6,10;100:2;118:2
**bank (1)**
10:6
**Barbec (5)**
23:8;24:6,12,15;25:21
**BARNES (98)**
7:24;8:21;9:12,20;
26:8,14;40:14;42:11;
43:5,18,24;44:5,17;
47:11;48:25;50:12;51:9,
14,21;52:3,6,8,11,23;
53:1,9;56:21;62:10,25;
63:23;64:7;65:3,20;66:8;
69:6,11;72:12;73:1,20;
75:16;78:13,17,22;79:1,
19;80:19,22;81:13;82:2,
18,21,24;83:22;84:14,20;
88:19,24;89:9,20;91:7,
21;92:3;93:4;95:20;
97:20;109:11;111:2,10,
23,24;114:9;115:23;
116:19,22;120:10,20,25;
121:11;122:8;123:16,25;
125:3;126:16;127:3,9;
129:22;130:18,25;
131:11,17;132:3,9,16,24;
133:1,8,15,16
**Barton (4)**
4:5;5:4;29:23;133:18
**base (1)**
34:23

**based (15)**
25:4,5;34:1;35:9;
48:12;52:20;61:13;
78:25;79:7;80:3;91:2;
113:6;119:24;121:4;
122:12
**basis (2)**
16:11;115:5
**batch (1)**
73:18
**Bates (16)**
9:10;44:12,15,18,23,
24;45:3,17;46:19;48:20;
53:22;54:8,9;56:17;
72:17;81:21
**bathroom (2)**
41:6;83:19
**Bear (1)**
43:13
**became (1)**
131:19
**before (29)**
5:21;6:2;37:3;57:6;
60:9;62:14,18;65:17;
72:19;76:5,15;80:9;
82:10;87:6,10;92:15;
95:2;104:1,1,5,16;
114:17;116:22;123:17;
132:18
**began (3)**
108:14,22;131:25
**begin (1)**
108:4;125:5,7
**beginning (2)**
24:16;113:3
**behalf (4)**
4:19;68:3;75:15;
127:12
**behind (2)**
36:6;114:3
**belief (1)**
129:2
**belong (2)**
33:9,9
**below (2)**
46:12;134:6
**belt (2)**
39:2,12
**berries (20)**
35:5;36:15,16;38:18;
39:1,11,20;42:14;67:9;
68:18;76:11,15;89:13;
95:25;96:5,16;97:18,25;
101:11;114:23
**berry (1)**
35:7
**beside (2)**
99:20,21
**besides (1)**
122:5
**best (3)**
126:5,7;129:2

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 37 of 49

Hernandez v.
Patricio
30(b)(6) MBR Farms
Barton McKinnon
August 9, 2024

**better (2)**
72:13;126:2
**big (2)**
23:9;106:1
**billing (1)**
45:23
**bills (2)**
16:15;27:17
**bin (1)**
78:12
**binding (1)**
4:20
**bit (10)**
17:7;48:6;49:5;51:13;
52:1;72:14;106:15,19;
112:16,22
**Blackshear (1)**
32:21
**blinked (1)**
48:4
**blue (1)**
44:20
**blueberries (59)**
18:22;20:3,6;21:8,16;
22:17,24;23:5,10,25;
25:7;26:25;27:1,4,8;
32:12;33:3,8,13,16,18;
34:14;37:23;38:9,23,24;
40:7;42:10;46:4;58:18;
63:7;66:15;74:18;78:5;
79:24;80:2;84:2;87:15;
88:6,10,14;89:8,25;
94:25;95:11,18;101:20;
103:5;104:16,18;112:17,
18,21;113:22;114:10,13,
15,17;118:12
**blueberry (23)**
16:18;18:19,24;19:17,
19;23:2,9,22;25:14;
34:25;35:10;37:3,12,15,
17;43:3;47:24,24;64:6;
101:5;113:17;114:19;
125:16
**Bobby (40)**
57:22,24;58:1,6;59:8,9;
60:16,20,20,23;61:1,9;
64:11,14,17,23,24;65:8,
16,16;66:6,9,11;67:13;
71:13;75:12,14;76:5,8;
77:8;80:13;93:25;99:11;
107:1,5,6,8,12,15,17
**Bobby's (3)**
59:12;75:20;107:1
**BOGarrity012289@gmailcom (1)**
75:12
**book (1)**
74:23
**bookkeeping (3)**
27:17;32:8;46:1
**born (1)**
16:24
**both (5)**
13:2;18:18;41:1;70:4;

102:7
**bottom (3)**
44:14;55:3;75:23
**bought (1)**
100:23;101:1
**box (2)**
55:9;81:20
**boxes (1)**
108:3
**brackets (1)**
117:5
**break (18)**
5:18,21;40:13,16,18,
21;71:14,17,19,23;83:19;
84:22,24;92:24;103:8,13,
15,19
**breaking (1)**
99:2
**breaks (2)**
92:21,23
**bring (9)**
42:17;65:12;95:19;
101:13;112:10;115:5,13,
16;116:9
**bringing (3)**
9:13;68:2,17
**broadly (1)**
19:11
**brother (4)**
61:14;62:7,23;63:13
**brother-in- (1)**
57:21
**brother-in-law (1)**
59:10
**brought (5)**
76:2,3,7;91:2;115:8
**bucket (11)**
78:8,10,12;96:17;
97:11,12,15,16;98:2,3;
119:16
**buckets (10)**
20:7,8,10,21;47:8;79:3;
94:23;98:5,7;118:24
**bunch (3)**
95:25;96:11;97:7
**buses (4)**
93:5,6;98:10;99:1
**bush (6)**
38:19,23;39:1;42:15;
114:21,22
**bushes (8)**
36:15;37:5,6,9,15,18;
47:24,25
**busiest (1)**
18:24
**business (11)**
28:25;29:1,3;30:17;
58:15;61:7;88:17,22,25;
89:3,17
**busy (1)**
19:3
**butchering (1)**
35:23

**buy (1)**
101:2
**Byron (1)**
94:16

## C

**calendar (3)**
30:16;31:23,23
**call (6)**
4:14;57:16,18;60:11;
107:5;123:12
**called (7)**
12:12;13:2;57:20,21;
58:10;74:20;106:25
**Cal-Maine (1)**
16:23
**came (3)**
65:17;102:24;115:16
**can (97)**
7:19;8:4,4,6,9,21,22;
9:14,21,25;14:9,20;17:7,
14,21;19:21;20:20;23:19;
33:2;34:22;35:7,8,17;
38:15,20;39:23;42:12,23;
43:5,13,16,24;44:22;
45:4,7;46:19;47:11;48:6,
25;49:1,5;50:12;51:10,
14,16;52:4,6,9;53:9,11;
54:15;55:21;57:1;62:10;
64:21;65:4,21;68:9,24;
69:3;72:9;74:16;75:16;
76:12;79:19;80:23;
81:15;82:2,20,21;83:2,3,
8,19,23;84:22;96:6;97:8,
13,24;100:12;101:8;
103:1;107:3;109:4;
111:19,21;112:22,23;
116:14;120:7,8,22;
121:16;127:9;131:1;
133:11
**careful (1)**
114:22
**Carmen (5)**
4:11;61:14,19,25;62:7
**Carolina (1)**
4:7
**carried (1)**
39:2
**cartons (1)**
110:17
**case (11)**
4:23;7:3;12:22;13:12,
14,17,19;57:12;74:5;
100:25;106:7
**cattle (1)**
104:24
**cell (2)**
75:20,20
**cents (5)**
78:5;79:6;81:24;84:2,7
**CEO (1)**
16:3

**certain (1)**
30:18
**certainly (1)**
9:25
**certify (2)**
134:3,6
**CFO (2)**
16:7;27:12
**change (3)**
92:16,20,25
**changed (1)**
26:23
**characterization (1)**
132:4
**Chase (1)**
94:3
**check (18)**
49:4,4,7;50:4,22,22;
54:7,22;55:3;59:3;74:2;
86:6,20;96:5;97:8;
102:23;108:25;121:23
**checks (8)**
48:21;49:10,12;53:23;
54:22,23;55:1;109:19
**chicken (1)**
16:22
**chickens (1)**
16:22
**children (1)**
28:3
**church (2)**
60:12,13
**chute (1)**
39:19
**Circle (1)**
45:18
**Civil (4)**
4:18;30:11,14;105:23
**claim (1)**
130:23
**claims (1)**
13:21
**clarify (4)**
11:22;79:22;80:3;
127:3
**clarifying (1)**
10:13
**class (1)**
4:8
**clean (1)**
96:12
**cleaning (4)**
47:3,17;109:25;110:1
**clear (4)**
66:11;116:19;127:4;
131:19
**clearance (7)**
83:16;84:5,6;90:18;
91:9;123:12;124:23
**Clements (2)**
26:17,21
**client (1)**
83:2

**Close (3)**
35:24;69:1;103:7
**coaching (1)**
83:7
**Coleman (2)**
6:21;12:21
**collect (1)**
16:25
**Combination (1)**
34:3
**combine (1)**
54:24
**coming (4)**
16:16;65:18;100:2;
116:4
**commercial (1)**
104:25
**common (4)**
55:18,20,22,23
**communicate (6)**
60:20;62:5;80:8;95:8;
102:1;106:21
**communicated (1)**
107:17
**communications (2)**
6:13;107:12
**community (6)**
17:23,24,25;60:8,10,15
**company (1)**
12:14
**compare (1)**
86:15
**complain (2)**
123:9;127:6
**complaint (8)**
6:22;12:9;43:20,23;
44:7,12;45:12,14
**complaints (1)**
127:4
**completed (1)**
12:1
**completely (1)**
38:20
**compliance (2)**
11:24;74:20
**compliant (1)**
69:8
**component (1)**
18:19
**computer (4)**
31:8,11;32:6,11
**computers (1)**
32:7
**concern (4)**
51:5;52:17;91:23;92:1
**concerned (2)**
97:24;127:19
**concluded (1)**
133:19
**condition (2)**
98:9,19
**confident (4)**
85:5,12,23;124:18

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 38 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

**confirm (1)**
  123:16
**confirmed (3)**
  64:16,24;65:7
**confused (2)**
  63:1;129:23
**confusing (2)**
  14:10;63:10
**consider (1)**
  35:6
**consideration (1)**
  77:21
**consistent (1)**
  42:19
**consisting (1)**
  134:4
**consult (2)**
  87:6,10
**consumed (1)**
  5:23
**contact (3)**
  50:14;57:15;133:12
**contacted (3)**
  57:13,13;106:10
**contend (2)**
  129:5,8
**continuation (1)**
  132:6
**continue (2)**
  52:3,8
**CONTINUED (3)**
  5:6;50:10;89:18
**continues (1)**
  52:12
**continuing (2)**
  37:6;51:7
**continuous (3)**
  88:17,21;89:3
**Contract (22)**
  17:13,15,16,25;18:3,7;
  33:23;34:10;45:8;68:1,3,
  7,8,11,15;72:4,8;76:22;
  77:12;128:4,5,9
**contracted (3)**
  80:10;104:1,5
**contractor (29)**
  18:4;27:3;50:11;58:21,
  23;59:2,13,15,16,17,18,
  21;60:1;68:4;71:4,7;
  75:9;77:17,18,19;90:9,
  11,14;94:7,12;104:13;
  124:6,9,12
**contractors (10)**
  18:12;52:15;70:5,16,
  22;86:16;93:25;94:2,4;
  102:13
**contractor's (2)**
  74:23;77:16
**control (6)**
  97:21;98:2;115:7;
  119:11;120:5,12
**conversation (6)**
  12:15;57:24;61:13;

65:15;119:6,8
**conversations (7)**
  13:15;62:17;64:10,12;
  71:22;72:3;103:18
**conveyor (2)**
  39:2,12
**copies (1)**
  107:11
**copy (25)**
  8:15,19;9:19;10:17;
  12:19,19;13:9;43:16,18;
  44:3,17;48:16;56:15,19,
  24;68:6,7;72:24;76:6;
  128:20;132:19,25;133:4,
  6,10
**corporate (1)**
  4:16
**CORRECTION (1)**
  134:10
**corrections (1)**
  134:5
**correctly (5)**
  74:24;77:23;85:13;
  95:23;100:15
**counsel (11)**
  8:18;9:18;15:24;40:13;
  43:15;56:19,23;72:19;
  73:17;83:3;132:5
**counsel's (1)**
  131:24
**count (4)**
  47:4,6,7,15
**country (1)**
  125:13
**couple (4)**
  10:2;116:3;126:21;
  127:2
**course (1)**
  106:15
**COURT (31)**
  4:25;5:14;12:2;17:14;
  26:19;48:5;52:6,11,13;
  63:24;64:18;76:12;
  82:21;91:14;111:18,22;
  116:11,17,21;120:3,14,
  17,23;121:6;132:12,15,
  18,23;133:5,9,14
**covered (1)**
  15:18
**cows (3)**
  104:20,20,25
**crack (1)**
  110:7
**crate (5)**
  20:4,4;39:4,12,19
**crates (16)**
  20:11,13,24;21:1,3,7,
  17,24;39:5,12,16;40:1;
  94:23;116:25;117:6,9
**crew (5)**
  27:5;89:6;95:19;96:25;
  110:24
**crews (4)**

89:7;95:1;103:1;
  110:14
**criminal (5)**
  6:24;14:18;105:9,24;
  106:7
**criminally (1)**
  58:7
**crop (2)**
  60:24;64:6
**crops (1)**
  104:19
**current (1)**
  4:6
**currently (2)**
  37:25;38:1
**cursor (1)**
  48:9
**custom (4)**
  100:22;101:14,16,18
**cut (1)**
  7:24

**D**

**daddy (3)**
  29:11;94:11,12
**daddy's (1)**
  94:12
**dad's (1)**
  29:12
**daily (2)**
  16:11;115:5
**dairy (1)**
  104:24
**damage (2)**
  25:7;38:18
**damages (6)**
  129:6,21;130:1,3,9,17
**damaging (1)**
  96:16
**Dan (1)**
  26:17
**Daniel (2)**
  4:22;7:24
**Danny (1)**
  26:21
**dark (1)**
  92:15
**date (7)**
  108:4,5;125:5,7;128:6,
  7;132:1
**dated (1)**
  75:24
**day (19)**
  19:6,12,14,15;21:10;
  30:18,23;55:11,14;76:4;
  92:12,16;95:7,14;97:2;
  102:16;105:11;115:21;
  116:7
**days (8)**
  36:18,24;76:20;95:17;
  102:15;116:3;130:8,10
**day-to-day (2)**

16:10;18:18
**deal (3)**
  80:21;100:24,25
**dealing (2)**
  50:11;122:5
**dealt (1)**
  49:17
**December (1)**
  76:17
**decide (2)**
  22:19;29:5
**decided (1)**
  115:16
**decision (2)**
  21:23;93:15
**decisionmaker (1)**
  116:8
**declaration (3)**
  7:5;59:7;63:9
**defendant (2)**
  30:10,14
**defendants (2)**
  105:10;106:12
**defense (2)**
  40:13;129:8
**defenses (1)**
  13:22
**degree (5)**
  28:10,11,17,19;130:23
**deleted (5)**
  14:2,4,5,11,12
**deliver (1)**
  33:18
**delivered (1)**
  19:24
**demand (1)**
  116:5
**depended (1)**
  56:2
**depending (3)**
  18:22;41:12;71:1
**depends (1)**
  36:10
**deposed (1)**
  6:2
**deposition (23)**
  4:8,11;6:5,9;7:8,12,15,
  17,21;8:19;9:2,5;10:17,
  22;14:21;15:20;44:14;
  74:7;131:19,23;132:1,6;
  133:18
**describe (3)**
  42:9;46:22;121:16
**designated (1)**
  4:16
**destroyed (2)**
  14:13,15
**determine (3)**
  22:21;93:19;102:20
**determined (2)**
  12:1,20
**determines (1)**
  22:16

**developed (1)**
  38:18
**devices (2)**
  14:3,6
**dew (1)**
  88:2
**difference (1)**
  114:20
**different (16)**
  22:20;23:12,18,18;
  34:25;35:1,1,10;36:1;
  41:16;50:5;52:16;55:11;
  71:10;79:23;126:4
**differently (1)**
  103:1
**difficult (1)**
  132:10
**dig (2)**
  48:2;68:9
**digging (1)**
  48:9
**diploma (1)**
  114:14
**direct (2)**
  18:7;64:9
**directly (4)**
  90:8;102:1;121:12;
  126:10
**discovery (5)**
  7:2;11:25;26:10;129:9,
  15
**discuss (1)**
  41:2
**discussed (1)**
  108:7
**discussing (1)**
  61:1
**Discussion (12)**
  10:15;15:5;40:11;44:1;
  61:8;64:1;71:16;103:12;
  111:8;132:17,22;133:17
**displaying (1)**
  7:18
**ditches (2)**
  48:2,9
**docket (3)**
  45:16;46:18;78:11
**doctor's (1)**
  32:2
**document (18)**
  7:21;8:17,24;14:21;
  45:4,10;48:13;56:24;
  57:1,3,5;69:7;72:10;74:5,
  14;75:25;77:4;131:22
**documentation (2)**
  86:8,19
**documents (30)**
  6:7,14;7:11,18,19,25;
  8:3,7,8;9:1;13:20;14:2,5,
  13,17;25:24;26:5;59:1,4;
  68:13;73:10,14,18;74:11;
  85:20;129:7;131:8,20;
  132:2,4

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 39 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

**done (29)**
14:1;19:5,5;21:11;
30:24;40:3;41:19;42:22,
25;50:1;51:8;53:5;59:19,
20;86:19;88:25;94:21;
97:9;99:24;100:23;
104:10,12;110:24;119:3;
121:22;126:2,19;130:22;
131:10
**Douglas (1)**
28:13
**down (8)**
17:6;30:25;31:3;45:16;
49:3;74:19;99:2;128:15
**drafted (2)**
15:8,10
**dried (1)**
92:12
**drinking (1)**
42:3
**drip (2)**
50:25;110:17
**drive (1)**
99:24
**driving (1)**
71:4
**drop (1)**
39:3
**dropping (1)**
95:25
**dry (2)**
88:10,15
**dumped (1)**
78:12
**Duque (38)**
4:10,11;20:21;27:4;
42:16;48:22;49:7,10,11,
16;50:7,8;51:5,6;53:7;
54:22;56:8,11;57:10;
60:4;61:6,14,20,25;
75:10,23;78:4;83:12;
84:2,11;86:3;88:18,22,
23;112:7;127:1,7;128:4
**Duque's (2)**
7:5;75:2
**during (17)**
7:20;18:25;19:6,17;
21:10;22:8;40:21;47:25;
56:6;71:23;74:22;90:22;
92:16;99:17;100:5;
101:5;103:18
**duties (1)**
46:20

**E**

**earlier (19)**
15:23;36:19;37:22;
46:15;54:17;79:22;
86:12;90:22;102:12;
108:7;112:17;114:9;
115:11,24;118:20;125:4,
15,15;128:5

**earliest (1)**
36:4
**early (2)**
35:25;97:8
**easier (5)**
9:20,23;44:17;45:5;
56:20
**eating (1)**
17:1
**education (2)**
28:9;114:13
**effect (1)**
82:8
**eggs (2)**
17:1,1
**eight (2)**
19:14,15
**either (9)**
13:1,11;38:16;48:2;
54:6,11;81:11;85:23;
87:11
**electrical (2)**
28:10,25
**electronic (3)**
14:1,2,5
**else (22)**
15:6;16:8;27:18;29:9;
33:2;40:25;41:5;47:18,
22;63:8;68:19;72:6;
73:25;75:1;90:12;93:24;
101:19;103:23;111:5;
127:6,11;131:14
**else's (1)**
81:14
**email (7)**
13:4,7,10;31:17,18;
73:21;75:11
**e-mail (2)**
107:13,13
**emailed (2)**
12:19;72:19
**emails (1)**
31:15
**employed (1)**
49:14
**employees (4)**
17:11;18:7;77:10;
90:10
**employment (4)**
11:4;45:18;46:13;59:5
**empty (2)**
39:19,25
**end (20)**
14:22,22,24,25;15:1,3;
39:24;59:8;60:17;61:9;
62:4;64:19;76:16;
100:10;108:5;109:8,17;
110:24;128:7,15
**ended (2)**
55:10;109:7
**ending (2)**
45:17;46:19
**enforcement (1)**

106:11
**engage (3)**
61:6;62:23;115:1
**engaged (2)**
61:14;73:8
**engages (1)**
62:7
**English (5)**
29:25;30:3,4,4,5
**enough (9)**
21:10;35:24;47:15;
95:11,14,18;116:2;117:6,
9
**Enrique (99)**
4:10;7:5;20:21;27:4;
42:16;43:2;48:22;49:11,
16;50:7,10;51:5;53:7,13;
54:22;56:8,11;57:9;58:4,
19;59:7;60:3,4,16;61:2,6,
13,24;62:5,6,8,13,18,18,
23;63:2,6;64:3,10,13,25;
65:6;66:6,11;67:10,16,
22;68:4;69:14,17,21;
75:2,10,19,23;76:22;
77:11,25;78:4,10,20;
79:6;80:3,12,16,17;
82:13,14;83:12;84:2;
86:3;88:5,18,22;89:24;
90:19;93:2;94:25;95:9,
18;96:9,24;98:10;99:7;
102:10,25;103:25;
106:11,14,24;107:9,12,
13,17;109:4;112:7;127:1,
7;128:4
**Enrique's (3)**
104:4;110:14,24
**ensure (1)**
11:23;14:1
**entail (2)**
16:13;110:5
**entered (1)**
44:25
**entire (1)**
56:22
**entirety (1)**
44:6
**ERRATA (1)**
134:8
**escaped (1)**
116:24
**essentially (1)**
51:7
**estimate (1)**
30:8
**estimated (1)**
77:10
**etran (1)**
133:1
**even (7)**
30:3;65:5;85:25;
105:19,20;106:6;111:19
**evening (3)**
92:13;99:19,23

**everybody's (1)**
119:3
**everything's (3)**
16:14;19:23;102:21
**evidence (3)**
127:12;129:19;131:8
**exactly (8)**
60:25;61:10;68:23,24;
69:5;73:3,7;104:9
**EXAMINATION (5)**
4:1;5:6;111:9;126:23;
127:25
**examine (2)**
98:12,14
**example (3)**
34:13;130:7,13
**examples (1)**
96:6
**Excel (1)**
32:9
**except (1)**
134:5
**exception (2)**
8:8;97:5
**exchanged (2)**
67:15,22
**exclusively (3)**
89:5,7,10
**Excuse (1)**
26:8
**Exhibit (32)**
8:13,14;43:21;44:2,6,
10,12;45:2;48:14,15,19;
53:21,22;55:7;56:13,14,
25;58:13;69:7,10;72:17,
23;81:19;108:3;123:13,
15,17,19;125:3;128:4,13,
19
**exhibits (2)**
7:20;123:13
**expand (1)**
37:7
**expedited (4)**
132:20,24;133:4,6
**experience (16)**
42:13,18,20,21,24;
43:3,7;66:7,10,15,18,19;
76:20;104:1;114:20,25
**experienced (2)**
66:12,14
**explain (4)**
17:21;38:13;52:1;
97:13
**explained (1)**
50:2
**extent (2)**
10:8;114:24
**eyesight (1)**
72:12

**F**

**fact (4)**

12:18;57:23;74:5;
84:10
**facts (3)**
15:15;129:5,20
**failed (3)**
129:6,20;130:16
**Fair (6)**
47:15;87:1,3,8,13;
88:17
**fall (5)**
39:1,2,11;42:14;114:23
**family (1)**
94:4
**far (10)**
32:6;45:22;46:2,9;
55:25;80:12;97:23;
101:25;104:11;122:1
**farm (46)**
11:11,17;16:14,18;
18:4;19:10;23:22;27:3,
16;28:22;29:5,7,14,17;
46:2,15;48:23;55:14,19;
56:1;58:20,23;59:1,20;
65:19;66:3,4,20;67:6;
68:2,4;75:1;81:10;91:6;
92:2;93:3,7;94:5;108:18;
112:10;115:5,8;118:17,
18;122:18;127:5
**farming (1)**
103:25
**Farms (66)**
4:9,12,13;11:5,16;
17:16;18:8;20:21,24;
21:15;23:8;24:1,6,7,12,
15,25;15,21;31:8;33:10;
39:2;42:1;45:22;46:13;
55:10;58:16;59:5,12,24;
69:15;75:10,15;80:9;
86:2;90:19;91:4,12,19,
25;96:20;108:8;111:15,
24;112:3,6,9,12;115:1,4,
7;118:3;119:7;121:11,15;
126:5,7;127:5,7,12,18;
129:10,16,19;131:6,10;
132:3
**Farms' (1)**
128:14
**farther (1)**
83:5
**Farthing (1)**
35:22
**Farthings (2)**
35:20;36:7
**fast (2)**
9:11;64:19
**fastest (1)**
97:24
**F-A-T-R-L-I-N (1)**
35:22
**fault (1)**
58:11
**Federal (3)**
4:17;74:20;87:12

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 40 of 49
Hernandez v.
Patricio
30(b)(6) MBR Farms
Barton McKinnon
August 9, 2024

**few (2)**
127:24;131:20
**field (39)**
19:21;22:13;23:9,15,
19;38:5,6,8;41:17,23;
42:3;76:2,4,8,8,10,14;
89:19;90:24;93:10,12,16;
94:8,23;95:5,10;96:8,12;
99:17,21;100:1;102:13,
14,15;109:3;113:4,7,9;
115:16
**fields (13)**
23:12;50:16,18,20;
71:2;101:15;109:24,25;
110:1;112:1,4;113:1;
122:1
**file (2)**
73:25;85:15
**filed (1)**
4:9
**fill (3)**
33:23;97:15;123:19
**filled (8)**
19:25;39:4;45:8;47:8;
49:18;52:16;78:10;97:11
**find (5)**
8:22;17:18,19,22;77:15
**fine (7)**
8:21;30:4;40:14;83:25;
98:21;102:22,25
**fingers (1)**
38:25
**finish (3)**
5:20;83:24;92:13
**Finished (2)**
28:20,21
**finishing (1)**
103:7
**fire (1)**
122:15
**fired (2)**
130:7,12
**first (35)**
11:22;12:3,8,11;13:3;
25:11,12,14,16;36:6,14,
24;37:11,15;38:16;45:10;
48:20;53:21;60:3;61:6,
19;62:2;67:9;74:19;75:8;
77:16;80:4;81:20;105:9,
11;108:25;125:17,18,21;
131:23
**five (3)**
41:14;78:9;84:23
**five- (1)**
40:12
**fixed (1)**
24:23
**flags (1)**
52:22
**flatbed (2)**
100:14,16
**flesh (1)**
112:23

**flip (1)**
9:21
**flock (2)**
17:5,10
**floor (1)**
100:11
**fly (2)**
31:1,2
**follow (1)**
127:2
**following (1)**
130:11
**follows (1)**
5:5
**followup (3)**
48:12;121:3;131:15
**follow-up (1)**
41:8
**foot (1)**
46:9
**forget (1)**
32:3
**forklift (4)**
40:3,5;70:25;100:8
**form (68)**
39:22;42:11;43:5;45:8;
47:11;50:12;51:9,14,21;
52:9,23;53:9;62:10,25;
63:23;64:7;65:3,20;66:8;
75:16;78:13,17,22;79:1,
19;80:19,22;82:2,18,24;
83:4,8;84:14,20;88:19,
24;89:9,20;91:7,21;92:3;
93:4;95:20;97:20;
109:11;111:2;113:18,23;
114:7;115:9,18;116:10;
117:10;118:1,5;119:13;
122:7,12;123:23;124:3;
125:2;126:1,14;127:21;
129:22;130:18,25;131:11
**formal (2)**
30:19;114:12
**forth (1)**
99:18
**forward (10)**
7:20;9:24,25;62:14,19;
63:3;64:4;65:1,6,8
**found (2)**
57:12;100:25
**foundation (1)**
83:1
**four (6)**
36:25;39:23;46:3;
56:12;61:13;78:9
**free (1)**
80:18
**Friday (2)**
97:3,10
**friend (2)**
60:10,11
**front (6)**
8:4;9:23;45:5;100:10;
114:4;128:23

**fruit (3)**
34:20;79:11,15
**fruits (1)**
35:1
**full (5)**
4:4;28:8;33:1;39:21;
95:14
**Functions (1)**
77:17
**furnish (1)**
77:19
**further (2)**
57:14;127:25
**future (1)**
16:17

**G**

**garage (7)**
99:18,20,21,25;100:3,
6,9
**Garrity (10)**
16:5;27:15;59:8;60:17;
61:14;62:5,17;63:11;
75:12,14
**gave (2)**
63:2,3
**Generally (16)**
32:16,16,17,18,20,24;
36:5;38:15;54:13;92:14;
97:1,3,4,10;112:24;113:3
**Georgia (3)**
28:13;32:21;61:16
**gets (1)**
64:19
**gist (1)**
68:20
**given (1)**
92:1
**Gmail (1)**
31:21
**goes (1)**
32:18
**gong (1)**
64:16
**gonna (15)**
16:1;28:5;42:11;56:11;
68:16;95:6;107:11;
114:2;115:21;116:2;
117:23;121:8,8;128:2;
131:18
**Good (16)**
4:3;25:11;30:3,5;
34:20;41:3;42:10;43:1;
49:4;97:25;103:11;
125:16,17,18,21;131:17
**Google (3)**
31:19,22,23
**government (6)**
14:17;80:14;87:11;
91:3,10,18
**graded (2)**
33:22;80:1

**graduated (1)**
28:14
**grandparents (1)**
60:14
**great (3)**
8:6;36:14;44:8
**green (3)**
63:2,4;96:16
**Greg (1)**
9:12
**gross (1)**
80:6
**ground (2)**
95:25;96:3
**group (1)**
107:5
**grow (4)**
16:22,23;35:11,15
**grower (5)**
46:13;74:21;75:10,25;
77:22
**growing (4)**
23:5;58:14;60:8;61:18
**grows (3)**
24:17,18;35:1
**Guatemala (1)**
11:1
**guess (5)**
5:11;31:7;63:9;133:1,2
**guessing (2)**
119:24;121:4
**guys (2)**
10:4;94:6

**H**

**H-2A (113)**
11:4,11,17;18:14,15,
16;39:15;41:9,19;42:17;
43:2;45:9;46:6,23;47:1;
48:22;49:14;50:7;51:6;
56:9;59:5;60:18;61:17;
62:9,14,18;63:18,20;
64:5;65:1,12,17,18;66:2,
20;67:6,11,18;68:17;
69:8,17;76:9;78:1;79:17;
80:9,10;81:10;83:13,16;
86:4,23;87:8,13;88:6;
89:19,24;90:5,24;91:12,
18,19,24,24;92:11;95:23;
96:15,15,19;99:4,9,11;
102:2,9;103:4;105:1;
108:17;109:5,9,22;
110:23;111:11,14,25;
112:3,10;114:3,4;115:2,
4,8,13;116:9;117:24,25;
118:21;121:12;122:13,
15,17,22;123:9,11,12,22;
124:1,23;126:9,10,13;
127:5,13,16,19
**H-2As (3)**
19:21;68:2;90:10
**half (2)**

**38:6,8**
**hand (7)**
9:15;38:10,17;44:18;
55:5;69:19;109:24
**handing (3)**
8:3;44:5;56:21
**handles (1)**
10:7
**handpick (2)**
89:7,25
**handpicked (3)**
40:8,9;84:3
**handpicking (6)**
41:16;42:10;54:12,14,
18;78:6
**hands (2)**
10:18;28:8
**happen (6)**
22:4;30:18,22;110:14;
119:25;121:4
**happened (4)**
22:1;39:6;52:21;
120:24
**happening (3)**
22:2;41:15;109:8
**happens (2)**
21:19;117:22
**happy (2)**
44:24;97:25
**hard (5)**
9:19;10:16;17:7;48:5;
56:19
**harm (1)**
130:5
**harvest (43)**
18:25;19:7,17,19;22:8,
17;25:12,12,15,18;26:24;
27:5,7;36:8,20,23;37:12,
12;42:15;76:15,17;86:4;
88:5,6;89:7;90:23;99:17;
101:6;108:10,14;109:7,9;
110:25;111:4;112:19,22;
113:22;114:10,13,15,19;
115:17;126:3
**harvested (13)**
20:3,7;21:8;22:24;
38:10,11;40:8;58:18;
87:24;88:3;89:13;
113:14;114:17
**harvester (7)**
41:9;54:2;70:17,23;
71:5;99:16,25
**harvesting (19)**
19:4;25:12;38:13;
41:10,15;51:4;54:12;
55:5;68:18;78:2;83:14;
85:21;89:11,12;99:23;
108:18,22;112:16;125:16
**heads (1)**
5:15
**hear (2)**
106:2;127:16
**heard (2)**

82:10;119:20

**help (13)**
17:18,19,22;60:18;
63:6,20;75:19;94:9;
101:11,19,22;110:16;
122:2

**helped (4)**
29:19;51:1;109:15;
110:17

**helpful (4)**
37:2;55:2;111:21;
116:13

**helping (3)**
59:19;75:18,18

**hereby (1)**
134:3

**hereto (6)**
8:16;44:4;48:17;56:16;
72:25;128:21

**Hernandez (4)**
9:10;44:15;48:20;
56:18

**Hey (4)**
83:19;85:3;96:3;103:1,
2;121:22

**high (2)**
28:14;114:14

**highest (1)**
28:8

**HILL (1)**
131:16

**himself (2)**
80:21;84:17

**hindsight (5)**
51:12,18,20;52:2,18

**hire (3)**
43:2;58:20;62:9

**hired (2)**
11:3;49:16

**hiring (1)**
67:18

**Hispanic (1)**
52:15

**history (1)**
104:4

**hit (1)**
114:23

**hold (8)**
9:14;11:25;39:23;78:8,
16;120:3,5,24

**holders (4)**
11:4;18:14;90:5;91:19

**holders' (1)**
69:18

**holding (2)**
69:6,12

**home (1)**
21:21

**honest (2)**
67:3;130:20

**honestly (5)**
67:2;69:2;85:7;106:6;
115:19

**hope (1)**
37:4

**hour (13)**
69:20,21;70:20;78:1;
81:22;82:13,14,17;83:12,
18;85:22;109:22,24

**hourly (3)**
54:25;85:21;86:3

**hours (16)**
5:24;19:6,12,12,14,15;
70:1,10,13,17;74:22;
86:6,9,13;111:11;126:17

**house (4)**
45:24,25;46:1;105:22

**houses (4)**
16:22,25;17:4,9

**housing (3)**
99:9,12;122:13

**huh-uh (1)**
5:17

**hundred (1)**
56:8

**Hypothetical (2)**
82:19,25

## I

**I_ (1)**
134:3

**idea (2)**
12:24;131:4

**identification (6)**
8:15;44:3;48:16;56:15;
72:24;128:20

**identify (2)**
61:15;129:7

**identities (1)**
11:6

**ignorance (1)**
101:16

**images (1)**
73:22

**impact (2)**
5:24;93:15

**important (2)**
41:7;74:5

**inappropriate (1)**
11:24

**Inc (3)**
4:10,12,13

**include (3)**
24:3;87:23;88:13

**includes (1)**
14:16

**including (1)**
11:6

**increase (2)**
24:22,24

**increased (1)**
25:18

**increases (2)**
24:24,25

**independent (4)**

18:12;60:1;70:22;
77:18

**indicates (1)**
131:9

**indicating (2)**
59:1;130:15

**indicted (2)**
58:7;106:12

**indictment (3)**
6:24;105:10,24

**Indiscernible (1)**
113:19

**individual (1)**
114:5

**individually (2)**
79:4;80:21

**individuals (3)**
11:1,6;17:24

**information (5)**
128:10;129:1;130:15;
131:9;133:12

**informed (1)**
72:18

**initial (4)**
34:2;68:12;129:10,15

**initially (1)**
20:6

**injured (1)**
96:20

**injuries (1)**
130:23

**injury (1)**
130:4

**inside (1)**
114:22

**inspect (2)**
74:22;75:2

**inspected (2)**
98:16;115:16

**install (1)**
51:1

**instead (1)**
105:21

**instruct (3)**
112:18;113:6,14

**instructed (1)**
88:5

**instructing (1)**
112:21

**instructions (8)**
102:8;113:16;121:12,
15,16;122:4,6,8

**intent (1)**
83:7

**interrogatories (1)**
128:14

**interrogatory (1)**
129:4

**interrupt (1)**
21:13

**interstate (1)**
84:5

**interview (1)**

12:22

**interviewed (1)**
11:2

**into (15)**
5:21;16:25;20:3,4,5,7,
10,15,20;39:3,12,25;
78:12;83:5;101:21

**investigation (1)**
14:18

**investments (1)**
10:7

**involved (8)**
11:7,14;29:9;53:2;
58:5,11,12;105:6

**involvement (1)**
53:6

**involves (1)**
18:18

**irrigation (3)**
48:2,8;51:3

**issue (2)**
50:4;103:3

**issued (1)**
91:18

**issues (4)**
12:1;49:21;122:5;
132:11

**item (5)**
10:6,24,25;11:20;15:8

**items (2)**
10:22;15:18

## J

**Jacksonville (1)**
6:11

**Jimmy (1)**
127:1

**job (22)**
16:2;19:22;21:6;22:12;
41:3;42:10,16;43:1,13;
46:20;50:6;55:8;81:19;
82:12;95:23;97:25;
108:2;121:22,23;130:8,8,
12

**jobs (2)**
16:16;89:12

**joke (1)**
52:18

**Jose (5)**
4:10;61:14,19,24;62:7

**journalist (3)**
12:12,16,23

**Judgment (1)**
7:6

**jumbo (1)**
35:6

**June (5)**
19:2;36:20;108:11;
109:7,8

## K

**Kayla (1)**
10:4

**keep (6)**
11:19;14:20;30:17,22;
31:24;32:7;55:1;78:20;
84:23;126:16

**keeping (6)**
47:8;70:17;86:22,25;
87:7,12

**kept (1)**
100:8

**kind (13)**
25:4,5;30:16;31:1,7;
33:17;34:13;60:14;
63:10;64:2;79:23;
102:18;118:11

**knew (2)**
60:12,14

**knob (1)**
38:25

**knock (1)**
38:19

**knowing (1)**
91:24

**knowledge (14)**
122:20;123:6,21,25;
124:5,8,11,14,16;127:11;
129:2,19;130:14,15

**known (1)**
60:8

**knows (1)**
83:2

## L

**labor (35)**
17:13,15,16;18:3,4,7;
27:3;43:10;48:23;50:3;
53:24;54:6,14,16;55:4;
58:20,23;59:2,21;68:4;
69:19,22,25;77:19;82:14;
87:1,3,8,13;89:11;124:6,
9,12;126:13,13

**labor/drip (1)**
50:23

**laborer (1)**
74:18

**laborers (4)**
39:4;90:2,3,7

**laid (1)**
83:1

**land (7)**
24:6;48:8;109:13,14;
110:4,4,22

**Lane (1)**
4:7

**languages (1)**
29:25

**large (2)**
92:1;125:24

**larger (1)**
35:6

**largest (1)**

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 42 of 49

Hernandez v.
Patricio
30(b)(6) MBR Farms
Barton McKinnon
August 9, 2024

55:13
**Last (22)**
6:10,15;28:1;35:21;
37:3;42:23;48:6;57:9,19,
20;63:25;67:19;74:21;
75:22;76:13;77:25;
107:25;114:7;120:18,20;
122:12;128:6
**lasts (1)**
36:20
**late (2)**
74:9;84:23
**later (7)**
20:20;35:25;36:7;
102:22;110:13;130:8;
133:13
**law (2)**
57:22;106:10
**laws (1)**
74:21
**lawsuit (10)**
4:9;6:22;12:4;14:14;
30:11,14;57:12;62:3;
87:10;105:23
**lawyer (3)**
40:24;57:14;130:20
**lawyers (4)**
6:11;15:8;41:1;105:11
**lay (2)**
48:1;51:2
**layer (1)**
16:25
**laying (1)**
121:24
**layout (1)**
113:1
**learn (3)**
12:8,11;105:9
**learned (6)**
12:3;13:19;14:6,14;
52:21;113:1
**lease (4)**
24:6,9,10,11
**least (4)**
36:25;37:4;76:19;89:8
**leave (8)**
20:18;73:23;96:7;
100:1;112:4;117:25;
121:24,25
**leaves (2)**
34:16;96:17
**left (4)**
96:11;118:17;131:6,10
**less (3)**
34:17;41:13,13
**Leticia (2)**
4:10;65:23
**level (3)**
28:9;42:9;114:10
**light (2)**
63:3,4
**likely (4)**
7:25;60:24;61:2;63:11

**limited (1)**
122:9
**line (12)**
10:6,24,25;11:20;15:8;
52:4;53:23;55:4;81:13;
83:23;107:25;134:10
**lined (1)**
21:7
**lines (3)**
50:23,25;110:18
**lining (4)**
16:16;19:20;20:1;22:8
**list (7)**
10:22;15:7,20;46:25;
47:2;100:14;108:21
**listed (2)**
9:7;134:6
**lists (3)**
45:17;75:9,11
**litigation (3)**
11:24,25;87:6
**little (14)**
17:7;19:14,15;30:3;
48:6;49:5;51:13;52:1;
63:9;72:13;82:23;
105:25;112:16,22
**lived (1)**
99:4
**living (1)**
61:16
**load (3)**
33:2;34:14;79:13
**loaded (2)**
19:23;20:15
**loader (1)**
100:11
**local (4)**
17:18,19,22;87:11
**localized (1)**
105:25
**location (1)**
46:15
**logical (1)**
84:12
**logo (1)**
98:7
**long (8)**
36:8,11,13;37:2;55:17;
70:7;114:18,20
**longer (2)**
17:2;103:22
**look (14)**
7:19;45:4,15;46:19;
58:25;70:2,14;90:13;
95:15;98:22;110:13;
111:18,21;121:21
**looked (3)**
57:4;73:20;98:23
**looking (8)**
48:19;50:22;55:3;57:8;
58:13;76:10;81:20;
115:20
**looks (2)**

102:22;128:16
**loss (2)**
130:4,6
**lost (3)**
129:12;130:10;131:2
**lot (6)**
34:14,15,15;67:8;91:5;
96:2
**lowboy (1)**
100:17
**Lucky (1)**
32:5

## M

**ma'am (4)**
52:13;120:14;121:6;
133:16
**machine (44)**
19:22;38:10,13,19,20,
22;39:9,16,18,23,23;40:8,
10;41:8,10,15;53:24;
54:2,4,12,16,19;69:20,22,
25;70:10,17,23,25;71:5;
78:2;83:13;85:21;86:4;
99:16,23,24;100:24;
101:12,15,20,24;126:9,13
**Madam (2)**
52:11;63:24
**mailing (1)**
45:23
**maintain (1)**
30:16
**majority (1)**
19:5
**makes (1)**
114:20
**making (13)**
19:20,23;21:9;22:12;
29:6;42:14;49:1;52:17;
80:14,20,25;81:3;94:22
**manage (5)**
16:12,13,14;19:10;
77:19
**managing (3)**
19:13,18,18
**many (22)**
19:6,12,12;23:22;
35:10,15;41:9;66:20;
70:1,13,22;71:1;78:8;
79:12;86:6,9;96:16,17;
115:4,7;119:15,18
**March (6)**
108:4,13;125:5,10,13;
128:6
**Maria (2)**
4:10;65:23
**Mark (12)**
6:16,19,20,21;8:12;
29:13,14,23;48:13;56:11;
73:22;106:8
**marked (13)**
8:15;44:3,10;45:2;

48:16,19;56:14,24;72:16,
24;128:3,13,20
**market (1)**
35:7
**marking (1)**
7:20
**married (1)**
27:22
**matched (1)**
70:7
**materials (1)**
110:19
**may (20)**
5:20,24;10:10;13:21;
26:3;47:9,10,13;54:17,
18;86:2;89:10,11;97:8;
104:20;108:11;110:7;
116:13;131:9,9
**maybe (5)**
11:22;30:9;41:16;63:1;
68:9
**MBR (131)**
4:9,12,12,13,14,17,19,
20;11:4,16;14:16;16:2,4,
10,18;17:11,16,25;18:7,
12,14,15;20:21,24;21:15;
22:23;23:1,4,4,10,25;
24:6;25:15;27:12;29:5,7,
18,22;30:10,16;31:8;
33:9;34:25;35:3,11;37:6,
11,15,17;39:9;40:6;42:1,
17;45:22;46:13,23;48:22;
49:14;55:10;58:16;59:5,
9,12,24;60:23;61:2;65:2,
19;66:6;67:16;68:4;
69:15;75:1,10,15,25;
79:17;80:9;84:11;86:2;
90:7,19;91:4,12,19,25;
96:20;98:7;99:5;100:15;
101:4;104:1,5,19;105:3,
3,6,6;108:8,14;110:20;
111:14,24;112:3,6,9,12;
115:1,4,7;118:3;119:7;
121:11,15;122:13,15,17;
126:5,7,10;127:5,7,12,18;
128:13;129:10,16,19;
131:6,10;132:3
**MBR's (6)**
17:3;37:22;48:23;64:5;
100:14;131:24
**McKinnon (21)**
4:3,5,5;4:9,14;10:16;
23:16;28:2;29:13,14;
34:12;38:3;40:17;44:5;
46:14;56:22;68:7;74:13;
83:9;85:1;111:11;133:18
**MDR (1)**
28:22
**mean (39)**
7:24;17:21,23;20:2;
22:13;32:6;33:7;34:18;
46:24;50:25;53:4;58:2;
60:7,8,11;67:2,4;86:6;

88:9;89:3,10;94:20;96:1;
97:6,13;98:20;99:21;
102:21;104:9;105:18;
107:10;111:14;113:20;
114:14;116:1;118:6,7;
119:7;125:22
**means (11)**
5:9;47:6,7,9,14,16;
101:18;106:22;130:1,3,6
**meant (4)**
15:23;22:9;28:20;
32:25
**mechanical (1)**
99:16
**media (1)**
12:25
**medication (1)**
5:23
**meet (3)**
57:16;61:6;113:3
**meeting (3)**
76:4,11,14
**Melissa (1)**
27:25
**member (1)**
60:7
**memo (2)**
53:23;55:4
**mentioned (10)**
27:11;37:22;38:9;
44:11;47:15;104:18;
106:14;108:10;110:1,4
**messages (2)**
106:22,24
**messed (1)**
104:10
**met (8)**
6:10;60:3;61:19,22;
65:25;76:14;105:11,12
**Mexico (3)**
11:1;61:15,16
**Microsoft (2)**
31:12,14
**midway (1)**
74:7
**might (8)**
9:20,23;45:5;56:20;
72:12,13;91:4;100:3
**miles (1)**
46:3
**MILLER (5)**
126:21,24;127:1;133:9,
11
**mind (4)**
9:12;17:6;53:7;72:14
**mine (1)**
72:13
**minimum (1)**
24:17
**minute (3)**
5:3;40:13;126:25
**minutes (4)**
10:2;83:24;84:23;

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 43 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

103:10
**missed (1)**
120:4
**misspoke (1)**
85:5
**mistake (1)**
52:2
**mistreated (1)**
127:20
**Mistreating (1)**
53:19
**mistreatment (2)**
127:13,15
**mitigate (4)**
129:6,20;130:1,16
**mitigated (1)**
130:9
**mitigating (2)**
130:1,3
**mitigation (1)**
130:6
**money (18)**
33:25;34:17;35:5,8;
77:21;80:20,25;81:3,9,
11,16;82:15,16;84:11,16;
97:7;124:9,12
**monitor (1)**
11:24
**months (2)**
32:2;66:18
**more (32)**
17:21;18:21;19:10,14,
15;25:1,1,2;26:20;35:3,5,
8;37:17;41:14;51:13;
52:1;53:10;55:16,18,23;
56:6;66:18,23,25;67:1;
82:22;91:15;96:2;
103:10;112:23,25;130:9
**morning (7)**
4:3;88:2,10;92:9,11;
93:12;102:14
**most (10)**
7:25;10:8,9;38:15;
41:7;71:11,13;100:1;
106:25;110:7
**mostly (7)**
16:12;19:18;31:2;
46:24,25;100:11;109:12
**Motion (3)**
7:6;15:13,16
**mouse (2)**
48:3,9
**mouth (1)**
111:19
**move (5)**
7:20;26:25;64:3;
100:24;111:19
**moved (6)**
48:9;62:14,18;65:1,6,8
**moving (3)**
61:12;75:22;77:25
**much (14)**
30:8;54:16;64:16;

68:20;69:21,24;79:11;
81:3;85:10,11;94:4;
103:22;123:21;130:20
**muffled (2)**
64:19;82:23
**multiple (3)**
23:12;113:11,13
**municipal (1)**
74:20
**mush (1)**
87:20
**Myron (3)**
94:15,17,18
**Mystery (1)**
29:24

## N

**name (20)**
4:4,22;12:23;26:7,9,15,
17;27:14,24;28:1;29:12;
34:11;50:2,5;51:7;62:2;
75:11;89:15;94:14;
126:25
**names (2)**
28:5;94:2
**nature (3)**
9:13,21;45:23
**necessarily (2)**
35:9;94:7
**necessary (1)**
42:10
**need (26)**
5:9,18,22;42:13,21,24;
43:9;60:24;61:2;63:11,
18;64:16,21;72:14;75:5,
6,7;95:19;96:4;100:13,
13;101:22;103:2;113:21;
121:6,23
**needed (1)**
43:10;49:20,23;55:8;
63:5,6;97:7;102:9;125:9
**needing (1)**
62:5
**needs (5)**
30:17,22,24;37:3;59:19
**new (5)**
17:5,10;37:6,9;51:1
**news (1)**
105:13
**newspaper (1)**
12:12
**next (3)**
62:6;63:12;95:7
**Nine (1)**
28:7
**Nodding (1)**
5:15
**none (2)**
38:21;131:16
**non-H-2A (1)**
110:11
**non-harvest (1)**

100:5
**non-immigrant (1)**
61:17
**notary (1)**
128:23
**note (1)**
131:19
**notes (1)**
7:14
**notice (5)**
7:8;8:19;10:17;14:21;
115:21
**number (23)**
9:10;11:22;44:23,24;
45:17;46:19;48:20;
53:22;54:8;95:5;9,13;
56:1,18;75:20;77:10;
78:21,25;81:21;86:13;
92:1;128:17;129:4
**numbered (1)**
44:13
**numbers (9)**
44:13,15,19;45:3;70:7,
7,15;124:18,23

## O

**Oaks (1)**
45:18
**oath (5)**
5:8;40:19;71:20;85:2;
103:16
**object (59)**
42:11;43:5;47:11;
50:12;51:9,14,21;52:3,9,
23;53:9;62:10,25;63:23;
64:7;65:3,20;66:8;75:16;
78:13,17,22;79:1,19;
80:19,22;82:2,18;83:4;
84:14,20;88:19,24;89:9,
20;91:7,21;92:3;93:4;
95:20;97:20;109:11;
111:2;113:18,23;115:9,
18;116:10;117:10;118:1;
122:11;124:3;126:1,14;
129:22;130:18,25;
131:11;132:6
**objected (1)**
82:24
**Objecting (4)**
81:13;116:12,15;125:2
**objection (21)**
52:7;53:1;82:22;83:5,
6,8;112:14;113:15,25;
114:7;116:14;118:5;
119:13;120:1,7,15;121:9;
122:7;123:23;127:8,21
**objections (1)**
129:9
**objects (1)**
132:4
**observations (1)**
98:18

**observe (5)**
92:20;93:6;95:22;98:9;
99:1
**obtain (1)**
85:25
**obviously (5)**
68:11;74:4,8;87:23;
111:6
**occasionally (1)**
104:21
**occur (2)**
91:4;126:12
**occurred (2)**
117:24;118:3
**occurring (1)**
117:16
**occurs (1)**
21:19
**October (4)**
108:5;109:9;110:25;
128:7
**odd (1)**
111:17
**of- (1)**
21:16
**off (37)**
7:25;10:15;15:5;25:4,
5;33:23;34:23;35:9;36:6,
25;38:19,23;39:1,11,16,
21;40:11;42:14;44:1;
64:1;71:14,16;80:20,25;
81:3;87:19;97:12;
103:12;111:8;113:6;
114:23;119:24;121:4;
132:17,18,22;133:17
**offer (6)**
81:21,24;82:12;83:17;
84:17,18
**offered (1)**
123:22
**offers (1)**
84:7
**office (3)**
10:5;45:24;68:8
**officers (1)**
16:4
**officials (1)**
87:11
**OHL (3)**
9:16;10:3;133:14
**old (3)**
28:6;98:22,23
**once (16)**
12:20;17:2,9;19:24;
29:18;33:20;38:7;39:21;
64:14,23;73:8;92:12;
100:21;105:19,19;131:15
**one (61)**
4:22;5:22;8:8;9:1;10:5;
13:3;18:21;21:11;22:7;
23:9;26:20,24;30:11;
34:9;35:3,4,21,25,25;
36:4,17,18,24;38:7,8;

39:21;41:10;43:20,24;
45:18;50:15;54:6,14,22,
24,24,25;56;21;71:2,10,
11;76:4;79:23,25;80:4;
82:22;83:24;84:23;
91:15;94:3;95:24,24;
102:13;106:8;119:17,21;
120:17,19;121:1,7;
131:22
**ones (5)**
15:10;36:5;38:21;
42:14;90:1
**only (13)**
32:7;34:22;37:21;38:1,
5;51:4,7;85:8;96:7;
121:20;122:1,2;130:9
**onto (2)**
39:17;40:2
**oOo- (1)**
133:20
**operated (1)**
24:1
**operates (1)**
16:18
**operating (5)**
16:15;29:1;70:6,25;
71:13
**operation (8)**
16:19,21;17:12,17;
18:1,16;41:10;106:1
**opposed (1)**
8:3
**order (15)**
42:16;43:13;50:6;55:8;
69:8;81:19;83:16;84:5,6;
90:18;91:9;108:2;
123:12;124:24;133:13
**orders (1)**
33:23
**originally (1)**
101:21
**ourselves (1)**
25:9
**out (30)**
5:19;8:1;9:13;12:21;
20:18;21:10,16,16;25:8;
30:25;34:21;37:4;39:3;
45:8;49:19;52:16;57:12;
63:13;79:13,15;92:12;
94:19;112:23;113:4,13,
20;114:5;116:4;121:25;
123:19
**outlet (1)**
12:25
**Outlook (1)**
31:14
**outside (1)**
98:20
**over (19)**
10:4;21:14;40:1;48:9;
57:14;89:14;97:18;
99:25;100:21;106:15;
107:6,18,19;112:25;

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 44 of 49
Hernandez v.
Patricio
30(b)(6) MBR Farms
Barton McKinnon
August 9, 2024

115:7;116:15;119:11;
120:5,13
**Overseeing (1)**
59:19
**own (4)**
21:5;22:24;23:4;
100:15
**owned (2)**
34:9;39:9
**owner's (1)**
75:11
**ownership (1)**
33:16
**owns (7)**
20:21,24;21:1;23:1,7;
33:12;40:5

**P**

**pack (5)**
33:21;34:4,21,22,23
**package (1)**
32:18
**packed (1)**
33:22
**packing (20)**
21:2;32:10,13,15,20;
33:4,12,15,18;34:7,9;
39:5,13;79:8,18,24;80:2;
117:1,2,6
**page (27)**
9:9;14:22,24,25;15:1,3;
44:20,21;45:16;46:17,18;
48:20;53:22,23;54:4,7;
55:3;74:19;75:8,22;
77:16;78:1;81:20;128:6,
16,17;134:10
**pages (1)**
134:5
**paid (43)**
18:10;34:23;35:3,5;
54:21,24,25;59:3,21;
69:19;77:22,25;78:4,4,
25;79:6,15;80:3,6,7;81:6,
11,17;83:12;84:1,11,12;
85:6,11;86:3,6,7;90:9;
94:1;97:10;109:20,22;
118:21;119:1;120:13;
124:22,22;126:15
**pallet (3)**
20:4,5;39:22
**pallets (10)**
20:13,15;21:4,5,7;39:5,
17,23,25;40:2
**paper (2)**
14:13;56:24
**paperwork (6)**
49:18;50:1;52:15;
67:15,22,25
**paragraph (2)**
58:14;61:12
**part (19)**
4:8;11:10;14:17;21:6;

22:12;31:14;41:17;
42:23;46:20;48:7;64:22;
67:19;73:13;76:13,22;
77:11;84:16;97:22;
131:23
**partially (1)**
102:4
**particularly (1)**
19:3
**Partway (1)**
74:19
**past (4)**
5:24;119:25;120:24;
121:5
**pastures (1)**
104:21
**Patrecia (1)**
35:20
**Patrecias (1)**
36:5
**Patricio (9)**
4:10;6:25;9:10;14:18;
44:16;48:21;56:18;
65:23;105:10
**pause (1)**
116:14
**pay (24)**
33:25;34:1;48:22;
49:20;54:1;59:15;69:13,
17,20,21,24;79:13,14;
80:2;86:17;90:7;94:7;
96:24;97:2;101:19;
123:22;126:10,12;133:4
**paying (8)**
16:15;27:17;70:20;
82:13;86:16;119:8,11;
120:6
**payment (8)**
24:17,18;33:24;68:21;
101:23;118:24;124:2;
126:12
**pays (1)**
130:8
**peak (3)**
56:2,3,6
**Pearson (1)**
45:18
**Penny (1)**
4:7
**people (6)**
17:23,24;92:23;
105:16;106:1,2
**per (14)**
69:19,20,21;78:1,5;
79:6,13;81:24;83:12,18;
84:2,7;85:6,11
**percent (8)**
24:22,23;30:7,9;34:23,
24;40:9,9
**percentage (8)**
24:19,21;25:3,21;40:7;
77:21;81:6;82:15
**perform (1)**

77:19
**person (6)**
57:17;61:22;70:3;96:1;
106:18;112:24
**personal (2)**
122:20;123:6
**personally (8)**
19:8,9;30:13;32:1;
77:7;93:18;122:25;123:3
**phone (11)**
57:16,18;75:20,20;
95:10;106:15;107:2,4,6;
112:25;113:2
**pick (24)**
19:22;21:20;32:9;
38:17;42:13;54:4;60:24;
64:5;74:18;92:14;95:12,
18;97:6,24;101:11,20;
103:5;113:5;114:5;
116:4;118:8,12;122:9,9
**picked (16)**
21:16;22:21;23:25;
33:8;36:1;38:15,21;
40:10;69:19,20,22,25;
79:12;87:16;95:6;124:19
**picker (7)**
38:22;39:3,9;70:6,6;
101:13,23
**pickers (1)**
70:10
**picking (22)**
36:24;43:3;55:4;56:3;
63:6;66:15,18;71:1;95:1,
1;96:2,4,15;100:22;
101:14,17,18,18;108:16;
109:24;110:1;115:20
**pickings (1)**
36:25
**picture (1)**
76:5
**piece (3)**
81:24;84:7,18
**pine (4)**
104:10,11,13;105:6
**pipe (1)**
48:2
**pipes (2)**
48:8;51:3
**pizza (2)**
41:3;72:7
**PL (4)**
9:10;44:15;48:20;
56:18
**place (3)**
39:16;46:12;99:19
**placed (1)**
20:13
**places (2)**
23:13;45:17
**plaintiff (2)**
30:10,13
**plaintiffs (6)**
4:23;129:5,20;130:16,

21;131:5
**Plaintiffs' (20)**
8:13,14;44:2,10;45:2;
48:13,15,19;56:14,25;
72:17;108:3;123:13,15,
17,19;128:3,13,14;132:5
**Plaintiff's (4)**
53:21;56:13;72:23;
128:19
**plan (1)**
30:25
**planned (1)**
100:23
**planning (1)**
76:17
**plans (1)**
31:4
**plant (9)**
37:3,6,9,15,17;96:16;
110:16,17;113:22
**planted (5)**
37:21;38:6,7;109:13;
110:9
**planting (1)**
109:16
**plants (5)**
23:1,2;51:2;113:17;
114:5
**played (1)**
104:11
**please (13)**
4:4;5:14,16;6:13;9:6,8;
21:11;63:20;74:10;82:4,
5;83:11;121:9
**pm (1)**
133:19
**point (13)**
13:25,25;33:6,12,15,
19;47:25;50:14;76:1;
78:19;94:24;113:13;
114:5
**portable (1)**
41:23
**possession (2)**
17:3;131:24
**possible (1)**
8:7
**possibly (3)**
38:17;110:22;115:19
**potential (2)**
13:22;122:5
**potentially (2)**
53:2;60:17
**poultry (8)**
16:19,21;17:12,17,25;
18:16,19;104:18
**pound (9)**
69:19;78:5;79:6,13;
81:25;84:2,7;85:6,12
**poundage (2)**
32:9;54:25
**pounds (5)**
34:22,22;78:8,9;79:12

21;131:5
**pour (1)**
20:10
**practically (1)**
8:7
**prefer (3)**
9:18;43:7;66:7
**preferred (1)**
66:17
**preliminary (1)**
75:9
**prep (5)**
109:13,14;110:4,5,23
**preparation (2)**
6:9;9:2
**prepare (2)**
6:4;7:14
**preparing (1)**
7:12
**present (1)**
11:5
**preserve (2)**
13:24;83:4
**preserved (1)**
13:20
**preserving (1)**
74:8
**president (1)**
16:3
**pretrip (1)**
19:24
**pretty (5)**
64:16;68:20;101:12
**previous (1)**
46:17
**price (3)**
34:21;70:5;85:9
**print (2)**
9:16;72:14
**printed (2)**
8:1;10:3
**printing (1)**
9:12
**prior (2)**
43:3;58:14
**probably (9)**
8:2;23:23;44:23;55:24;
67:8;73:12;102:4;103:7;
133:12
**problem (2)**
49:18;74:8
**problematic (1)**
91:5
**problems (1)**
49:25
**Procedure (1)**
4:18
**proceeds (1)**
77:21
**process (15)**
10:25;11:14,16;33:17,
17;38:13;51:6,6;62:15;
63:3;64:4;65:6,8;67:11;
75:15;80:9

**processed (1)**
80:7
**produced (2)**
74:12;104:19
**producing (2)**
36:15,16
**product (1)**
33:24
**production (9)**
24:17;25:1,18;36:13;
41:13;68:12;74:9;85:20;
131:21
**productivity (1)**
37:7
**products (1)**
104:19
**profit (6)**
24:21,25;25:2;125:19,
23,24
**profits (2)**
24:19,24
**program (5)**
61:17;64:5;86:23;87:8,
13
**promise (2)**
131:3;132:10
**proper (2)**
83:1;121:22
**property (5)**
23:4,7;38:4;46:4,7,10;
127:6
**provide (5)**
4:4;5:14;6:13;21:2;
102:10
**provided (10)**
7:3;14:16;39:13;42:1,
5;48:22;56:23;68:14;
85:19;110:19
**provider (1)**
31:20
**provides (2)**
46:13;116:24
**providing (1)**
60:18
**Prune (2)**
47:19,20
**pruned (1)**
47:25
**public (1)**
128:23
**pull (6)**
54:8;72:8;81:18;87:19;
100:12;109:5
**pullets (1)**
16:23
**pulling (6)**
55:7;93:6;108:19,22;
109:2,12
**purpose (2)**
44:14;77:20
**purposes (1)**
61:7
**pursuant (1)**

4:17
**Purvis (2)**
26:17,21
**push (2)**
9:24,25
**put (8)**
19:12;20:3,5,8;39:21;
100:3;110:17;117:5

### Q

**qualified (7)**
9:7;10:23;11:7,15;
15:7,15,19
**qualify (1)**
35:5
**quality (3)**
34:3,18,20
**quick (1)**
83:20
**Quickbooks (1)**
32:8
**quickly (1)**
128:2
**quite (3)**
106:15,18;131:20

### R

**rain (5)**
117:21,24;118:3,8,13
**rained (1)**
88:14;118:15
**raining (1)**
87:24
**raised (1)**
52:22
**Raking (3)**
47:3,17;104:13
**ran (3)**
21:16;49:19;50:1
**range (2)**
67:5,5
**rate (4)**
81:24;82:8;84:7,18;
85:21;86:3
**rea (1)**
132:14
**reached (1)**
12:21
**read (12)**
9:6;10:20;11:22;74:24;
77:18,23;120:11,22;
132:13,16;133:2;134:4
**ready (21)**
17:4,9;19:23;22:13,17,
20,21;36:1;42:15;56:3,4;
71:14;95:5,13;109:15,17;
113:5;115:25;133:4,7,8
**real (4)**
12:20;25:12;32:6;
83:20
**really (17)**

31:5,25;32:11;47:15;
60:11;94:21;97:21,21;
98:12;104:12;105:18;
110:12;114:24,24;122:1;
130:2;131:4
**reason (6)**
61:3;73:24;82:23;
101:5;127:18;134:10
**Rebecca (3)**
16:5;27:15;29:23
**recall (27)**
7:13;22:2;25:23;55:15;
56:10;57:8;58:2,19;
61:10;69:23;96:18,21;
101:7,8;108:15;110:6,12;
115:11,19,23;117:4,5,8,
16,20;118:23;120:25
**receipts (1)**
86:7
**receive (2)**
31:15;33:24
**received (5)**
25:22;68:6;72:18;
131:22,22
**receiving (1)**
74:6
**recognize (6)**
8:17,23;45:3;56:25;
57:3;74:13
**reconvene (1)**
132:1
**record (30)**
10:15;13:9;15:5;26:6;
40:11;44:1,25;56:17;
64:1;68:6,13;71:15,16,
18;84:25;85:18;86:22,25;
87:7,12;103:12,14;111:8;
131:18;132:3,17,18,22,
24;133:17
**records (12)**
74:2,10,23;75:2;85:14,
24;86:2,5;90:14,17;
108:24;109:19
**recruit (1)**
61:15
**recruited (1)**
11:2
**recruiting (3)**
62:24;63:13;64:4
**recruitment (1)**
67:11
**red (2)**
44:13;52:22
**reduce (3)**
130:5,22,23
**refer (4)**
18:6,15;44:20,23
**referring (6)**
4:12,13;44:15;52:19;
69:14;82:7
**reflect (2)**
25:24;85:14
**reflecting (1)**

59:5
**refrigerated (2)**
20:5,16
**regarding (6)**
62:14;106:11;118:24;
123:21;124:1,5
**Regenerate (2)**
32:21,22
**regular (2)**
104:25;133:7
**related (1)**
60:5
**relates (1)**
19:19
**relationship (5)**
58:16;88:18,22;89:3,17
**relevance (1)**
12:1
**remember (27)**
12:3,25;13:3;22:1,5;
31:11;60:25;61:1,10;
68:22,24;73:5,7,14;
90:12,20;95:24;96:19;
100:15;105:16;109:12,
16;112:19;114:9;116:22;
118:20;125:15
**Remind (2)**
27:14;116:24
**remote (1)**
7:17
**repeat (16)**
17:7,14;26:19;42:23;
48:6;51:16;52:6;55:21;
57:1;64:21;69:3;76:12;
82:4,22;88:20;107:3
**rephrase (3)**
5:11,12;92:9
**replaced (1)**
37:3
**REPORTER (31)**
4:25;5:14;13:12;17:14;
26:19;48:5;52:6,11,13;
63:24;64:18;76:12;
82:21;91:14;111:18,22;
116:11,17,21;120:3,14,
17,23;121:6;132:12,15,
18,23;133:5,9,14
**reports (1)**
127:15
**represent (1)**
80:12
**representation (4)**
72:20;91:9,10;131:25
**representations (1)**
91:3
**representative (1)**
4:17
**represented (1)**
124:23
**request (11)**
13:9;21:11;26:5;59:4;
68:12,13;85:19;90:17;
116:5;131:21;132:23

**requested (1)**
65:1;66:10;90:19
**requesting (1)**
107:11
**required (2)**
97:12,15
**requirement (2)**
42:18;76:22
**requirements (4)**
86:23;87:1,7,12
**reserve (2)**
111:6;132:5
**reserving (1)**
131:25
**respect (1)**
74:9
**respond (1)**
13:7
**responded (1)**
129:9
**response (2)**
129:11,16
**responses (4)**
7:2;26:11;128:14;
129:1
**responsible (1)**
68:17
**responsive (3)**
68:12;85:19;131:21
**restate (2)**
83:10;121:9
**restroom (1)**
40:15
**retained (1)**
105:19
**re-triple (1)**
74:2
**return (2)**
81:19;122:18
**returning (1)**
88:14
**returns (1)**
100:12
**review (9)**
6:7,15,22,24;7:2,5,8;
74:10;132:2
**reviewed (6)**
7:11;9:2;11:2;15:13;
45:13;80:13
**Ricky (47)**
49:17;72:4;74:18;
79:12;85:6,11;96:3;
102:11;106:7;108:25;
112:6,9,12,18,25;113:21;
115:4,12,15;116:8;
117:25;118:21;119:6,8;
121:16,20;122:2,4,6,8,17,
20,22,25;123:3,7,22;
124:1,5,9,12,23;125:9;
126:15,16;127:4,7
**ride (2)**
39:18;102:21
**right (59)**

8:6;9:16,22;10:13,18;
18:4,5;20:7,22;23:2;
25:19;26:13;27:1,10;
33:4,10;34:2;36:6;37:13;
38:11;39:7,17;43:12,21;
45:1,11;49:8;50:19;
52:16;54:19;56:12;
60:25;66:15;68:14;
69:15;72:8;73:23;74:22;
76:25;77:13;86:14;
91:13;92:14;98:17;99:20,
21,22;102:6;103:9;104:8;
105:21;110:3;111:5,20;
117:2;120:13;124:21;
132:5,7

**rights (2)**
74:9;132:1
**rim (2)**
97:16,19
**Road (7)**
23:16;38:3,24;39:24;
46:14;96:2,4
**role (9)**
16:10;27:16,20;29:14,
17,20;39:15,15;59:12,18
**room (1)**
15:24
**rotated (3)**
92:4,6,7
**rotten (1)**
34:15
**roughly (6)**
16:24;36:17;40:9;46:3;
68:25;69:4
**round (2)**
97:12,18
**row (4)**
113:10,24;114:2;
121:21
**rowed (1)**
23:21
**rows (4)**
23:18;113:11,13,14
**Rule (9)**
4:17;10:17;15:20;
118:6,10,11,12;119:22;
121:2
**rumors (1)**
127:15
**run (4)**
21:10;40:15;49:23;
104:20
**running (2)**
10:4;31:11
**runs (1)**
19:2

**S**

**safe (1)**
67:5
**sake (1)**
5:14

**sale (1)**
33:6
**same (27)**
8:15;11:7;13:2;32:12,
18;38:3;44:3;48:16;51:8;
53:1;54:4,19;55:3,19;
56:15;71:7;72:24;83:17;
86:16;89:18;113:10,25;
114:2;116:12;120:7,15;
128:20
**Savannah (2)**
13:1,11
**saw (5)**
45:10,13;62:2;96:9;
98:15
**saying (13)**
34:19;54:23;63:5,14,
16;64:20;68:1;70:10;
101:7;106:6;129:24;
131:4;132:13
**schedule (2)**
30:19;95:6
**scheduled (1)**
32:2
**scheduling (1)**
19:24
**School (3)**
28:13,14;114:14
**screen (13)**
7:18,19;8:3,9,10,21;
16:1;43:11;72:9;108:2;
111:18,21;128:2
**scroll (2)**
49:3;128:15
**scrolling (5)**
9:5,9;11:19;46:17;75:8
**season (12)**
19:7,17;22:8;58:14;
61:18;63:19;99:17;
100:5;106:15;108:10;
109:18;117:22
**seasons (1)**
126:3
**season's (1)**
100:21
**seatbelts (1)**
98:24
**second (18)**
10:5;38:17;43:25;54:9;
56:21;71:15;75:8;80:4;
120:17;128:12
**secretary (2)**
16:7;27:12
**section (4)**
74:19;113:4,11;122:9
**sections (2)**
113:6,9
**seeing (1)**
95:24
**seems (1)**
132:11
**selected (1)**
11:2

**selection (1)**
11:13
**sell (4)**
21:2;32:12;33:3;34:4
**semi (2)**
39:25;40:3
**send (3)**
31:15;73:10;122:13
**sense (1)**
130:10
**sent (9)**
13:4;73:5,12,13,15,21,
22;74:1;106:24
**sentence (1)**
74:21
**separate (4)**
54:21,23;55:1,1
**separately (2)**
44:12;64:11
**sequence (1)**
56:3
**series (1)**
5:20
**served (5)**
7:9;12:9;105:19,20,21
**set (3)**
12:21;23:19;111:11
**settled (1)**
108:16
**Seventy (2)**
37:24,25
**shakes (1)**
39:1
**share (5)**
43:11;72:9;108:1,2;
128:2
**sharing (2)**
7:18;16:1
**shed (19)**
32:11,13,15,19,20;
33:4,12,15,19;34:7,9;
39:13;79:8,18,25;80:2;
117:1,2,6
**sheds (3)**
21:2;47:3,17
**SHEET (1)**
134:8
**Sherry (10)**
49:7,10,12,17;50:8,9,
18;51:6;89:16,16
**shielder (1)**
99:21
**shielders (1)**
99:20
**shift (3)**
92:16,20,24
**shifts (1)**
92:7
**ship (1)**
33:22
**shortly (1)**
41:4
**show (12)**

5:15,17;8:9;9:24;
21:13;43:11,12;79:12,14;
94:22;108:24;113:4
**showed (5)**
55:12;86:19;90:18,18;
95:2
**showing (12)**
8:1;43:21;44:9;45:1;
48:18;53:20;72:16;86:2;
90:14;108:25;128:3,12
**sign (8)**
72:5;75:25;76:3,3;
132:13,14,16;133:2
**signature (2)**
128:18;134:1
**signed (18)**
34:10;67:15;68:3,4;
74:17;75:23,24;76:2,5,
24,25;77:2,2,7,9;128:5,9,
23
**significantly (1)**
25:19
**signing (1)**
128:25
**similarly (1)**
89:23
**single (1)**
55:14
**sister (3)**
16:5;27:11;29:11
**sister's (1)**
45:25
**sit (3)**
53:15;124:20,21
**Sitting (2)**
52:20;111:20
**situation (5)**
21:15;96:14;103:4;
115:12,15
**Six (1)**
35:12
**size (5)**
35:1,1,6,9;98:2
**skill (2)**
42:9;114:10
**skips (1)**
63:10
**slowing (1)**
17:6
**slowly (1)**
9:9
**small (3)**
25:13,17;37:12
**Smith (2)**
26:17,21
**smooth (1)**
16:15
**soft (2)**
87:20,21
**sold (2)**
33:25;105:4
**solicited (1)**
11:2

**solved (1)**
29:24
**somebody (10)**
30:6;33:2;63:2;75:25;
93:22;99:24;101:19;
121:21,24;130:4
**somebody's (1)**
121:23
**someone (6)**
64:16;66:9;81:14;
90:12;101:11;118:3
**Sometime (2)**
57:11;58:2
**Sometimes (8)**
14:9;31:3;33:1;94:9,
11;95:10,12;112:25
**somewhere (4)**
13:6;61:8,8;119:22
**sorry (5)**
6:19;9:17;14:23;17:6;
24:3;25:14,17;26:3,19;
42:23;47:5;48:1,2,5;
51:16;55:21;57:1;60:4;
62:21;67:20;69:3;76:12;
82:21;91:14,15;92:18;
107:3;116:23;120:3;
123:14;128:12
**sort (1)**
41:10
**sorted (2)**
33:22;80:1
**South (2)**
4:7;61:16
**Southern (1)**
30:4
**Spanish (2)**
30:2,6
**speak (7)**
13:11;15:9;29:25;30:3;
40:21,23;107:4
**speakerphone (1)**
107:6
**speaking (2)**
64:19;83:6
**speaks (1)**
30:6
**specially (1)**
35:7
**specific (8)**
6:12;53:10;73:14;
112:9,12;113:17,22;
121:12
**specifically (3)**
64:3;113:21;114:4
**specified (1)**
77:20
**spins (1)**
38:25
**spoke (2)**
58:6;64:23
**spoken (2)**
64:23;123:11
**spreadsheets (1)**

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 47 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

32:9
**spring (1)**
37:16
**stack (2)**
39:19,22
**stacks (1)**
20:4
**stages (2)**
129:10,15
**stake (1)**
110:17
**stamped (1)**
72:17
**stand (1)**
29:22
**Standards (4)**
87:1,3,8,13
**start (14)**
5:3;9:9;17:5,10;29:5,7;
38:6;40:1;62:24;63:3;
92:8,11;95:3;128:6
**started (18)**
24:16;28:20,22,25;
29:18,19;37:11;38:7;
72:20;73:8;76:16;93:23;
94:6,9,20;108:16;109:1;
110:6
**starting (1)**
9:9;29:10;88:9;129:13
**starts (1)**
19:2
**state (3)**
74:20;87:11;129:5
**stated (1)**
68:16
**statement (5)**
12:13;84:12;113:13;
128:16,18
**States (3)**
11:3;65:18;91:12
**stay (3)**
99:16;100:6;102:16
**step (4)**
46:9;62:6;86:11;89:4
**steps (4)**
11:23;13:20;20:18;
130:5
**Stewart (2)**
26:18,21
**still (17)**
13:4;29:1,1,3;33:8;
40:18;53:20;71:20;
77:15;85:1,16;89:18;
103:16;105:20;130:19;
131:2,2
**stop (9)**
16:1;29:17;67:21;
112:13;118:4,4,6,7;120:9
**stopped (1)**
67:20,21;117:8,20
**stopping (1)**
88:13
**straddles (1)**

38:24
**straw (4)**
104:10,11,13;105:7
**strike (1)**
122:21
**stubs (1)**
59:3
**stuff (1)**
94:21
**stupid (1)**
131:3
**subject (1)**
9:7
**subjects (3)**
9:4;10:22;15:20
**submissions (1)**
80:14
**submitted (1)**
42:16
**subsequent (2)**
126:2,3
**substance (1)**
71:23
**sued (3)**
12:14,18;14:7
**suffered (2)**
130:4,24
**suggesting (1)**
98:15
**Summary (1)**
7:6
**Summerton (1)**
4:7
**summing (1)**
64:2
**supervised (1)**
89:24
**supplement (1)**
129:10,16
**supplied (1)**
98:5
**supply (1)**
117:6
**supplying (1)**
81:10
**support (2)**
7:6;129:8
**supposed (4)**
53:3;119:17,21;121:1
**sure (39)**
5:8;13:6,20;16:14;
19:20,23;21:6,9;22:12;
26:1;32:3;34:8;43:18;
44:22;47:6,13;48:25;
49:1;65:6;66:22;70:14;
74:2,10;85:4,8;90:6;
92:17,19;94:22;95:11;
97:21;101:3,12;104:21;
107:10,16;110:13;111:3;
120:2
**surprised (1)**
105:25
**suspect (1)**

127:19
**Suziblues (2)**
35:20;36:6
**switched (1)**
89:14
**sworn (2)**
4:24;5:5

**T**

**tab (1)**
121:1
**table (1)**
17:1
**tabs (3)**
118:24;119:1,15
**tag (2)**
78:11,16
**tags (2)**
78:21,25
**talk (13)**
11:15;34:17;36:11;
62:8,13;96:9;99:7;
102:25;103:21;105:18;
112:16;121:20;122:3
**talked (14)**
22:9,15;23:24;57:9,19,
21;61:24;64:14,15;79:23;
94:24;106:14,18;109:25
**talking (16)**
19:11;21:14;26:22;
51:24;69:14;102:16;
105:16,23,24;106:2,2,4;
110:10;111:17;122:2;
130:20
**Talley (2)**
6:21;12:21
**tangible (1)**
129:7
**tax (1)**
100:12
**teach (1)**
114:18
**tear (1)**
101:24
**Tech (2)**
28:13,16
**Technical (4)**
28:10,10,17,19
**telling (1)**
12:13
**tells (2)**
63:11;79:11
**tendency (1)**
21:12
**term (1)**
82:10
**terms (3)**
24:9,14;68:15
**testified (9)**
5:5;36:19;46:14;86:12;
89:5;90:22;102:12;
112:17;128:5

**testify (7)**
5:25;9:8;10:23;11:7;
15:7,15,19
**testifying (6)**
4:18;114:9;115:24;
116:23;118:20;125:15
**testimony (3)**
41:2;71:24;134:4
**texted (1)**
107:8
**Thanks (1)**
127:23
**that'll (2)**
16:16;44:25
**therefore (2)**
88:9;134:10
**thinking (2)**
40:15;132:21
**third (1)**
75:22
**though (2)**
111:19;131:24
**thought (8)**
4:25;9:22;63:7;67:20,
21;100:21;101:21,22
**Three (10)**
35:16,24;36:25;41:13;
46:3;71:2;73:21,24;
130:8,10
**Throughout (3)**
4:11;71:8;75:14
**ticket (2)**
79:10,15
**tickets (7)**
32:9;33:20,21;34:2,3;
85:9,15
**till (2)**
16:24;110:8
**timber (2)**
105:3,4
**Times (2)**
13:2;36:1
**timing (1)**
23:25
**title (4)**
16:2,6;44:20,20
**today (18)**
5:25;6:8;8:2;9:2;27:5;
51:22,25;52:19,20;70:11;
93:21;95:19;116:2;
123:11,17;124:21,21;
132:12
**together (4)**
23:21;38:8;88:25;
107:1
**toilets (1)**
41:23
**told (30)**
12:17;13:13;41:3;43:8,
9;45:3;49:17;50:3;51:2;
57:12,24;63:6,15,18;
64:3,15,17,24;65:7,11,16,
16;66:9;67:13;76:4;

82:12;83:1;95:16;
102:11;106:9
**took (2)**
40:17;71:19;105:21
**top (4)**
39:3;44:20;97:19;
108:3
**total (2)**
85:10;98:3
**touching (1)**
114:21
**Tovar (7)**
56:12;60:3;61:15,20;
112:7;127:1,7
**towards (3)**
59:8;60:17;109:17
**town (1)**
105:17
**track (6)**
30:17,22;31:24;47:8;
70:17;78:20
**tractor (1)**
100:10
**trail (1)**
79:13
**trailer (8)**
100:15,16,17;101:2,2,
4,5,12
**training (1)**
115:2
**transcript (7)**
5:16,18;21:14;132:19,
25;133:10;134:4
**transcription (1)**
134:7
**transferred (3)**
16:25;17:2;51:6
**transport (3)**
20:5;93:2;98:10
**transportable (1)**
98:21
**transported (2)**
11:3;99:18
**trash (6)**
96:7,11;110:2;121:24,
25,25
**treat (1)**
60:1
**treats (1)**
18:12
**truck (5)**
19:20;20:1,5;22:8;
94:23
**trucks (2)**
19:24;20:16
**true (7)**
21:4;35:13;36:22;
41:21;107:24;129:1;
134:6
**truthful (1)**
10:12
**truthfully (2)**
5:9,25

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 48 of 49

Hernandez v.
Patricio
30(b)(6) MBR Farms
Barton McKinnon
August 9, 2024

**try (3)**
5:10;7:22;84:22
**trying (4)**
5:11,19;67:4;77:15;
114:22;120:9;131:3;
132:9
**turn (3)**
38:25;87:19,21
**turns (1)**
83:5
**twice (1)**
131:15
**two (16)**
16:22;28:4,7;32:2;
36:18,24;41:14;45:17;
53:23;66:18;71:2,2;
83:24;115:21;116:7;
120:4
**two-month (1)**
42:18
**type (3)**
114:12;115:1;121:16
**types (1)**
122:6
**typo (1)**
76:21

**U**

**ultimate (1)**
116:8
**uncle (2)**
34:9;94:5
**uncle's (2)**
34:11;94:14
**uncommon (1)**
52:14
**under (9)**
5:8;39:19;40:18;61:17;
71:20;75:25;77:16;85:1;
103:16
**understands (1)**
53:11
**understood (3)**
65:17;102:5,5
**United (3)**
11:3;65:18;91:11
**unless (1)**
43:6
**unload (3)**
39:25;40:2;79:9,10
**unloaded (2)**
79:11
**unloading (1)**
93:7
**unsure (3)**
124:13,14,16
**unwritten (3)**
25:4;118:11,12
**up (44)**
5:15,18;12:21;16:16;
19:20;20:1;21:7,13;22:8;
23:19;46:17;53:20;54:8;
55:7,10,12;56:12;60:8,
24;61:2;62:5;63:11;64:3,
4;67:5;68:9;69:6,12;
72:8;80:17;93:6;94:22;
95:2;96:12;97:6,16;
100:12;103:7;110:1;
111:4;118:2;126:16;
127:2;133:5
**upon (2)**
129:5;132:2
**use (8)**
17:16;31:14,17,23;
32:8;89:23;101:4,25
**used (13)**
89:5,7,11;90:1;98:10;
100:11,20;101:10,12,13,
14;111:3;113:1
**using (3)**
19:22;90:12;130:13
**Usually (2)**
19:2,6

**V**

**vanities (1)**
11:6
**Vans (4)**
93:5,6;98:10;99:1
**varied (2)**
71:3,9
**varies (1)**
41:12
**varieties (14)**
22:20;23:18,20,20;
34:25;35:10,15,17,18,24;
38:15,20;113:2;114:1
**variety (13)**
22:21;26:24;27:1;35:3,
9,25,25;36:4,9,17;37:1;
113:5;114:1
**various (1)**
59:20
**vary (1)**
70:24
**vehicle (1)**
98:20
**verbal (1)**
5:15
**verifiable (1)**
76:20
**verification (2)**
128:16,18
**version (4)**
43:22;44:24;45:4;
75:24
**versus (4)**
6:25;14:18;35:4;40:8
**Virgil (3)**
23:15;38:3;46:14
**visa (8)**
11:4;18:14;61:17;64:5;
69:18;90:5;91:19,24
**visas (2)**

91:12,18
**vocabulary (1)**
116:23
**volume (2)**
24:20;80:1

**W**

**wage (4)**
81:21;82:8;83:17;
84:17
**wages (1)**
130:10
**wait (7)**
5:3;9:19;10:1;21:11;
26:14;83:23;115:21
**waiting (2)**
5:1;132:15
**walk (1)**
112:22
**WANG (1)**
26:7
**wants (1)**
26:12
**Warner (1)**
4:22
**wasting (1)**
96:5
**water (1)**
42:3
**way (6)**
38:16;85:8;115:12;
126:4;127:20;131:23
**wear (1)**
101:24
**weather (2)**
25:7;100:2
**weed (4)**
108:19,22;109:2,12
**weeding (1)**
110:22
**weeds (2)**
109:4,5
**week (6)**
6:10,15;22:22;70:13;
96:24;97:2
**weeks (1)**
16:24
**weigh (3)**
33:19;79:7;80:4
**weighed (3)**
79:3,9,15
**weight (11)**
33:20,21;34:2,3;79:10,
10,14;80:6,7;85:9,15
**weights (2)**
79:23;85:10
**welcome (1)**
111:23
**weren't (4)**
95:17;105:14;106:1,4
**WERNER (111)**
4:2,24;5:2,7;8:5,9,17,

18,23;9:18;10:1,11,16;
26:9,15;40:12,17;43:15,
22;44:8,9,22;45:1;48:11,
18;50:15;51:10,16;52:20;
56:17,19,23;63:24;64:2,
9,25;65:4,21;69:9,13;
71:18;73:5,17;74:4,13;
78:15,19,24;79:3,22;
80:20,23;81:18;82:4,25;
83:3,9,22;84:1,25;88:21;
89:2,21;91:23;92:5;
95:22;97:23;103:14;
112:14;113:15,16,18,23,
24,25;114:7;115:9,18;
116:10,12,13;117:10;
118:1,5,23;119:13;120:1,
15;121:8;122:7,11;
123:14,23;124:3;125:1,4;
126:1,14,20,22;127:8,21,
24;128:1;129:25;131:1,
14,18;132:7,19,20
**wet (3)**
87:15,19;88:7
**What's (16)**
16:6;26:7;27:16,16,24;
30:7;34:11;44:9;45:2;
48:18;53:18;59:12;
72:16;95:5;100:20;
128:13
**WhatsApp (3)**
107:18,20,20
**whenever (1)**
93:17;133:8
**Whereupon (6)**
8:14;44:2;48:15;56:14;
72:23;128:19
**White (1)**
94:3
**whoever's (1)**
96:4
**whole (1)**
51:6
**Who's (2)**
6:19;73:23
**wife (7)**
32:4;49:19,24;60:12,
13;89:16,17
**wife's (4)**
27:24;50:1;60:13,13
**wipe (1)**
5:19
**Wiregrass (2)**
28:13,16
**wise (1)**
123:13
**without (1)**
42:14
**witness (10)**
4:24;10:6;26:12;52:10,
12;72:21;116:18;120:16;
121:10;134:1
**wonder (1)**
47:7

**wording (1)**
129:23
**work (58)**
11:4,17;17:11,25;
18:16,18;19:5,5,6,10,11;
24:20;25:8;29:3;32:6,11;
38:22;42:17;46:6,22;
51:8;55:12;59:24;60:5;
65:1,19;68:2;69:8,18;
76:21;80:17;81:10;
83:13;86:4;88:10,13,14;
89:18;90:19;91:3,12,19,
25;94:5;96:24;104:4,8;
105:1,7;108:8,17;109:1,
23;110:7;112:13;117:8,
20;118:4
**worked (8)**
11:11;66:3,3,20;67:6;
70:10;79:17;104:15
**worker (12)**
78:10,11,16,20,21,24;
96:15;119:15;122:15,17,
23;123:9
**workers (150)**
11:11,17;18:6,15,16;
20:7,10;21:21;26:24;
27:7;39:15;41:9,19;
42:17;43:2;45:9;46:6,23;
47:1;49:14;50:7,16;
53:19;54:1,17,18;55:8,
10,13,18;56:1,9,9;58:20;
59:5;60:18,24;61:3,16;
62:6,9,14,18,24;63:6,12,
13,18,21;64:5;65:1,12,17,
18;66:2,7,12,14,14,17,20;
67:6,6,11,18;68:17;76:9,
21;78:1,5;79:17;80:10;
81:10,12,21;82:12,16;
83:13;84:6,8,10;86:4;
88:6;89:19,24,24;90:7,
19,23,24;91:2,5,11,24;
92:2,8,11;93:2,7,13;
94:19;95:23;96:15,19;
97:11;98:11;99:4;102:2,
9,14;103:5;105:1;108:13,
17;109:5,10,22;110:23;
111:12,25;112:3,10;
114:3,4;115:2,4,8,13,17;
116:9;117:24,25;118:14,
21;119:1,9,12;120:6,13;
121:13;123:22;124:1;
125:10,12;126:9,10;
127:5,13,16,19
**workers' (2)**
48:23;82:14
**worker's (1)**
83:17
**working (27)**
16:15;41:9;50:16;54:1,
18;55:10,14,19;56:1;
58:15;60:9;70:6,16,23;
74:22;76:8;90:24,24;
91:6;92:2,8,11,22;96:20;

Case 5:23-cv-00023-LGW-BWC    Document 94-1    Filed 09/03/24    Page 49 of 49

Hernandez v.
Patricio

30(b)(6) MBR Farms

Barton McKinnon
August 9, 2024

99:5;115:20;126:9
**works (1)**
  76:19
**worry (1)**
  50:3
**worth (1)**
  116:4
**write (4)**
  30:25;31:3,3;125:7
**writing (5)**
  50:4;70:3,9,12;86:20
**written (12)**
  24:10,11;26:10;34:6,8;
  49:7,10,11;118:6,9;
  119:22;121:2
**wrong (9)**
  36:20;53:5,8,13,16;
  89:6;103:5;120:12,21
**wrongdoing (1)**
  123:7
**wrote (2)**
  49:12,12

### Y

**y'all (2)**
  64:13;71:14
**year (26)**
  11:5;18:23,24;22:3;
  25:5,6,6,10,11,16;36:10,
  14;47:25;49:19;50:2;
  67:9;109:17;125:16,17,
  17,18,18,21,21;126:5,7
**yearly (1)**
  24:18
**years (3)**
  24:25;37:4;126:2
**yell (2)**
  122:22,25
**yield (1)**
  25:7

### Z

**zoom (3)**
  7:22;49:5;72:13

### 0

**0001068 (1)**
  48:21
**0001094 (1)**
  56:18
**04 (1)**
  28:20
**05 (1)**
  28:21

### 1

**1 (3)**
  8:13,14;134:5
**10 (4)**

30:7,9;37:4;66:23
**100 (8)**
  34:21,22;60:24,25;
  61:3;62:6;63:11;64:4
**1068 (1)**
  53:22
**1070 (1)**
  54:9
**1077 (3)**
  44:16;46:19;81:21
**1078 (1)**
  45:17
**1084 (1)**
  44:16
**1098 (1)**
  56:18
**1099 (2)**
  18:11;59:22
**10-minute (1)**
  40:18
**11.71 (7)**
  81:22;82:13,14,16;
  83:12,18;85:22
**1101 (1)**
  9:10
**12 (1)**
  36:17
**1247 (1)**
  4:7
**133 (1)**
  134:5
**1-4 (1)**
  69:7
**15 (1)**
  103:10
**15-minute (2)**
  103:8,15
**18 (1)**
  16:24
**19 (1)**
  37:21
**1st (5)**
  108:5;109:9;110:25;
  128:6,7

### 2

**2 (13)**
  44:2,10;45:2;46:18;
  55:7;69:10;81:20;108:3;
  123:13,15,17,19;125:3
**20 (6)**
  43:12;66:25;67:1,6;
  103:10;117:4
**2001 (1)**
  24:3
**2005 (1)**
  28:24
**2010 (1)**
  28:25
**2018 (4)**
  28:23,24;29:20;37:11
**2019 (1)**

37:16
**2020 (19)**
  11:5;25:13,16,17;
  37:13,17;51:12;56:9;
  58:18;59:6,8;60:17;61:9,
  11;62:4;66:4,21;67:7;
  117:12
**2021 (70)**
  11:12;22:1;24:4;25:10,
  14,18,22;26:22,23;27:20;
  35:13,15;36:11,11,22;
  37:9;39:6,15;40:7;41:21;
  42:7;43:12;46:6,23;47:2;
  51:8;53:8,16;55:8,14,19;
  56:1;58:14;60:24;61:17;
  63:19;64:6;65:19;66:3;
  67:18,23;69:17;71:8;
  81:19;83:16;88:18,23;
  89:8;90:23;92:10;93:3;
  96:20;99:9;101:6;
  102:16;104:21;108:4,5;
  109:9;110:25;117:5,20;
  125:5,10,13,16,19;126:5;
  128:6,7
**2022 (13)**
  49:13,14;50:6;51:5;
  88:23;89:14,23;90:3;
  96:22;101:9;110:14;
  117:14;126:7
**2023 (1)**
  12:7
**20-minute (1)**
  71:19
**21 (13)**
  11:20,23;35:18;38:1;
  51:2,3,4;53:14;55:22;
  76:18;89:13;101:3;
  117:11
**22 (10)**
  37:21;49:13,17;51:1,3;
  101:10,10;109:13,15,18
**23 (4)**
  22:3;57:11;117:17,18
**24 (3)**
  5:24;28:20;117:19
**25 (1)**
  40:9
**2A (1)**
  55:9

### 3

**3 (9)**
  9:9;45:16;48:14,15,19;
  53:21;58:14;108:3;129:4
**30 (3)**
  15:8;38:1;67:6
**30b6 (4)**
  4:18;8:19;10:17;15:20
**35 (1)**
  38:2
**365 (2)**
  31:12,14

### 4

**4 (8)**
  43:21;44:6,12;56:13,
  14,25;58:13;108:3
**4:26 (1)**
  133:19
**40 (5)**
  55:23,25,25;56:5;90:23
**448 (1)**
  23:15

### 5

**5 (2)**
  72:17;128:4
**50 (6)**
  55:18;78:5;79:6;81:24;
  84:2,7

### 6

**6 (2)**
  10:6;128:13
**60 (1)**
  76:20
**60-day (1)**
  76:21

### 7

**7 (5)**
  14:22,24,25;15:1,3
**70 (1)**
  23:23
**70-acre (1)**
  38:5
**75 (1)**
  40:9

### 8

**8 (4)**
  10:24,25;125:5,10
**80 (2)**
  37:23;55:16
**84 (7)**
  55:9;65:12,18;77:10;
  90:19;91:11,24
**8A (1)**
  46:20
**8B (1)**
  81:20
**8th (3)**
  108:4,13;125:13

### 9

**9 (1)**
  46:18
**90 (3)**
  34:22,23,23

**91 (1)**
  45:18