IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MARICELA MARIN-SANTIAGO, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> GUMARA CANELA, *et al.* <br><br> Defendants. | Civil No. 5:21-CV-00061-LGW-BWC |
| EDWIN AGUILAR-ROBLERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NERY RENE CARRILLO-NAJARRO, *et al.* <br><br> Defendants. | Civil No. 5:23-CV-00010-LGW-BWC |
| CRISTHIAN ZUNIGA HERNANDEZ, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MARIA LETICIA PATRICIO, *et al.* <br><br> Defendants. | Civil No. 5:23-CV-00023-LGW-BWC |

**NOTICE OF STATUS OF AUTOMATIC STAY**

VP/#64386376.8

Counsel for Plaintiffs in the above-referenced civil actions ("Trafficking Lawsuits") hereby provide notice to the Court and Parties regarding the status of the applicable automatic stays and Plaintiffs' intent to seek an Order lifting the stays upon completion of sentencing in *United States v. Patricio, et al.*, No. 5:21-cr-0009 (S.D. Ga. 2021) ("Criminal Case").

The Trafficking Lawsuits are related to the Criminal Case, and a subset of defendants in each of the Trafficking Lawsuits was indicted in the Criminal Case. Therefore, the Trafficking Lawsuits have been stayed pursuant to the Trafficking Victims Protection Act's automatic stay provision. 18 U.S.C. § 1595(b)(1) [*Marin-Santiago*, Doc. 46 (Apr. 12, 2022); *Aguilar-Roblero*, Doc. 37 (Oct. 24, 2023); *Zuniga Hernandez*, Doc. 101 (Oct. 24, 2024]. ). The stays remain in effect during the criminal "investigation and prosecution and is pending until final adjudication in the trial court." 18 U.S.C. § 1595(b)(2).

All Defendants in the Trafficking Lawsuits who were indicted in the Criminal Case have entered guilty pleas. As the chart below shows, some defendants have been sentenced and some are awaiting sentencing.

| Civil Case | Indicted Defendant | Guilty Plea | Sentencing |
|---|---|---|---|
| *Marin-Santiago*, No. 5:21-CV-00061 | Gumara Canela | Apr. 11, 2024 [Cr. Doc. 964] | **Scheduled** for Dec. 16, 2025 [Dec. 4, 2025 Cr. Doc. Txt. Ord.] |
| | Daniel Canela | May 2, 2023 [Cr. Doc. 573] | Oct. 25, 2023 [Cr. Doc. 743] |
| *Aguilar-Roblero*, No. 5:23-CV-00010 | Nery Rene Carrillo-Najarro | Nov. 5, 2025 [Cr. Docs. 1352-53] | **Not Scheduled** |
| *Zuniga Hernandez*, No. 5:23-CV-00023 | Maria Leticia Patricio | July 26, 2024 [Cr. Docs. 1123-24] | Feb. 10, 2025 [Cr. Doc. 1217] |
| | Enrique Duque Tovar | Nov. 5, 2025 [Cr. Docs. 1370-71] | **Not Scheduled** |
| | Jose Carmen Duque Tovar | June 11, 2025 [Cr. Docs. 1285-86] | **Not Scheduled** |

Based on the timeline thus far in the Criminal Case, Plaintiffs anticipate sentencing of all indicted Trafficking Lawsuits Defendants likely will be complete by mid-year 2026, if not sooner. Plaintiffs will request an Order lifting the stay promptly after the last of these sentences has been entered. Alternatively, the Court may lift the stays *sua sponte* at that time.

[Signature block on following page]

Dated:   December 15, 2025             Respectfully Submitted,

**RADFORD SCOTT LLP**

By: /s/ Daniel Werner
   Daniel Werner
   (Georgia Bar No. 422070)
   dwerner@radfordscott.com

125 Clairemont Ave., Suite 380
Decatur, Georgia 30030
T:  +1 678 271-0300

**VEDDER PRICE (CA), LLP**

By: /s/ Charlie Y. Wang
   Charlie Y. Wang
   (*Pro Hac Vice*)
   (California Bar No. 320236)
   cwang@vedderprice.com

1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700

ATTORNEYS FOR PLAINTIFFS

VP/#64386376.8

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record. Further, I caused to be mailed by United States Mail, postage prepaid, the foregoing document to the following Defendants who are not registered on the Court's CM/ECF system:

| | |
|---|---|
| Gumara Canela<br>1936 Stewart Drive<br>Bristol, GA 31518 | Daniel Canela<br>Coffee County Jail<br>825 Thompson Dr.<br>Douglas, GA 31535 |
| D.Canela Resources, LLC<br>ATTN: Gumara Canela, Owner<br>1936 Stewart Drive<br>Bristol, GA 31518 | Nery Rene Carillo-Najarro<br>204 Circle Drive.<br>Douglas, GA 31533 |
| Asociacion Campesina de Desarrollo de las Comunidades de Guatemala, LLC<br>204 Circle Drive.<br>Douglas, GA 31533 | Maria Leticia Patricio<br>208 Nopalito Rd<br>Nicholls, GA 31554 |
| Jose Carmen Duque Tovar<br>109 Grover Dr.<br>Americus, GA 31709 | |

/s/ Daniel Werner
Daniel Werner

VP/#64386376.8